**INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 11,991,234**[1]

The following claim chart shows exemplary aspects of certain streaming services and products owned or operated by MW Media, S.C. ("MW Media"), namely EPorner (accessible via www.eporner.com) (collectively, "EPorner"), that infringe at least claim 12 of U.S. Patent No. 11,991,234 ("'234 Patent"). Upon information and belief, MW Media operates streaming services that infringe one or more claims of the '234 Patent (the "Accused Services"), including at least EPorner.

The chart is exemplary and should not be read to limit DISH's assertions against EPorner as to the services or products described below. The chart should not be read to limit DISH's assertions to the patent claims charted below. Nor should the chart below be read to limit how EPorner infringes the claims below. To that end, any highlighting or annotations presented herein are intended to exemplify certain elements of EPorner's operation and are not intended to limit DISH's position with respect to how EPorner practices any particular element of the claim(s) of the '234 Patent.

The following evidence and descriptions, including tests conducted on EPorner, show that the Accused Services meet each element of the aforementioned claim(s) of the '234 Patent in substantially the same manner described below.

Claim 12 is directed to a method executable by a client device. End users' devices perform the recited steps when interacting with the EPorner website, and MW Media is liable for induced infringement under 35 U.S.C. § 271(b). Upon information and belief, MW Media had actual knowledge of the '234 Patent and, with specific intent to encourage its end users to perform each step of the patented method, knowingly induced those end users to directly infringe the '234 Patent. EPorner designs and configures its embedded HTML5 player so that, when a user clicks "Play" on a video page, the client device automatically (i) establishes at least one TCP connection to EPorner's servers, (ii) requests a Master Manifest and variant playlists, (iii) downloads sequential media segments, and (iv) changes requested bitrates as network conditions change. EPorner encourages and facilitates this conduct by prominently presenting the embedded player, enabling autoplay of subsequent videos, and providing playback and quality controls that cause the client device to perform the claimed adaptive-rate streaming steps. In addition, EPorner induces its users to meet the claim limitation because EPorner provides users with instructions and guidance on how users can use Accused Services to perform each element of the claims.

*See, e.g.*, www.eporner.com (video pages showing embedded player with "Play" button, quality selection, and autoplay behavior):

---

[1] All citations to or cross-references to claim elements within a respective section refer to the claim elements of the '234 Patent addressed in that section unless otherwise indicated.



*See, e.g.*, https://www.eporner.com/contact/ (reproduced in part below, last accessed April 23, 2026):

See also https://www.eporner.com/faq/ (reproduced in part below, last accessed April 23, 2026):

3



## I.   U.S. Patent No. 11,991,234

### A.   Claim 12

*12[pre]       A method executable by a client device to output rate-adaptive streams received via at least one transmission control protocol (TCP) connection with at least one server over a network, the method comprising:*

The recited method steps are performed by a client device (e.g., a user's browser or mobile app) when accessing the EPorner website. EPorner provides the manifests, streamlets, and embedded player code that cause the client device, upon user-initiated playback, to execute the claimed method to output rate-adaptive streams over at least one TCP connection with EPorner's servers.

Example client devices include Apple iPhones, Apple iPads, Android phones, Android tablets, and personal computers or related devices equipped to access the Internet via one or more network connections. The client devices include a media player configured to enable video streaming. Further, upon information and belief, employees and/or agents of EPorner tested and used EPorner on devices in the U.S. during the relevant time period.

The EPorner website explains that Eporner.com is "the technology leader in the [pornography] industry." https://www.eporner.com/contact/ (last accessed April 23, 2026). EPorner was allegedly "the first to display real full HD quality pornographic videos and became a pioneer in providing online free pornographic materials in full HD quality, as the first page with this content." *Id.* Also, Eporner.com has allegedly "enabled full service (uploading and watching) video in Full HD 1080p quality and in 2010 video in 60FPS." *Id.*

Additionally, EPorner represents that, since at least 2015, EPorner has provided "full support for advanced MPEG-DASH, which allows almost limitless control over the video stream. The player can change the video bitrate and resolution in real time, also independently of the video audio bitrate. In 2017, website became one of the first major adult pornographic video sharing website to incorporate HTTPS encryption." *Id* (partially reproduced below).

> In 2015, Eporner.com introduced full support for advanced MPEG-DASH, which allows almost limitless control over the video stream. The player can change the video bitrate and resolution in real time, also independently of the video audio bitrate. In 2017, website became one of the first major adult pornographic video sharing website to incorporate HTTPS encryption.

The tests referred to herein were conducted on videos offered over EPorner executed on a Dell Latitude 7440 laptop computer running Windows 11.  Any images in this chart are from EPorner operating on an Internet browser (e.g., Microsoft Edge or Google Chrome). On information and belief, the media player utilized by EPorner operating on Microsoft Edge is the same "player" that "can change the video bitrate and resolution in real time" such that EPorner provides rate-adaptive streams to end users. *Id.*

As part of the testing, a laptop computer accessing EPorner was connected to the Internet through Microsoft Edge, which contains DevTools that enable the ability to view packet transmission between the client device and server(s) or Internet architecture utilized by EPorner

4

or its affiliates; and to throttle the network's available bandwidth. Thus, the test simulated how EPorner responded to lower and higher bandwidths.

For the current test, a video titled "Gianna Michaels" was selected (accessible via https://www.eporner.com/video-v8u6FZlgjfR/gianna-michaels/, last accessed April 23, 2026), and at various times throughout the playback of the video, bandwidth was restricted to download speeds of approximately 2048 kbps. As observed through the tests, when the user selects a video from the available videos, the media player used by EPorner displays more details regarding the video and provides the user with the option to view the video.

Selecting the icon corresponding to a video causes that video and other materials to be streamed and displayed on the client device.

With respect to adaptively receiving the digital stream from EPorner's video server over the network, EPorner's adaptive bitrate streams are provided to the media player used by EPorner from a server over a network using at least the Dynamic Adaptive Streaming over HTTP ("DASH") or the HTTP Live Streaming ("HLS") adaptive bitrate streaming protocol.

DASH is a standard intended to support a media-streaming model for delivery of media content in which control lies exclusively with the client. Clients may request data using the HTTP protocol from standard web servers that have no DASH-specific capabilities. ISO/IEC-23009-1:2019(E) at 9. DASH specifies XML and binary formats that enable delivery of continuous media content. *Id.* at 18. DASH specifies that "content may be divided in time into Segments for proper accessibility and delivery." *Id.* at 22. Segments are assigned a duration, which is the duration of the media contained in the Segment when presented at normal speed. Typically, all Segments in a Representation have the same or roughly similar duration. *Id.* Clients may switch from Representation to Representation within an Adaptation Set at any point in the media. *Id.* at 23.

HLS, on the other hand, is "a protocol for transferring unbounded streams of multimedia data." Request For Comments: 8216 – HTTP Live Streaming, August 2017 ("RFC 8216") at 1. Using HLS, "a client can receive a continuous stream of media from a server for concurrent presentation." RFC 8216 at 4. HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4. With HLS, "[c]lients should switch between different Variant Streams to adapt to network conditions." RFC 8216 at 5.

As noted above, EPorner represents that since at least 2015, EPorner has provided "full support for advanced MPEG-DASH, which allows almost limitless control over the video stream. The player can change the video bitrate and resolution in real time, also independently of the video audio bitrate. In 2017, website became one of the first major adult pornographic video sharing website to incorporate HTTPS encryption." https://www.eporner.com/contact/ (last accessed April 23, 2026).

When executed, EPorner operates a media player operating on a client device, which is configured to request EPorner's digital content from one or more servers via at least one TCP connection over the network.

5

EPorner's content is stored on one or more servers over a network and is displayed to client devices via a media player used by EPorner.

The one or more servers accessible by the client device using the media player store segments, or "streamlets" corresponding to particular segments of a video, and each segment of a video is encoded at one of numerous resolutions. *See, e.g.*, ISO/IEC-23009-1:2019(E) at 15 (defining Segment). Together, the streamlets of one resolution are represented collectively as a Representation, herein referred to as a "Media Playlist, a "variant stream," or a "bandwidth version." *Accord id.* at 15 (defining Representation).

The Media Playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies. *See id.* at 32 ("Each Representation consists of one or more Segments…Segments contain media data and/or metadata to access, decode, and present the included media content."); *id.* at 52 ("Representations in two or more Adaptation Sets may provide the same content. In addition, the content may be time-aligned and may be offered such that seamless switching across Representations in different Adaptation Sets is simplified."); *id.* at 54 ("Each Representation includes one or more media streams, where each media stream is an encoded version of one media content component. A Representation consists of one or more Segments."). *See also* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown by the packet traffic accessed through the Microsoft Edge DevTools, partially reproduced below, the streamlet video files are hosted on a server accessible via **dash-s2-c50-ca-cdn.eporner.com**.

| [2]Method | Host | Path[3] | … | Status |
|---|---|---|---|---|
| GET | dash-s2-c50-ca-cdn.eporner.com | /hls/srv4/13339820-720p-av1.mp4/seg-2-v1-a1.m4s?... | … | Complete |

The URI **dash-s2-c50-ca-cdn.eporner.com** is affiliated with at least the following IP address: **75.251.11.12**, which on information and belief corresponds to the IP address of at least one origin server.

---

[2] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- ORANGE = one or more servers
- BLUE = media segment

[3] Video path abbreviated for readability throughout.

Thus, EPorner operates a client module configured to connect to a network having at least one server and to request digital content over the network via at least one transmission control protocol (TCP) connection.

The one or more servers, whose content is accessible by the client devices through EPorner, store individually-requestable streamlets corresponding to particular segments of a video, and each streamlet is encoded at one of numerous resolutions. Thus, EPorner stores on one or more servers at least two different copies of the digital content, each encoded at different bit rates.

The numerous variant streams of the video displayed by the media player embedded in the web page of EPorner include at least a low quality stream, a medium quality stream, and a high quality stream.

For example, in the instant test of a video titled "Gianna Michaels," the client device made an HTTP GET request to **dash-s2-c50-ca-cdn.eporner.com** for a master manifest located at the following path: "/hls/v4/13339820-,240p-av1,360p-av1,480p-av1,720p-av1,1080p-av1,.mp4.urlset/**master.m3u8**?..." (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

```
#EXTM3U

#EXT-X-STREAM-INF:PROGRAM-
ID=1,BANDWIDTH=244679,RESOLUTION=428x240,FRAME-
RATE=30.000,CODECS="av01.0.00M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/index-v1-
a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=133
39820

#EXT-X-STREAM-INF:PROGRAM-
ID=1,BANDWIDTH=358333,RESOLUTION=640x360,FRAME-
RATE=30.000,CODECS="av01.0.01M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/index-v1-
a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=133
39820

#EXT-X-STREAM-INF:PROGRAM-
ID=1,BANDWIDTH=510547,RESOLUTION=854x480,FRAME-
RATE=30.000,CODECS="av01.0.04M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/index-v1-
a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=133
39820

#EXT-X-STREAM-INF:PROGRAM-
ID=1,BANDWIDTH=1224762,RESOLUTION=1280x720,FRAME-
RATE=30.000,CODECS="av01.0.05M.08,mp4a.40.2"
```

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-720p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=1789934,RESOLUTION=1920x1080,FRAME-RATE=30.000,CODECS="av01.0.08M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

File path: **master.m3u8**

The Master Manifest shows at least five bandwidth versions, or variant streams, of the video at the following average bandwidths:

- 244679 (referred to herein as the "244679 Bandwidth") having a resolution of 426x240

- 358333 (referred to herein as the "358333 Bandwidth") having a resolution of 640x360

- 510547 (referred to herein as the "510547 Bandwidth") having a resolution of 854x480

- 1224762 (referred to herein as the "1224762 Bandwidth") having a resolution of 1280x720

- 1789934 (referred to herein as the "1789934 Bandwidth") having a resolution of 1920x1080

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Path[4] |
|---|---|
| 244679 Bandwidth | dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8? |
| 358333 Bandwidth | /dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8? |

---

[4] Path may be abbreviated for readability.

8

| 510547 Bandwidth | /dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8? |
|---|---|
| 1224762 Bandwidth | /dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-720p-av1.mp4/index-v1-a1.m3u8? |
| 1789934 Bandwidth | /dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8? |

Each of the variant stream playlists includes segments, or streamlets, that encode the same portion of the video at various resolutions. For example, the **244679 Bandwidth** version can be considered a low-quality stream, the **510547 Bandwidth** version can be considered a medium-quality stream, and the **1789934 Bandwidth** version can be considered a high-quality stream.

A client device accessing EPorner uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the file above from the one or more servers hosting EPorner content.

The media playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown in the test data, the client device accessing the EPorner Application selects the **244679 Bandwidth** version of the stream and makes a request for the corresponding playlist at the file path "/dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8?..." pursuant to the instructions received from the EPorner Application. The EPorner Server(s) returns the playlist file with the contents below.

[5]#EXTM3U

#EXT-X-TARGETDURATION:7

#EXT-X-ALLOW-CACHE:YES

#EXT-X-PLAYLIST-TYPE:VOD

#EXT-X-VERSION:6

---

[5] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- YELLOW = variant streams
- BLUE = media segment

#EXT-X-MEDIA-SEQUENCE:1

#EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820"

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

10

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

[***]

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

11

```
#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-417-v1-
a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=1333
9820

#EXTINF:6.762,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-418-v1-a1.m4s?
hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-ENDLIST
```

The variant playlist file is an adaptive bitrate streaming playlist operating pursuant to the HLS standard. Each line in the file at path "hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8?..." that begins with "#EXTINF" specifies the length of the segments in seconds. The line below "EXTINF" specifies the location of the variant of the video file. Most of the streamlets, with a few exceptions, are 4.00 seconds long and return sequential segments of the video.

Similarly shown in the test data, when the client device accessing EPorner selects the **1789934 Bandwidth** version of the stream, it makes a request for the corresponding playlist at the file path "/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8?". The EPorner Server(s) returns the playlist file for the **1789934 Bandwidth** with the contents below.

```
#EXTM3U

#EXT-X-TARGETDURATION:7

#EXT-X-ALLOW-CACHE:YES

#EXT-X-PLAYLIST-TYPE:VOD

#EXT-X-VERSION:6

#EXT-X-MEDIA-SEQUENCE:1

#EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-
av1.mp4/init-v1-
a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=1333
9820"

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-
a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=1333
9820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-2-v1-
a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=1333
9820
```

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

[***]

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:6.762,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-ENDLIST

As with the variant playlist file for the **358333 Bandwidth** version, the variant playlist file for the **1789934 Bandwidth** version is an HLS playlist. Each line in the file path "/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8?" that begins with "#EXTINF" specifies

14

the length of the segments in seconds. The line below "EXTINF" specifies the location of the variant of the video file. Most of the streamlets, with a few exceptions, are 4.00 seconds long and return sequential segments of the video. Discussed further below, the number of streamlets in each variant playlist for the test video is the same. Similarly, the segments of each streamlet (in sequential order in each variant playlist) are the same duration across variant playlists. For example, the second streamlet in the **358333 Bandwidth** variant playlist and the second streamlet in the **1789934 Bandwidth** variant playlist, respectively, have durations of 4.00 seconds and are equally distant in time from the first streamlet.

Thus, the limitations for this claim element are met. EPorner practices a method executable by a client device to output rate-adaptive streams received via at least one transmission control protocol (TCP) connection with at least one server over a network.

To the extent that EPorner contends that the Accused Services do not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> *12[a]   receiving, by the client device, digital content from the at least one server via the at least one TCP connection over the network,*

As shown above in element 12[pre], which is incorporated fully herein, the limitations of this claim are met. *See* § A.12[pre].

As explained above, the client device executing the instructions from EPorner requests (and is provided with) segments, or streamlets, from the one or more EPorner servers to display on the client device through the media player embedded in the web page of EPorner. The streamlets are communicated to the client device accessing the EPorner Application via an Internet connection pursuant to HLS and/or DASH. HLS and DASH require the use of HTTP communications, which requires the use of at least one connection pursuant to at least one TCP connection. The video segments are presented in sequential ascending chronological order, based upon the previously requested and/or fulfilled streamlet, defined by time index relative to the beginning of the video.

During streaming of the instant test video, at least one TCP connection is established to transmit video files from one or more servers to the client device. The client device accessing EPorner requests streamlets from the one or more servers associated with EPorner via HTTP GET requests. The server(s) associated with the host URI (**dash-s2-c50-ca-cdn.eporner.com**) for the instant test video are identifiable at least at the following IP address: 75.251.11.12.

Thus, the limitations for this claim element are met. EPorner practices receiving, by the client device, digital content from the at least one server via the at least one TCP connection over the network.

To the extent that EPorner contends that the Accused Services do not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

15

> *12[b]    wherein multiple different copies of the digital content encoded at different bit rates are stored as individually-requestable portions on the at least one server,*

As shown above in elements 12[pre]-[a], which is incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[a].

As explained above, the one or more servers, whose content is accessible by the client devices through a web page on EPorner, store individually-requestable streamlets corresponding to particular segments of a video, and each streamlet is encoded at one of numerous resolutions. Thus, EPorner stores on one or more servers at least two different copies of the digital content, each encoded at different bit rates.

For example, the numerous variant streams of the video displayed by the media player embedded in the web page of EPorner include at least a low quality stream, a medium quality stream, and a high quality stream.

In the instant exemplary test of a video titled "Gianna Michaels," the client device made an HTTP GET request to **dash-s2-c50-ca-cdn.eporner.com** for a master manifest located at the following path: "**hls/v4/13339820-,240p-av1,360p-av1,480p-av1,720p-av1,1080p-av1,.mp4.urlset/master.m3u8**" (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

---

[6]#EXTM3U

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=244679,RESOLUTION=428x240,FRAME-RATE=30.000,CODECS="av01.0.00M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=358333,RESOLUTION=640x360,FRAME-RATE=30.000,CODECS="av01.0.01M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=510547,RESOLUTION=854x480,FRAME-RATE=30.000,CODECS="av01.0.04M.08,mp4a.40.2"

---

[6] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- YELLOW = variant streams
- RED = average bandwidth of variant streams

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=1224762,RESOLUTION=1280x720,FRAME-RATE=30.000,CODECS="av01.0.05M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-720p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=1789934,RESOLUTION=1920x1080,FRAME-RATE=30.000,CODECS="av01.0.08M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

File path: **master.m3u8**

The Master Manifest shows at least five bandwidth versions, or variant streams, of the video at the following bandwidths:

- 244679 (referred to herein as the "244679 Bandwidth") having a resolution of 426x240

- 358333 (referred to herein as the "358333 Bandwidth") having a resolution of 640x360

- 510547 (referred to herein as the "510547 Bandwidth") having a resolution of 854x480

- 1224762 (referred to herein as the "1224762 Bandwidth") having a resolution of 1280x720

- 1789934 (referred to herein as the "1789934 Bandwidth") having a resolution of 1920x1080

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token[7] |
|---|---|
| 244679 Bandwidth | …13339820-240p-av1.mp4/index-v1-a1.m3u8… |
| 358333 Bandwidth | …13339820-360p-av1.mp4/index-v1-a1.m3u8… |

---

[7] Token may be abbreviated for readability.

| | |
|---|---|
| **510547 Bandwidth** | …13339820-480p-av1.mp4/index-v1-a1.m3u8… |
| **1224762 Bandwidth** | …13339820-720p-av1.mp4/index-v1-a1.m3u8… |
| **1789934 Bandwidth** | …13339820-1080p-av1.mp4/index-v1-a1.m3u8… |

Each of the variant stream playlists includes segments, or streamlets, that encode the same portion of the video at various resolutions. For example, the **244679 Bandwidth** version can be considered a low-quality stream, the **510547 Bandwidth** version can be considered a medium-quality stream, and the **1789934 Bandwidth** version can be considered a high-quality stream.

A client device accessing EPorner uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the file above from the one or more servers hosting EPorner content.

The media playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown in the test data, the client device accessing the EPorner Application selects the **358333 Bandwidth** version of the stream and makes a request for the corresponding playlist at the file path "hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8" pursuant to instructions received from EPorner. The EPorner Server(s) returns the playlist file with the contents below.

[8]#EXTM3U

#EXT-X-TARGETDURATION:7

#EXT-X-ALLOW-CACHE:YES

#EXT-X-PLAYLIST-TYPE:VOD

#EXT-X-VERSION:6

#EXT-X-MEDIA-SEQUENCE:1

#EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820"

---

[8] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- YELLOW = variant streams
- BLUE = media segment

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

[***]

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

20

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:6.762,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-ENDLIST

The variant playlist file is an HLS and/or DASH playlist. Each line in the file at path "hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8" that begins with "#EXTINF" specifies the length of the segments in seconds. The line below "EXTINF" specifies the location of the variant of the video file.  Most of the streamlets, with a few exceptions, are 4.00 seconds long and return sequential segments of the video.

Similarly shown in the test data, when the client device accessing EPorner selects the **1789934 Bandwidth** version of the stream, it makes a request for the corresponding playlist at the file path "hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8". The EPorner Server(s) returns the playlist file for the **1789934 Bandwidth** with the contents below.

#EXTM3U

#EXT-X-TARGETDURATION:7

#EXT-X-ALLOW-CACHE:YES

#EXT-X-PLAYLIST-TYPE:VOD

#EXT-X-VERSION:6

#EXT-X-MEDIA-SEQUENCE:1

#EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820"

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

22

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

[***]

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:6.762,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-ENDLIST

As with the variant playlist file for the **358333 Bandwidth** version, the variant playlist file for the **1789934 Bandwidth** version is an HLS and/or DASH playlist. Each line in the file path "hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8" that begins with "#EXTINF" specifies

23

the length of the segments in seconds. The line below "EXTINF" specifies the location of the variant of the video file. Most of the streamlets, with a few exceptions, are 4.00 seconds long and return sequential segments of the video. Discussed further below, the number of streamlets in each variant playlist for the test video is the same. Similarly, the segments of each streamlet (in sequential order in each variant playlist) are the same duration across variant playlists. For example, the second streamlet in the **358333 Bandwidth** variant playlist and the second streamlet in the **1789934 Bandwidth** variant playlist, respectively, have durations of 4.00 seconds and are equally distant in time from the first streamlet.

Thus, the limitations for this claim element are met. EPorner practices presenting a rate-adaptive stream, wherein multiple different copies of the digital content encoded at different bit rates are stored as individually-requestable portions on the at least one server.

To the extent that EPorner contends that the Accused Services do not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> *12[c]   wherein each of the individually-requestable portions of a corresponding copy of the digital content is a different portion of the digital content during presentation,*

As shown above in elements 12[pre]-12[b], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[b].

Moreover, EPorner's digital content is divided into a plurality of individually-requestable portions, or streamlets, such that each streamlet corresponds to a portion of a video at a particular bit rate. The plurality of streamlets at the same bit rate comprise at least a portion of a copy of the video requested.

For example, in the instant test of a video titled "Gianna Michaels," the client device made an HTTP GET request to **dash-s2-c50-ca-cdn.eporner.com** for a master manifest located at the following path: "hls/v4/13339820-,240p-av1,360p-av1,480p-av1,720p-av1,1080p-av1,.mp4.urlset/master.m3u8" (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

[9]#EXTM3U

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=244679,RESOLUTION=428x240,FRAME-RATE=30.000,CODECS="av01.0.00M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

---

[9] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- YELLOW = variant streams
- RED = average bandwidth of variant streams

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=358333,RESOLUTION=640x360,FRAME-RATE=30.000,CODECS="av01.0.01M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=510547,RESOLUTION=854x480,FRAME-RATE=30.000,CODECS="av01.0.04M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=1224762,RESOLUTION=1280x720,FRAME-RATE=30.000,CODECS="av01.0.05M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-720p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=1789934,RESOLUTION=1920x1080,FRAME-RATE=30.000,CODECS="av01.0.08M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

File path: **master.m3u8**

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token[10] |
|---|---|
| 244679 Bandwidth | …hls/srv4/13339820-240-av1.mp4/index-v1-a1.m3u8… |
| 358333 Bandwidth | …hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8… |
| 510547 Bandwidth | …hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8… |
| 1224762 Bandwidth | …hls/srv4/13339820-720p-av1.mp4/index-v1-a1.m3u8… |
| 1789934 Bandwidth | …hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8… |

As shown for example below, each of the **358333 Bandwidth**, **1224762 Bandwidth**, and **1789934 Bandwidth** version playlists contain segments, or streamlets, that encode different

---

[10] Token may be abbreviated for readability.

segments of the video. The streamlet files within each version playlist are arranged in ascending chronological order, beginning with the first segment of the video and progressing until the final segment of the video.

| [11]Bandwidth | Streamlet |
|---|---|
| 358333 Bandwidth | #EXTM3U |
| | #EXT-X-TARGETDURATION:7 |
| | #EXT-X-ALLOW-CACHE:YES |
| | #EXT-X-PLAYLIST-TYPE:VOD |
| | #EXT-X-VERSION:6 |
| | #EXT-X-MEDIA-SEQUENCE:1 |
| | #EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820" |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |

[11] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- BLUE = media segment identifier
- YELLOW = variant streams

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-12-v1-

27

a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

[***]

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:6.762,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-ENDLIST

28

| 510547 Bandwidth | #EXTM3U |
|---|---|
| | #EXT-X-TARGETDURATION:7 |
| | #EXT-X-ALLOW-CACHE:YES |
| | #EXT-X-PLAYLIST-TYPE:VOD |
| | #EXT-X-VERSION:6 |
| | #EXT-X-MEDIA-SEQUENCE:1 |
| | #EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820" |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-6-v1- |

| | a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| --- | --- |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |

| | |
|---|---|
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | <div align="center">[***]</div> |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:6.762, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXT-X-ENDLIST |
| **1789934 Bandwidth** | #EXTM3U |
| | #EXT-X-TARGETDURATION:7 |
| | #EXT-X-ALLOW-CACHE:YES |
| | #EXT-X-PLAYLIST-TYPE:VOD |
| | #EXT-X-VERSION:6 |

#EXT-X-MEDIA-SEQUENCE:1

#EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820"

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-7-v1-

a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

33

| |
|---|
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| [***] |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:6.762, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXT-X-ENDLIST |

On information and belief, playlists for the other resolution variants also include these segments, or streamlets, arranged in ascending chronological order and corresponding to the same portion of the video provided on-demand from EPorner's server(s).

Each of the low-quality stream, medium-quality stream, and high-quality stream comprises a group of streamlets that are encoded at the same respective one of the different bitrates. As set forth above, each of the variant streams "describes a different version of the same content." RFC 8216 at 5. Thus, each of the variant streams is an "encoding[] of the same presentation" at different bitrates. RFC 8216 at 42. Indeed, to allow "clients to switch between" variant streams seamlessly, HLS requires that "[e]ach variant stream MUST present the same content" on playback. RFC 8216 at 43. And HLS provides that "[m]atching content in variant streams MUST have matching timestamps" to allow the media player embedded in the web page of the EPorner Application to synchronize the media. *Id.* Each "Media Segment is specified by a URI and optionally a byte range." RFC 8216 at 4.

Thus, the limitations of this claim element are met. EPorner practices presenting a rate-adaptive stream, wherein each of the individually-requestable portions of a corresponding copy of the digital content is a different portion of the digital content during presentation.

EPorner videos are stored on one or more servers associated with EPorner as multiple different copies, each comprising individually-requestable segments, or streamlets, encoded at one of multiple different bit rates. Each streamlet for each bit rate version of the video corresponds to a different portion of the video program.

To the extent that EPorner contends that the Accused Services do not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> 12[d]   wherein the individually-requestable portions across the different copies yield the same portions of the digital content upon presentation, and wherein the receiving comprises:

As shown above in elements 12[pre]-[c], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[c].

Moreover, EPorner videos are encoded at a plurality of different bitrates to create a plurality of streams including at least low, medium, and high quality streams. Each of the low, medium, and high quality streams has a streamlet that encodes the same portion of the video at a different one of the plurality of different bitrates. Each of the streamlets comprising the low, medium, and high, quality streams are stored in variant playlists comprising a group of streamlets of the same quality at a respective bit rate.

The Master Manifest shows at least five bandwidth versions, or variant streams, of the video at the following bandwidths:

- 244679 (referred to herein as the "244679 Bandwidth") having a resolution of 426x240

- 358333 (referred to herein as the "358333 Bandwidth") having a resolution of 640x360

- 510547 (referred to herein as the "510547 Bandwidth") having a resolution of 854x480

- 1224762 (referred to herein as the "1224762 Bandwidth") having a resolution of 1280x720

- 1789934 (referred to herein as the "1789934 Bandwidth") having a resolution of 1920x1080

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant

35

stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token[12] |
|---|---|
| 244679 Bandwidth | …hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8… |
| 358333 Bandwidth | …hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8… |
| 510547 Bandwidth | …hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8… |
| 1224762 Bandwidth | …hls/srv4/13339820-720-av1.mp4/index-v1-a1.m3u8… |
| 1789934 Bandwidth | …hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8… |

As shown for example below, each of the **358333 Bandwidth**, **1224762 Bandwidth**, and **1789934 Bandwidth** version playlists contain segments, or streamlets, that encode different segments of the video. The streamlet files within each version playlist are arranged in ascending chronological order, beginning with the first segment of the video and progressing until the final segment of the video.

| [13]Bandwidth | Streamlet |
|---|---|
| 358333 Bandwidth | #EXTM3U<br><br>#EXT-X-TARGETDURATION:7<br><br>#EXT-X-ALLOW-CACHE:YES<br><br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXT-X-VERSION:6<br><br>#EXT-X-MEDIA-SEQUENCE:1<br><br>#EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820"<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-2-v1- |

---

[12] Token may be abbreviated for readability.

[13] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- BLUE = media segment identifier
- YELLOW = variant streams

36

| |
|---|
| a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

[***]

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-416-v1-

| | |
|---|---|
| | a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:6.762, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXT-X-ENDLIST |
| **510547 Bandwidth** | #EXTM3U |
| | #EXT-X-TARGETDURATION:7 |
| | #EXT-X-ALLOW-CACHE:YES |
| | #EXT-X-PLAYLIST-TYPE:VOD |
| | #EXT-X-VERSION:6 |
| | #EXT-X-MEDIA-SEQUENCE:1 |
| | #EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820" |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |

39

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-11-v1-

40

a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

[***]

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:6.762,

| | |
|---|---|
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXT-X-ENDLIST |
| **1789934 Bandwidth** | #EXTM3U |
| | #EXT-X-TARGETDURATION:7 |
| | #EXT-X-ALLOW-CACHE:YES |
| | #EXT-X-PLAYLIST-TYPE:VOD |
| | #EXT-X-VERSION:6 |
| | #EXT-X-MEDIA-SEQUENCE:1 |
| | #EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820" |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

43

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

[***]

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:6.762,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-ENDLIST

On information and belief, playlists for the other resolution variants also include these segments, or streamlets, arranged in ascending chronological order and corresponding to the same portion of the video provided on-demand from EPorner's server(s).

Referring to the variant stream data shown above, the first two segments (containing "init-v1-a1.m4s" and "seg-1-v1-a1.m4s") of the **358333 Bandwidth** stream (…13339820-360p-av1.mp4/index-v1-a1.m3u8…) yields the first few seconds of the video to be viewed, here "Gianna Michaels," and first two segments (containing "init-v1-a1.m4s" and "seg-1-v1-a1.m4s") of the **510547 Bandwidth** stream (…13339820-480p-av1.mp4/index-v1-a1.m3u8…) yield the same first few seconds of the video to be viewed. Similarly, the final segment containing (…13339820-360p-av1.mp4/seg-418-v1-a1.m4s…) of the **358333 Bandwidth** stream (…13339820-360p-av1.mp4/index-v1-a1.m3u8…) yields the final 6.762 seconds of the video, and the final segment containing (…13339820-480p-av1.mp4/seg-418-v1-a1.m4s…) **510547 Bandwidth** stream (…13339820-480p-av1.mp4/index-v1-a1.m3u8…) yields the same final 6.762 seconds of the video. This correspondence aligns for each of the streamlets in each of the variant playlists. Therefore, the respective Media Segments across different variant streams yield the same portions of the video to be viewed on playback.

Thus, the limitations for this claim element are met. EPorner videos are stored on one or more servers associated with EPorner as multiple different copies, each comprising individually-requestable segments, or streamlets, encoded at one of multiple different bit rates. Each streamlet for each bit rate version of the video corresponds to a different portion of the video program. Similarly, the portion of the video corresponding to a particular streamlet is the same portion of the video corresponding to another streamlet at a different bit rate. For example, the portion of the video corresponding to the third streamlet in the low-quality bit rate version of the test video yields the same portion of the video corresponding to the third streamlet in the high-quality bit rate version.

To the extent that EPorner contends that the Accused Services do not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *12[e]   requesting by the client device a plurality of sequential individually-requestable portions of one of the copies from the at least one server;* |

As shown above in elements 12[pre]-12[d], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[d].

As explained above, when a user clicks "Play" on an EPorner video page, the client device executing the embedded EPorner player automatically requests (and is provided with) sequential segments, or streamlets, from the one or more EPorner servers to display on the client device through the media player embedded in the web page of the EPorner Application. The streamlets are communicated to the client device accessing EPorner via an Internet connection pursuant to HLS and/or DASH. Like DASH, HLS requires the use of HTTP communications, which requires the use of at least one connection pursuant to at least one TCP connection. The video segments are presented in sequential ascending chronological order, based upon the previously requested and/or fulfilled streamlet, defined by time index relative to the beginning of the video. EPorner's design

of the player and manifests thus causes and encourages the client device to perform the "requesting" step of claim 12(e).

During streaming of the instant test video, a plurality of TCP connections is established to transmit video files from one or more servers to the client device. The client device accessing EPorner requests streamlets from the one or more servers associated with EPorner via HTTP GET requests. The server(s) associated with the host URI (**dash-s2-c50-ca-cdn.eporner.com**) for the instant test video are identifiable at the below IP address: 75.251.11.12.

HLS, like DASH, "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4; *see also id.* ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation.").

The Master Manifest shows at least five bandwidth versions, or variant streams, of the video at the following bandwidths:

- 244679 (referred to herein as the "244679 Bandwidth") having a resolution of 426x240

- 358333 (referred to herein as the "358333 Bandwidth") having a resolution of 640x360

- 510547 (referred to herein as the "510547 Bandwidth") having a resolution of 854x480

- 1224762 (referred to herein as the "1224762 Bandwidth") having a resolution of 1280x720

- 1789934 (referred to herein as the "1789934 Bandwidth") having a resolution of 1920x1080

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token[14] |
|---|---|
| 244679 Bandwidth | …hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8… |
| 358333 Bandwidth | …hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8… |
| 510547 Bandwidth | …hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8… |
| 1224762 Bandwidth | …hls/srv4/13339820-720-av1.mp4/index-v1-a1.m3u8… |
| 1789934 Bandwidth | …hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8… |

---

[14] Token may be abbreviated for readability.

46

As shown in the excerpt of the instant test below, the client device initially requests and displays the **1789934 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-1080p-av1.mp4… identifier). At this time, the bandwidth is unrestricted and can support a resolution of 1080p. Upon making a successive determination that continuous video streaming at a higher bitrate can no longer be supported (due to simulated bandwidth restrictions), the client device switches to request and receive the **510547 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-480p-av1.mp4… identifier).  Below is an excerpt of the "Sequence" listing showing the upshifting from a lower to higher playback quality and subsequently downshifting to a lower playback quality alongside the status of the requests. As shown by the packet traffic table, partially reproduced below, the streamlet video files are hosted on a server accessible via **dash-s2-c50-ca-cdn.eporner.com**.

| Method | Host | Path | Status |
|---|---|---|---|
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-22-v1-a1.m4s?... | Complete |
| [***] | | | |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-24-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-25-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-26-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-27-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-28-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-29-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-30-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-31-v1-a1.m4s?... | Complete |

The streamlets in the requests indicate that the requested segments are sequential.

EPorner's "[p]laylist files contain URIs, which clients will use to make network requests of arbitrary entities." RFC 8216 at 55. When playback starts on the media player embedded in the web page of EPorner, "[t]he client," which is the client device accessing EPorner, "SHALL choose which Media Segment to play first from the Media Playlist." RFC 8216 at 45; *id.* at 47 ("The first

47

segment to load is generally the segment that the client has chosen to play first (see Section 6.3.3).”). Then, “[i]n order to play the presentation normally, the next Media Segment” the client device requests and “load[s] the one with the lowest Media Sequence Number that is greater than the Media Sequence Number of the last Media Segment loaded.” RFC 8216 at 47. That is, to playback normally, the client device must request a plurality of files with sequential Media Sequence Numbers/timestamps and the requests are made based on the Media Sequence Numbers/timestamps.

On information and belief, EPorner running on a personal computer accessing Microsoft Edge uses the native player to perform adaptive bitrate streaming using the DASH and/or HLS standard. HLS explains “[c]lients should switch between different Variant Streams to adapt to network conditions” and “[c]lients should choose Renditions based on user preferences.” RFC 8216. Accordingly, EPorner uses the player to generate factors indicative of the network connection(s) between the client device and the server(s) associated with EPorner and make successive determinations as to which bandwidth versions of the video program to request. As part of this assessment, the player generates factors indicative of, for example, connection strength, buffer health, playback rate, calculated bandwidth abilities, calculated moving averages, or other statistics.

Thus, the limitations for this claim element are met. EPorner practices requesting, by the client device, a plurality of sequential individually-requestable portions of one of the copies from the at least one server.

To the extent that EPorner contends that the Accused Services do not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> 12[f]   *automatically requesting by the client device from the at least one server subsequent portions of the digital content by requesting for each such portion one of the individually-requestable portions from one of the copies dependent upon successive determinations by the client device to change a requested bit rate to a higher or lower bit rate one of the different copies,*

As shown above in elements 12[pre]-[e] which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[e].

As explained above, a client device accessing EPorner provides users with adaptive-rate digital content streaming of videos. Accordingly, once the user initiates playback via the EPorner player, the client device automatically and continually requests individually requestable sequential streamlets from the at least one server associated with EPorner, as dictated by the player code and manifests that EPorner supplies. Each streamlet is requested dependent upon numerous factors indicative of the sustainability of streaming, such as: the available network connection, the fulfillment status of previously requested streamlets, the length of any buffer, or the determination at the client device that the previously selected bandwidth version of the video is no longer the optimal version for streaming.

On information and belief, and pursuant to representations on the EPorner website, EPorner provides rate-adaptive streams pursuant to the DASH and/or HLS protocols. Like DASH, HLS explains "[c]lients should switch between different Variant Streams to adapt to network conditions" and "[c]lients should choose Renditions based on user preferences." RFC 8216. Accordingly, EPorner uses the player to generate factors indicative of the network connection(s) between the client device and the server(s) associated with EPorner and make successive determinations as to which bandwidth versions of the video program to request. As part of this assessment, the player generates factors indicative of, for example, connection strength, buffer health, playback rate, calculated bandwidth abilities, calculated moving averages, or other statistics. These factors are compared to defined thresholds, whereupon the client device accessing EPorner automatically and successively determines whether to switch to request higher or lower bandwidth versions of the stream. EPorner contains instructions directing the client device to request and present the highest quality streamlets of the videos that are supportable at any particular time.

In response to requesting the first streamlet via an HTTP GET request, as shown above, the client device receives the requested streamlet from the server via the one or more network connections. *See e.g.*, RFC 8216 at 4 ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation."); *id.* at 5 ("To play this Playlist, the client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments.").

HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4; *see also id.* ("Using this protocol, a client can receive a continuous stream of media from a server for The Master Manifest shows at least three bandwidth versions, or variant streams, of the video at the following bandwidths:

- 244679 (referred to herein as the "244679 Bandwidth") having a resolution of 426x240

- 358333 (referred to herein as the "358333 Bandwidth") having a resolution of 640x360

- 510547 (referred to herein as the "510547 Bandwidth") having a resolution of 854x480

- 1224762 (referred to herein as the "1224762 Bandwidth") having a resolution of 1280x720

- 1789934 (referred to herein as the "1789934 Bandwidth") having a resolution of 1920x1080

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token[15] |
|---|---|
| 244679 Bandwidth | …hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8… |
| 358333 Bandwidth | …hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8… |
| 510547 Bandwidth | …hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8… |
| 1224762 Bandwidth | …hls/srv4/13339820-720-av1.mp4/index-v1-a1.m3u8… |
| 1789934 Bandwidth | …hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8… |

For the instant test below, the client device initially requests and displays the **1789934 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-1080p-av1.mp4… identifier). At this time, the bandwidth is unrestricted and can support a resolution of 1080p. Upon making a successive determination that continuous video streaming at a higher bitrate can no longer be supported (due to simulated bandwidth restrictions), the client device switches to request and receive the **510547 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-480p-av1.mp4… identifier). Below is an excerpt of the "Sequence" listing showing the upshifting from a lower to higher playback quality and subsequently downshifting to a lower playback quality alongside the status of the requests. As shown by the packet traffic table, partially reproduced below, the streamlet video files are hosted on a server accessible via **dash-s2-c50-ca-cdn.eporner.com**.

| Method | Host | Path | Status |
|---|---|---|---|
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-22-v1-a1.m4s?... | Complete |
| | | [***] | |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-24-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-25-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-26-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-27-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-28-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-29-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-30-v1-a1.m4s?... | Complete |

---

[15] Token may be abbreviated for readability.

50

| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-31-v1-a1.m4s?... | Complete |
|---|---|---|---|

Thus, the limitations for this claim element are met. EPorner practices automatically requesting by the client device from the at least one server subsequent portions of the digital content by requesting for each such portion one of the individually-requestable portions from one of the copies dependent upon successive determinations by the client device to change a requested bit rate to a higher or lower bit rate one of the different copies.

The client device accessing EPorner automatically requests the plurality of individually requestable streamlets from the one or more servers associated with EPorner based upon instructions communicated to the device by EPorner. On information and belief, the instructions require the client device to make successive determinations to change or maintain the requests for the individually-requestable streamlets of a particular bit rate version of the video program.

To the extent that EPorner contends that the Accused Services do not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> 12[g]   the automatically requesting including repeatedly generating a factor indicative of a current ability to receive the digital content at a rate sufficient for presenting the digital content as the digital content is received, individually-requestable wherein the factor relates to a performance of the network; and

As shown above in elements 12[pre]-12[f] which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[f].

As explained above, EPorner uses adaptive bitrate streaming to stream its videos, including the test video "Gianna Michaels." The client device accessing EPorner may access the plurality of videos in a playlist by making an HTTP GET request to EPorner.

On information and belief, and pursuant to representations on the EPorner website, EPorner provides rate-adaptive streams pursuant to the DASH and/or HLS protocols. Like DASH, HLS explains "[c]lients should switch between different Variant Streams to adapt to network conditions" and "[c]lients should choose Renditions based on user preferences." RFC 8216. Accordingly, EPorner uses the player to generate factors indicative of the network connection(s) between the client device and the server(s) associated with EPorner and make successive determinations as to which bandwidth versions of the video program to request. As part of this assessment, the player generates factors indicative of, for example, connection strength, buffer health, playback rate, calculated bandwidth abilities, calculated moving averages, or other statistics. These factors are compared to defined thresholds, whereupon the client device accessing EPorner automatically and successively determines whether to switch to request higher or lower bandwidth versions of the stream. EPorner contains instructions directing the client device to request and present the highest quality streamlets of the videos that are supportable at any particular time.

In response to requesting the first streamlet via an HTTP GET request, as shown above, the client device receives the requested streamlet from the server via the one or more network connections. *See e.g.*, RFC 8216 at 4 ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation."); *id.* at 5 ("To play this Playlist, the client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments.").

HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4; *see also id.* ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation.").

The Master Manifest shows at least three bandwidth versions, or variant streams, of the video at the following bandwidths:

- 244679 (referred to herein as the "244679 Bandwidth") having a resolution of 426x240

- 358333 (referred to herein as the "358333 Bandwidth") having a resolution of 640x360

- 510547 (referred to herein as the "510547 Bandwidth") having a resolution of 854x480

- 1224762 (referred to herein as the "1224762 Bandwidth") having a resolution of 1280x720

- 1789934 (referred to herein as the "1789934 Bandwidth") having a resolution of 1920x1080

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token[16] |
|---|---|
| 244679 Bandwidth | …hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8… |
| 358333 Bandwidth | …hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8… |
| 510547 Bandwidth | …hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8… |
| 1224762 Bandwidth | …hls/srv4/13339820-720-av1.mp4/index-v1-a1.m3u8… |
| 1789934 Bandwidth | …hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8… |

For the instant test below, the client device initially requests and displays the **1789934 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-1080p-av1.mp4… identifier). At this time, the bandwidth is unrestricted and can support a resolution of 1080p. Upon

---

[16] Token may be abbreviated for readability.

making a successive determination that continuous video streaming at a higher bitrate can no longer be supported (due to simulated bandwidth restrictions), the client device switches to request and receive the **510547 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-480p-av1.mp4… identifier).  Below is an excerpt of the "Sequence" listing showing the upshifting from a lower to higher playback quality and subsequently downshifting to a lower playback quality alongside the status of the requests. As shown by the packet traffic table, partially reproduced below, the streamlet video files are hosted on a server accessible via **dash-s2-c50-ca-cdn.eporner.com**.

| Method | Host | Path | Status |
| --- | --- | --- | --- |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-22-v1-a1.m4s?... | Complete |
| | | [***] | |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-24-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-25-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-26-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-27-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-28-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-29-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-30-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-31-v1-a1.m4s?... | Complete |

The test video's "[p]laylist files contain URIs, which clients will use to make network requests of arbitrary entities." RFC 8216 at 55. When playback starts on the media player, "[t]he client," which is the media player embedded on the web page of EPorner, "SHALL choose which Media Segment to play first from the Media Playlist." RFC 8216 at 45; *id.* at 47 ("The first segment to load is generally the segment that the client has chosen to play first (see Section 6.3.3)."). Then, "[i]n order to play the presentation normally, the next Media Segment" the client device requests and "load[s] the one with the lowest Media Sequence Number that is greater than the Media Sequence Number of the last Media Segment loaded." RFC 8216 at 47. That is, to playback normally, the client device must request a plurality of files with sequential Media Sequence

Numbers/timestamps and the requests are made based on the Media Sequence Numbers/timestamps.

Thus, the limitations for this claim element are met. EPorner practices automatically requesting individually requestable segments in conjunction with repeatedly generating a factor indicative of a current ability to receive the digital content at a rate sufficient for presenting the digital content as the digital content is received, wherein the factor relates to a performance of the network.

On information and belief, the instructions require the client device to make successive determinations to change or maintain the requests for the individually-requestable streamlets of a particular bit rate version of the video program. The determinations include repeatedly generating at least one factor indicative of the client device's current ability to receive or present the digital content at a rate commensurate with the client device's network connection with the one or more servers associated with EPorner.

To the extent that EPorner contends that the Accused Services do not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> *12[h]   making the successive determinations whether to change the requested bit rate based on the factor to achieve continuous presentation of the digital content using the individually-requestable portions of the highest bit rate one of the copies determined receivable at that time at a rate sufficient for presenting the digital content as the individually-requestable portions of the digital content are received,*

As shown above in elements 12[pre]-[g], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[g].

The client device accessing EPorner automatically requests the plurality of individually requestable streamlets from the one or more servers associated with EPorner based upon instructions communicated to the device by EPorner. On information and belief, the instructions require the client device to make successive determinations to change or maintain the requests for the individually-requestable streamlets of a particular bit rate version of the video program. The determinations include repeatedly generating at least one factor indicative of the client device's current ability to receive or present the digital content at a rate commensurate with the client device's network connection with the one or more servers associated with EPorner.

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token[17] |
|---|---|
| 244679 Bandwidth | …hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8… |

---

[17] Token may be abbreviated for readability.

| | |
|---|---|
| **358333 Bandwidth** | …hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8… |
| **510547 Bandwidth** | …hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8… |
| **1224762 Bandwidth** | …hls/srv4/13339820-720-av1.mp4/index-v1-a1.m3u8… |
| **1789934 Bandwidth** | …hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8… |

For the instant test below, the client device initially requests and displays the **1789934 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-1080p-av1.mp4… identifier). At this time, the bandwidth is unrestricted and can support a resolution of 1080p. Upon making a successive determination that continuous video streaming at a higher bitrate can no longer be supported (due to simulated bandwidth restrictions), the client device switches to request and receive the **510547 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-480p-av1.mp4… identifier). Below is an excerpt of the "Sequence" listing showing the upshifting from a lower to higher playback quality and subsequently downshifting to a lower playback quality alongside the status of the requests. As shown by the packet traffic table, partially reproduced below, the streamlet video files are hosted on a server accessible via **dash-s2-c50-ca-cdn.eporner.com**.

| Method | Host | Path | Status |
|---|---|---|---|
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-22-v1-a1.m4s?... | Complete |
| [***] | | | |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-24-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-25-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-26-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-27-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-28-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-29-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-30-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-31-v1-a1.m4s?... | Complete |

The test video's "[p]laylist files contain URIs, which clients will use to make network requests of arbitrary entities." RFC 8216 at 55. When playback starts on the media player, "[t]he client," which is the media player embedded on the web page of EPorner, "SHALL choose which Media Segment to play first from the Media Playlist." RFC 8216 at 45; *id.* at 47 ("The first segment to load is generally the segment that the client has chosen to play first (see Section 6.3.3)."). Then, "[i]n order to play the presentation normally, the next Media Segment" the client device requests and "load[s] the one with the lowest Media Sequence Number that is greater than the Media Sequence Number of the last Media Segment loaded." RFC 8216 at 47. That is, to playback normally, the client device must request a plurality of files with sequential Media Sequence Numbers/timestamps and the requests are made based on the Media Sequence Numbers/timestamps.

Thus, this limitation is met. EPorner practices making the successive determinations whether to change the requested bit rate based on the factor to achieve continuous presentation of the digital content using the individually-requestable portions of the highest bit rate one of the copies determined receivable at that time at a rate sufficient for presenting the digital content as the individually-requestable portions of the digital content are received.

To the extent that EPorner contends that the Accused Services do not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

---

*12[i]    wherein the making of the successive determinations to change the requested bit rate comprises:*

*requesting a subsequent individually-requestable portion from a higher bit rate one of the different copies than a currently requested one of the different copies when the at least one factor is greater than a first threshold; and*

---

As shown above in elements 12[pre]-[h], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[h].

As explained above, EPorner uses adaptive bitrate streaming to stream its videos, including the test video "Gianna Michaels." The client device accessing EPorner may access the plurality of videos in a playlist by making an HTTP GET request to EPorner.

On information and belief, and pursuant to representations on the EPorner website, EPorner provides rate-adaptive streams pursuant to the DASH and/or HLS protocols. Like DASH, HLS explains "[c]lients should switch between different Variant Streams to adapt to network conditions" and "[c]lients should choose Renditions based on user preferences." RFC 8216. Accordingly, EPorner uses the player to generate factors indicative of the network connection(s) between the client device and the server(s) associated with EPorner and make successive determinations as to which bandwidth versions of the video program to request. As part of this assessment, the player generates factors indicative of, for example, connection strength, buffer health, playback rate, calculated bandwidth abilities, calculated moving averages, or other

statistics. These factors are compared to defined thresholds, whereupon the client device accessing EPorner automatically and successively determines whether to switch to request higher or lower bandwidth versions of the stream. EPorner contains instructions directing the client device to request and present the highest quality streamlets of the videos that are supportable at any particular time.

In response to requesting the first streamlet via an HTTP GET request, as shown above, the client device receives the requested streamlet from the server via the one or more network connections. *See e.g.*, RFC 8216 at 4 ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation."); *id.* at 5 ("To play this Playlist, the client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments.").

HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4; *see also id.* ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation.").

The Master Manifest shows at least three bandwidth versions, or variant streams, of the video at the following bandwidths:

- 244679 (referred to herein as the "244679 Bandwidth") having a resolution of 426x240

- 358333 (referred to herein as the "358333 Bandwidth") having a resolution of 640x360

- 510547 (referred to herein as the "510547 Bandwidth") having a resolution of 854x480

- 1224762 (referred to herein as the "1224762 Bandwidth") having a resolution of 1280x720

- 1789934 (referred to herein as the "1789934 Bandwidth") having a resolution of 1920x1080

The client device accessing EPorner automatically requests the plurality of individually requestable streamlets from the one or more servers associated with EPorner based upon instructions communicated to the device by EPorner. On information and belief, the instructions require the client device to make successive determinations to change or maintain the requests for the individually-requestable streamlets of a particular bit rate version of the video program. The determinations include repeatedly generating at least one factor indicative of the client device's current ability to receive or present the digital content at a rate commensurate with the client device's network connection with the one or more servers associated with EPorner.

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant

stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token[18] |
|---|---|
| **244679 Bandwidth** | …hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8… |
| **358333 Bandwidth** | …hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8… |
| **510547 Bandwidth** | …hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8… |
| **1224762 Bandwidth** | …hls/srv4/13339820-720-av1.mp4/index-v1-a1.m3u8… |
| **1789934 Bandwidth** | …hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8… |

For the instant test below, the client device initially requests and displays the **1789934 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-1080p-av1.mp4… identifier). At this time, the bandwidth is unrestricted and can support a resolution of 1080p. Upon making a successive determination that continuous video streaming at a higher bitrate can no longer be supported (due to simulated bandwidth restrictions), the client device switches to request and receive the **510547 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-480p-av1.mp4… identifier). Below is an excerpt of the "Sequence" listing showing the upshifting from a lower to higher playback quality and subsequently downshifting to a lower playback quality alongside the status of the requests. As shown by the packet traffic table, partially reproduced below, the streamlet video files are hosted on a server accessible via **dash-s2-c50-ca-cdn.eporner.com**.

| Method | Host | Path | Status |
|---|---|---|---|
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-22-v1-a1.m4s?... | Complete |
| | | [***] | |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-24-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-25-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-26-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-27-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-28-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-29-v1-a1.m4s?... | Complete |

---

[18] Token may be abbreviated for readability.

| Method | Host | Path | Status |
|---|---|---|---|
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-30-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-31-v1-a1.m4s?... | Complete |

Later during testing, when the bandwidth constraints are removed, the client device subsequently determines that a higher bandwidth version can again be supported. Accordingly, the client device requests and displays the **1789934 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-1080p-av1.mp4… identifier). Below is an excerpt of the "Sequence" listing showing the upshifting from a lower to higher playback quality and subsequently downshifting to a lower playback quality alongside the status of the requests. As shown by the packet traffic table, partially reproduced below, the streamlet video files are hosted on a server accessible via **dash-s2-c50-ca-cdn.eporner.com**.

| Method | Host | Path | Status |
|---|---|---|---|
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-360p-av1.mp4/seg-222-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-360p-av1.mp4/seg-223-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-224-v1-a1.m4s?... | Complete |

Thus, the limitations for this claim element are met. EPorner practices making successive determinations comprising requesting a subsequent individually-requestable portion from a higher bit rate one of the different copies than a currently requested one of the different copies when the at least one factor is greater than a first threshold.

The client device accessing EPorner makes of the successive determinations to change and request individually-requestable portions from a higher bit rate one of the different copies than a currently requested one of the different copies when the at least one factor is greater than a first threshold. When the client device determines that the generated factor is greater than a first threshold, the client device executing the instructions from EPorner will request the individually-requestable streamlets from a higher bit rate version of the video.

To the extent that EPorner contends that the Accused Services do not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

---

*12[j]    requesting a subsequent individually-requestable portion from a lower bit rate one of the different copies than the currently requested one of the different copies when the at least one factor is less than a second threshold; and*

---

59

As shown above in elements 12[pre]-[i], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[i].

The client device accessing EPorner automatically requests the plurality of individually requestable streamlets from the one or more servers associated with EPorner based upon instructions communicated to the device by EPorner. On information and belief, the instructions require the client device to make successive determinations to change or maintain the requests for the individually-requestable streamlets of a particular bit rate version of the video program. The determinations include repeatedly generating at least one factor indicative of the client device's current ability to receive or present the digital content at a rate commensurate with the client device's network connection with the one or more servers associated with EPorner.

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token[19] |
|---|---|
| 244679 Bandwidth | …hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8… |
| 358333 Bandwidth | …hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8… |
| 510547 Bandwidth | …hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8… |
| 1224762 Bandwidth | …hls/srv4/13339820-720-av1.mp4/index-v1-a1.m3u8… |
| 1789934 Bandwidth | …hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8… |

For the instant test below, the client device initially requests and displays the **1789934 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-1080p-av1.mp4… identifier). At this time, the bandwidth is unrestricted and can support a resolution of 1080p. Upon making a successive determination that continuous video streaming at a higher bitrate can no longer be supported (due to simulated bandwidth restrictions), the client device switches to request and receive the **510547 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-480p-av1.mp4… identifier).  Below is an excerpt of the "Sequence" listing showing the upshifting from a lower to higher playback quality and subsequently downshifting to a lower playback quality alongside the status of the requests. As shown by the packet traffic table, partially reproduced below, the streamlet video files are hosted on a server accessible via **dash-s2-c50-ca-cdn.eporner.com**.

| Method | Host | Path | Status |
|---|---|---|---|
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-22-v1-a1.m4s?... | Complete |
| [***] | | | |

---

[19] Token may be abbreviated for readability.

| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-24-v1-a1.m4s?... | Complete |
|---|---|---|---|
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-25-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-26-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-27-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-28-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-29-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-30-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-31-v1-a1.m4s?... | Complete |

The test video's "[p]laylist files contain URIs, which clients will use to make network requests of arbitrary entities." RFC 8216 at 55. When playback starts on the media player, "[t]he client," which is the media player embedded on the web page of EPorner, "SHALL choose which Media Segment to play first from the Media Playlist." RFC 8216 at 45; *id.* at 47 ("The first segment to load is generally the segment that the client has chosen to play first (see Section 6.3.3)."). Then, "[i]n order to play the presentation normally, the next Media Segment" the client device requests and "load[s] the one with the lowest Media Sequence Number that is greater than the Media Sequence Number of the last Media Segment loaded." RFC 8216 at 47. That is, to playback normally, the client device must request a plurality of files with sequential Media Sequence Numbers/timestamps and the requests are made based on the Media Sequence Numbers/timestamps

Thus, the limitations for this claim element are met. EPorner practices requesting a subsequent individually-requestable portion from a lower bit rate one of the different copies than the currently requested one of the different copies when the at least one factor is less than a second threshold.

To the extent that EPorner contends that the Accused Services do not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> *12[k]   arranging the individually-requestable portions requested from the at least one server in order of ascending presentation time for output to a presentation device.*

As shown above in elements 12[pre]-[j], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[j].

61

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token[20] |
|---|---|
| 244679 Bandwidth | …hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8… |
| 358333 Bandwidth | …hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8… |
| 510547 Bandwidth | …hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8… |
| 1224762 Bandwidth | …hls/srv4/13339820-720-av1.mp4/index-v1-a1.m3u8… |
| 1789934 Bandwidth | …hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8… |

As shown for example below, each of the **358333 Bandwidth**, **1224762 Bandwidth**, and **1789934 Bandwidth** version playlists contain segments, or streamlets, that encode different segments of the video. The streamlet files within each version playlist are arranged in ascending chronological order, beginning with the first segment of the video and progressing until the final segment of the video.

| [21]Bandwidth | Streamlet |
|---|---|
| 358333 Bandwidth | #EXTM3U<br><br>#EXT-X-TARGETDURATION:7<br><br>#EXT-X-ALLOW-CACHE:YES<br><br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXT-X-VERSION:6<br><br>#EXT-X-MEDIA-SEQUENCE:1<br><br>#EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820"<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000, |

---

[20] Token may be abbreviated for readability.

[21] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- BLUE = media segment identifier
- YELLOW = variant streams

| |
|---|
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

[***]

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-416-v1-

| | |
|---|---|
| | a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:6.762, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXT-X-ENDLIST |
| **510547 Bandwidth** | #EXTM3U |
| | #EXT-X-TARGETDURATION:7 |
| | #EXT-X-ALLOW-CACHE:YES |
| | #EXT-X-PLAYLIST-TYPE:VOD |
| | #EXT-X-VERSION:6 |
| | #EXT-X-MEDIA-SEQUENCE:1 |
| | #EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820" |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |

65

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-11-v1-

| |
|---|
| a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| [***] |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:6.762, |

| | |
|---|---|
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXT-X-ENDLIST |
| **1789934 Bandwidth** | #EXTM3U |
| | #EXT-X-TARGETDURATION:7 |
| | #EXT-X-ALLOW-CACHE:YES |
| | #EXT-X-PLAYLIST-TYPE:VOD |
| | #EXT-X-VERSION:6 |
| | #EXT-X-MEDIA-SEQUENCE:1 |
| | #EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820" |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

| |
|---|
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| [***] |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:6.762, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXT-X-ENDLIST |

On information and belief, playlists for the other resolution variants also include these segments, or streamlets, arranged in ascending chronological order and corresponding to the same portion of the video provided on-demand from EPorner's server(s).

For the instant test below, the client device initially requests and displays the **1789934 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-1080p-av1.mp4… identifier). At this time, the bandwidth is unrestricted and can support a resolution of 1080p. Upon making a successive determination that continuous video streaming at a higher bitrate can no longer be supported (due to simulated bandwidth restrictions), the client device switches to request and receive the **510547 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-480p-av1.mp4… identifier).  Below is an excerpt of the "Sequence" listing showing the upshifting from a lower to higher playback quality and subsequently downshifting to a lower playback quality alongside the status of the requests. As shown by the packet traffic table, partially reproduced below, the streamlet video files are hosted on a server accessible via **dash-s2-c50-ca-cdn.eporner.com**.

| Method | Host | Path | Status |
|---|---|---|---|
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-22-v1-a1.m4s?... | Complete |
| | | [***] | |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-24-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-25-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-26-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-27-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-28-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-29-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-30-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-31-v1-a1.m4s?... | Complete |

Thus, this limitation is met. EPorner practices arranging the individually-requestable portions requested from the at least one server in order of ascending presentation time for output to a presentation device.

To the extent that EPorner contends that the Accused Services do not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.