**INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,868,772**[1]

The following claim chart shows exemplary aspects of certain streaming services and products owned or operated by MW Media, S.C. ("MW Media"), namely EPorner (accessible via www.eporner.com) (collectively, "EPorner"), that infringe at least claim 1 of U.S. Patent No. 8,868,772 ("'772 Patent"). Upon information and belief, MW Media operates streaming services that infringe one or more claims of the '772 Patent (the "Accused Services"), including at least EPorner.

The chart is exemplary and should not be read to limit DISH's assertions against EPorner as to the services or products described below. The chart should not be read to limit DISH's assertions to the patent claims charted below. Nor should the chart below be read to limit how EPorner infringes the claims below. To that end, any highlighting or annotations presented herein are intended to exemplify certain elements of EPorner's operation and are not intended to limit DISH's position with respect to how EPorner practices any particular element of the claim(s) of the '772 Patent.

The following evidence and descriptions, including tests conducted on EPorner, shows that the Accused Services meet each element of the aforementioned claim(s) of the '772 Patent in substantially the same manner described below.

To the extent any element of claim 1 contemplates user-initiated requests from a media player and/or end user station, Eporner designs and operates its website and embedded player to induce users to send those requests. Specifically, EPorner designs and operates its website and embedded player so that, when a user clicks on the "Play" button on a video page, the client device automatically (i) loads the Master Manifest and variant playlists, (ii) requests sequential media segments over one or more TCP connections, and (iii) switches between available quality levels based on measured network conditions. EPorner further encourages users to perform the claimed method by prominently presenting the embedded player, providing auto-play of subsequent videos, and offering user-accessible quality and playback controls that cause the client device to perform the recited adaptive streaming steps. These platform-level design choices and interface controls are affirmative acts that encourage and facilitate users' performance of the method steps. In addition, EPorner induces its users to meet the claim limitation because EPorner provides users with instructions and guidance on how users can use Accused Services to perform each element of the claims.

*See, e.g.*, www.eporner.com (video pages showing embedded player with "Play" button, autoplay of next video, and quality selection menu):

---

[1] All citations to or cross-references to claim elements within a respective section refer to the claim elements of the '772 Patent addressed in that section unless otherwise indicated.



*See also, e.g.*, www.eporner.com/contact/ (reproduced in part below, last accessed April 23, 2026):



*See also* https://www.eporner.com/faq/ (reproduced in part below, last accessed April 23, 2026):

2

3



## I.   U.S. Patent No. 8,868,772

### A.   Claim 1

> *1[pre]  A method for presenting rate-adaptive streams, the method comprising*

The claimed method is executed by a media player on an end user station (e.g., a browser on a laptop or mobile device). EPorner configures and supplies the embedded player and associated manifests so that, when a user initiates playback on the EPorner website, the client device performs the recited method steps to present rate-adaptive streams. For example, EPorner provides information (including the Master Manifest, variant playlists, and media segments) that permits a client device accessing EPorner to output rate-adaptive streams received via fulfilled HTTP Get requests to one or more servers associated with EPorner connected to the client device via at least one TCP connection. Example client devices include Apple iPhones, Apple iPads, Android phones, Android tablets, and personal computers equipped to access the Internet via one or more network connections. The client devices include a media player configured to enable video streaming. Further, upon information and belief, employees and/or agents of EPorner tested and used EPorner on devices in the U.S. during the relevant time period.

The EPorner website explains that Eporner.com is "the technology leader in the [pornography] industry." https://www.eporner.com/contact/ (last accessed April 23, 2026). EPorner was allegedly "the first to display real full HD quality pornographic videos and became a pioneer in providing online free pornographic materials in full HD quality, as the first page with this content." *Id.* Also, Eporner.com has allegedly "enabled full service (uploading and watching) video in Full HD 1080p quality and in 2010 video in 60FPS." *Id.*

Additionally, EPorner represents that, since at least 2015, EPorner has provided "full support for advanced MPEG-DASH, which allows almost limitless control over the video stream. The player can change the video bitrate and resolution in real time, also independently of the video audio bitrate. In 2017, website became one of the first major adult pornographic video sharing website to incorporate HTTPS encryption." *Id* (partially reproduced below).

> In 2015, Eporner.com introduced full support for advanced MPEG-DASH, which allows almost limitless control over the video stream. The player can change the video bitrate and resolution in real time, also independently of the video audio bitrate. In 2017, website became one of the first major adult pornographic video sharing website to incorporate HTTPS encryption.

The tests referred to herein were conducted on videos offered over EPorner executed on a Dell Latitude 7440 laptop computer running Windows 11. Any images in this chart are from EPorner operating on an Internet browser (e.g., Microsoft Edge or Google Chrome). On information and belief, the media player utilized by EPorner operating on Microsoft Edge is the same "player" that "can change the video bitrate and resolution in real time" such that EPorner provides rate-adaptive streams to end users. *Id.*

As part of the testing, a laptop computer accessing EPorner was connected to the Internet through Microsoft Edge, which contains DevTools that enable the ability to view packet transmission between the client device and server(s) or Internet architecture utilized by EPorner

or its affiliates; and to throttle the network's available bandwidth. Thus, the test simulated how EPorner responded to lower and higher bandwidths.

For the current test, a video titled "Gianna Michaels" was selected (accessible via https://www.eporner.com/video-v8u6FZlgjfR/gianna-michaels/, last accessed April 23, 2026), and at various times throughout the playback of the video, bandwidth was restricted to download speeds of approximately 2048 kbps. As observed through the tests, when the user selects a video from the available videos, the media player used by EPorner displays more details regarding the video and provides the user with the option to view the video.

Selecting the icon corresponding to a video causes that video and other materials to be streamed and displayed on the client device.

With respect to adaptively receiving the digital stream from EPorner's video server over the network, EPorner's adaptive bitrate streams are provided to the media player used by EPorner from a server over a network using at least the Dynamic Adaptive Streaming over HTTP ("DASH") or the HTTP Live Streaming ("HLS") adaptive bitrate streaming protocol.

DASH is a standard intended to support a media-streaming model for delivery of media content in which control lies exclusively with the client. Clients may request data using the HTTP protocol from standard web servers that have no DASH-specific capabilities. ISO/IEC-23009-1:2019(E) at 9. DASH specifies XML and binary formats that enable delivery of continuous media content. *Id.* at 18. DASH specifies that "content may be divided in time into Segments for proper accessibility and delivery." *Id.* at 22. Segments are assigned a duration, which is the duration of the media contained in the Segment when presented at normal speed. Typically, all Segments in a Representation have the same or roughly similar duration. *Id.* Clients may switch from Representation to Representation within an Adaptation Set at any point in the media. *Id.* at 23.

HLS, on the other hand, is "a protocol for transferring unbounded streams of multimedia data." Request For Comments: 8216 – HTTP Live Streaming, August 2017 ("RFC 8216") at 1. Using HLS, "a client can receive a continuous stream of media from a server for concurrent presentation." RFC 8216 at 4. HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4. With HLS, "[c]lients should switch between different Variant Streams to adapt to network conditions." RFC 8216 at 5.

As noted above, EPorner represents that since at least 2015, EPorner has provided "full support for advanced MPEG-DASH, which allows almost limitless control over the video stream. The player can change the video bitrate and resolution in real time, also independently of the video audio bitrate. In 2017, website became one of the first major adult pornographic video sharing website to incorporate HTTPS encryption." https://www.eporner.com/contact/ (last accessed April 23, 2026).

When executed, EPorner operates a media player operating on a client device, which is configured to request EPorner's digital content from one or more servers via at least one TCP connection over the network.

EPorner's content is stored on one or more servers over a network and is displayed to client devices via a media player used by EPorner.

The one or more servers accessible by the client device using the media player store segments, or "streamlets" corresponding to particular segments of a video, and each segment of a video is encoded at one of numerous resolutions. *See, e.g.*, ISO/IEC-23009-1:2019(E) at 15 (defining Segment). Together, the streamlets of one resolution are represented collectively as a Representation, herein referred to as a "Media Playlist, a "variant stream," or a "bandwidth version." *Accord id.* at 15 (defining Representation).

The Media Playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies. *See id.* at 32 ("Each Representation consists of one or more Segments…Segments contain media data and/or metadata to access, decode, and present the included media content."); *id.* at 52 ("Representations in two or more Adaptation Sets may provide the same content. In addition, the content may be time-aligned and may be offered such that seamless switching across Representations in different Adaptation Sets is simplified."); *id.* at 54 ("Each Representation includes one or more media streams, where each media stream is an encoded version of one media content component. A Representation consists of one or more Segments."). *See also* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown by the packet traffic accessed through the Microsoft Edge DevTools, partially reproduced below, the streamlet video files are hosted on a server accessible via **dash-s2-c50-ca-cdn.eporner.com**.

| [2]Method | Host | Path[3] | … | Status |
|---|---|---|---|---|
| GET | dash-s2-c50-ca-cdn.eporner.com | /hls/srv4/13339820-720p-av1.mp4/seg-2-v1-a1.m4s?... | … | Complete |

The URI **dash-s2-c50-ca-cdn.eporner.com** is affiliated with at least the following IP address: **75.251.11.12**, which on information and belief corresponds to the IP address of at least one origin server.

---

[2] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- ORANGE = one or more servers
- BLUE = media segment

[3] Video path abbreviated for readability throughout.

The numerous variant streams of the video displayed by the media player embedded in the web page of EPorner include at least a low quality stream, a medium quality stream, and a high quality stream.

For example, in the instant test of a video titled "Gianna Michaels," the client device made an HTTP GET request to **dash-s2-c50-ca-cdn.eporner.com** for a master manifest located at the following path:    "/hls/v4/13339820-,240p-av1,360p-av1,480p-av1,720p-av1,1080p-av1,.mp4.urlset/**master.m3u8**?..." (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

```
#EXTM3U

#EXT-X-STREAM-INF:PROGRAM-
ID=1,BANDWIDTH=244679,RESOLUTION=428x240,FRAME-
RATE=30.000,CODECS="av01.0.00M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/index-v1-
a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=133
39820

#EXT-X-STREAM-INF:PROGRAM-
ID=1,BANDWIDTH=358333,RESOLUTION=640x360,FRAME-
RATE=30.000,CODECS="av01.0.01M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/index-v1-
a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=133
39820

#EXT-X-STREAM-INF:PROGRAM-
ID=1,BANDWIDTH=510547,RESOLUTION=854x480,FRAME-
RATE=30.000,CODECS="av01.0.04M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/index-v1-
a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=133
39820

#EXT-X-STREAM-INF:PROGRAM-
ID=1,BANDWIDTH=1224762,RESOLUTION=1280x720,FRAME-
RATE=30.000,CODECS="av01.0.05M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-720p-av1.mp4/index-v1-
a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=133
39820

#EXT-X-STREAM-INF:PROGRAM-
ID=1,BANDWIDTH=1789934,RESOLUTION=1920x1080,FRAME-
RATE=30.000,CODECS="av01.0.08M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/index-v1-
a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=133
39820
```

7

File path: **master.m3u8**

The Master Manifest shows at least five bandwidth versions, or variant streams, of the video at the following average bandwidths:

- 244679 (referred to herein as the "244679 Bandwidth") having a resolution of 426x240

- 358333 (referred to herein as the "358333 Bandwidth") having a resolution of 640x360

- 510547 (referred to herein as the "510547 Bandwidth") having a resolution of 854x480

- 1224762 (referred to herein as the "1224762 Bandwidth") having a resolution of 1280x720

- 1789934 (referred to herein as the "1789934 Bandwidth") having a resolution of 1920x1080

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Path[4] |
|---|---|
| 244679 Bandwidth | dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8? |
| 358333 Bandwidth | /dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8? |
| 510547 Bandwidth | /dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8? |
| 1224762 Bandwidth | /dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-720p-av1.mp4/index-v1-a1.m3u8? |
| 1789934 Bandwidth | /dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8? |

Each of the variant stream playlists includes segments, or streamlets, that encode the same portion of the video at various resolutions. For example, the **244679 Bandwidth** version can be

---

[4] Path may be abbreviated for readability.

considered a low-quality stream, the **510547 Bandwidth** version can be considered a medium-quality stream, and the **1789934 Bandwidth** version can be considered a high-quality stream.

A client device accessing EPorner uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the file above from the one or more servers hosting EPorner content.

The media playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown in the test data, the client device accessing the EPorner Application selects the **244679 Bandwidth** version of the stream and makes a request for the corresponding playlist at the file path "/dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8?..." pursuant to the instructions received from the EPorner Application. The EPorner Server(s) returns the playlist file with the contents below.

---

[5]#EXTM3U

#EXT-X-TARGETDURATION:7

#EXT-X-ALLOW-CACHE:YES

#EXT-X-PLAYLIST-TYPE:VOD

#EXT-X-VERSION:6

#EXT-X-MEDIA-SEQUENCE:1

#EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820"

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

---

[5] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- YELLOW = variant streams
- BLUE = media segment

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

[***]

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:6.762,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-ENDLIST

The variant playlist file is an adaptive bitrate streaming playlist operating pursuant to the HLS standard. Each line in the file at path "hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8?..." that begins with "#EXTINF" specifies the length of the segments in seconds. The line below "EXTINF" specifies the location of the variant of the video file. Most of the streamlets, with a few exceptions, are 4.00 seconds long and return sequential segments of the video.

Similarly shown in the test data, when the client device accessing EPorner selects the **1789934 Bandwidth** version of the stream, it makes a request for the corresponding playlist at the

11

file path "/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8?". The EPorner Server(s) returns the playlist file for the **1789934 Bandwidth** with the contents below.

```
#EXTM3U
#EXT-X-TARGETDURATION:7
#EXT-X-ALLOW-CACHE:YES
#EXT-X-PLAYLIST-TYPE:VOD
#EXT-X-VERSION:6
#EXT-X-MEDIA-SEQUENCE:1
#EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820"
#EXTINF:4.000,
https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820
#EXTINF:4.000,
https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820
#EXTINF:4.000,
https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820
#EXTINF:4.000,
https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820
#EXTINF:4.000,
https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820
#EXTINF:4.000,
https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820
#EXTINF:4.000,
```

12

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

[***]

13

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:6.762,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-ENDLIST

As with the variant playlist file for the **358333 Bandwidth** version, the variant playlist file for the **1789934 Bandwidth** version is an HLS playlist. Each line in the file path "/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8?" that begins with "#EXTINF" specifies the length of the segments in seconds. The line below "EXTINF" specifies the location of the variant of the video file. Most of the streamlets, with a few exceptions, are 4.00 seconds long and return sequential segments of the video. Discussed further below, the number of streamlets in each variant playlist for the test video are the same. Similarly, the segments of each streamlet (in sequential order in each variant playlist) are the same duration across variant playlists. For example, the second streamlets in the **358333 Bandwidth** variant playlist and the second streamlet in the **1789934 Bandwidth** variant playlist, respectively, have durations of 4.00 seconds and are equally distant in time from the first streamlet.

As shown in the excerpt of the instant test below, the client device initially requests and displays the **1789934 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-1080p-av1.mp4… identifier). At this time, the bandwidth is unrestricted and can support a resolution of 1080p. Upon making a successive determination that continuous video streaming at a higher bitrate can no longer be supported (due to simulated bandwidth restrictions), the client device switches to request and receive the **510547 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-480p-av1.mp4… identifier). Below is an excerpt of the "Sequence" listing showing the upshifting from a lower to higher playback quality and subsequently downshifting to a lower playback quality alongside the status of the requests. As shown by the packet traffic table, partially reproduced below, the streamlet video files are hosted on a server accessible via **dash-s2-c50-ca-cdn.eporner.com**.

| Method | Host | Path | Status |
|---|---|---|---|

14

| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.m4s?... | Complete |
|---|---|---|---|
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-22-v1-a1.m4s?... | Complete |
| [***] | | | |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-24-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-25-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-26-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-27-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-28-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-29-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-30-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-31-v1-a1.m4s?... | Complete |

The streamlets in the requests indicate that the requested segments are sequential and output on the client device in a continuous fashion.

EPorner's "[p]laylist files contain URIs, which clients will use to make network requests of arbitrary entities." RFC 8216 at 55. When playback starts on the media player embedded in the web page of EPorner, "[t]he client," which is the client device accessing EPorner, "SHALL choose which Media Segment to play first from the Media Playlist." RFC 8216 at 45; *id.* at 47 ("The first segment to load is generally the segment that the client has chosen to play first (see Section 6.3.3)."). Then, "[i]n order to play the presentation normally, the next Media Segment" the client device requests and "load[s] the one with the lowest Media Sequence Number that is greater than the Media Sequence Number of the last Media Segment loaded." RFC 8216 at 47. That is, to playback normally, the client device must request a plurality of files with sequential Media Sequence Numbers/timestamps and the requests are made based on the Media Sequence Numbers/timestamps.

On information and belief, EPorner running on a personal computer accessing Microsoft Edge uses the native player to perform adaptive bitrate streaming using the DASH and/or HLS standard. HLS explains "[c]lients should switch between different Variant Streams to adapt to network conditions" and "[c]lients should choose Renditions based on user preferences." RFC

8216. Accordingly, EPorner uses the player to generate factors indicative of the network connection(s) between the client device and the server(s) associated with EPorner and make successive determinations as to which bandwidth versions of the video program to request. As part of this assessment, the player generates factors indicative of, for example, connection strength, buffer health, playback rate, calculated bandwidth abilities, calculated moving averages, or other statistics.

Thus, EPorner performs a method for presenting rate-adaptive streaming. To the extent that EPorner contends that the Accused Services do not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| 1[a]    *streaming by a media player operating on an end user station a video from a set of one or more servers,* |
| --- |

As shown above in element 1[pre], which is incorporated fully herein, the limitations of this claim are met. *See* § A.1[pre].

As explained above, the client device executing the instructions from EPorner requests (and is provided with) a video divided into segments, or streamlets, from the one or more EPorner servers to display on the client device through the media player embedded in the web page of EPorner. The streamlets are communicated to the client device accessing the EPorner Application via an Internet connection pursuant to HLS. HLS requires the use of HTTP communications, which requires at least one TCP connection. The video segments are presented in sequential ascending chronological order, based upon the previously requested and/or fulfilled streamlet, defined by time index relative to the beginning of the video.

During streaming of the instant test video, at least one TCP connection is established to transmit video files from one or more servers to the client device. The client device accessing EPorner requests streamlets from the one or more servers associated with EPorner via HTTP GET requests. The server(s) associated with the host URI (**dash-s2-c50-ca-cdn.eporner.com**) for the instant test video are identifiable at least at the following IP address: **75.251.11.12.** On information and belief, EPorner relies on origin and/or cache servers located in the United States.

Thus, the limitations for this claim element are met. EPorner, operating on an end user station, streams videos from a set of one or more servers.

To the extent that EPorner contends that the Accused Services do not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| 1[b]    *wherein each of a plurality of different copies of the video encoded at different bitrates is stored as multiple files on the set of servers,* |
| --- |

As shown above in elements 1[pre]-[a], which is incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[a].

As detailed above, EPorner stores each of a plurality of different copies of the video on a set of web servers, where each of the plurality of different copies is encoded at a different bitrate.

For example, the numerous variant streams of the video displayed by the media player embedded in the web page of EPorner include at least a low quality stream, a medium quality stream, and a high quality stream.

In the instant exemplary test of a video titled "Gianna Michaels," the client device made an HTTP GET request to **dash-s2-c50-ca-cdn.eporner.com** for a master manifest located at the following path: "/hls/v4/13339820-,240p-av1,360p-av1,480p-av1,720p-av1,1080p-av1,.mp4.urlset/**master.m3u8**?..." (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

---

#EXTM3U

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=244679,RESOLUTION=428x240,FRAME-RATE=30.000,CODECS="av01.0.00M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=358333,RESOLUTION=640x360,FRAME-RATE=30.000,CODECS="av01.0.01M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=510547,RESOLUTION=854x480,FRAME-RATE=30.000,CODECS="av01.0.04M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=1224762,RESOLUTION=1280x720,FRAME-RATE=30.000,CODECS="av01.0.05M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-720p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=1789934,RESOLUTION=1920x1080,FRAME-RATE=30.000,CODECS="av01.0.08M.08,mp4a.40.2"

---

17

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

File path: **master.m3u8**

The Master Manifest shows at least five bandwidth versions, or variant streams, of the video at the following average bandwidths:

- 244679 (referred to herein as the "244679 Bandwidth") having a resolution of 426x240

- 358333 (referred to herein as the "358333 Bandwidth") having a resolution of 640x360

- 510547 (referred to herein as the "510547 Bandwidth") having a resolution of 854x480

- 1224762 (referred to herein as the "1224762 Bandwidth") having a resolution of 1280x720

- 1789934 (referred to herein as the "1789934 Bandwidth") having a resolution of 1920x1080

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Path[6] |
|---|---|
| 244679 Bandwidth | dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8? |
| 358333 Bandwidth | /dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8? |
| 510547 Bandwidth | /dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8? |
| 1224762 Bandwidth | /dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-720p-av1.mp4/index-v1-a1.m3u8? |
| 1789934 Bandwidth | /dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8? |

---

[6] Path may be abbreviated for readability.

18

Each of the variant stream playlists includes segments, or streamlets, that encode the same portion of the video at various resolutions. For example, the **244679 Bandwidth** version can be considered a low-quality stream, the **510547 Bandwidth** version can be considered a medium-quality stream, and the **1789934 Bandwidth** version can be considered a high-quality stream.

A client device accessing EPorner uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the file above from the one or more servers hosting EPorner content.

The media playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown in the test data, the client device accessing the EPorner Application selects the **244679 Bandwidth** version of the stream and makes a request for the corresponding playlist at the file path "/dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8?..." pursuant to the instructions received from the EPorner Application. The EPorner Server(s) returns the playlist file with the contents below.

[7]#EXTM3U

#EXT-X-TARGETDURATION:7

#EXT-X-ALLOW-CACHE:YES

#EXT-X-PLAYLIST-TYPE:VOD

#EXT-X-VERSION:6

#EXT-X-MEDIA-SEQUENCE:1

#EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820"

#EXTINF:4.000,

---

[7] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- YELLOW = variant streams
- BLUE = media segment

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

[***]

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:6.762,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-ENDLIST

The variant playlist file is an adaptive bitrate streaming playlist operating pursuant to the HLS standard. Each line in the file at path "hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8?..." that begins with "#EXTINF" specifies the length of the segments in seconds. The

21

line below "EXTINF" specifies the location of the variant of the video file. Most of the streamlets, with a few exceptions, are 4.00 seconds long and return sequential segments of the video.

Similarly shown in the test data, when the client device accessing EPorner selects the **1789934 Bandwidth** version of the stream, it makes a request for the corresponding playlist at the file path "/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8?". The EPorner Server(s) returns the playlist file for the **1789934 Bandwidth** with the contents below.

```
#EXTM3U
#EXT-X-TARGETDURATION:7
#EXT-X-ALLOW-CACHE:YES
#EXT-X-PLAYLIST-TYPE:VOD
#EXT-X-VERSION:6
#EXT-X-MEDIA-SEQUENCE:1
#EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820"
#EXTINF:4.000,
https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820
#EXTINF:4.000,
https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820
#EXTINF:4.000,
https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820
#EXTINF:4.000,
https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820
#EXTINF:4.000,
https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820
#EXTINF:4.000,
```

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

[***]

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:6.762,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-ENDLIST

As with the variant playlist file for the **358333 Bandwidth** version, the variant playlist file for the **1789934 Bandwidth** version is an HLS playlist. Each line in the file path "/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8?" that begins with "#EXTINF" specifies the length of the segments in seconds. The line below "EXTINF" specifies the location of the variant of the video file. Most of the streamlets, with a few exceptions, are 4.00 seconds long and return sequential segments of the video. Discussed further below, the number of streamlets in each variant playlist for the test video are the same. Similarly, the segments of each streamlet (in sequential order in each variant playlist) are the same duration across variant playlists. For example, the second streamlets in the **358333 Bandwidth** variant playlist and the second streamlet in the **1789934 Bandwidth** variant playlist, respectively, have durations of 4.00 seconds and are equally distant in time from the first streamlet.

Thus, the limitations for this claim element are met. EPorner videos are stored on one or more servers associated with EPorner as multiple different copies, each of which is comprised of individually-requestable segments encoded at one of multiple different bit rates.

To the extent that EPorner contends that the Accused Services do not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| 1[c] | *wherein each of the multiple files yields a different portion of the video on playback,* |
|---|---|

As shown above in elements 1[pre]-[b], which is incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[b].

24

As explained above, a client device accessing EPorner provides users with adaptive-rate digital content streaming of videos. Accordingly, the client device automatically and continually requests individually requestable sequential streamlets from the at least one server associated with EPorner. Each streamlet is requested dependent upon numerous factors indicative of the sustainability of streaming, such as: the available network connection, the fulfillment status of previously requested streamlets, the length of any buffer, or the determination at the client device that the previously selected bandwidth version of the video is no longer the optimal version for streaming.

Each of the low-quality stream, medium-quality stream, and high-quality stream comprises a group of streamlets that are encoded at the same respective one of the different bitrates. As set forth above, each of the Variant Streams "describes a different version of the same content." RFC 8216 at 5. Thus, each of the Variant Streams is "encodings of the same presentation" at different bitrates. RFC 8216 at 42. Indeed, to allow "clients to switch between" Variant Streams seamlessly, HLS requires that "[e]ach Variant Stream MUST present the same content" on playback. RFC 8216 at 43. HLS provides that "[m]atching content in Variant Streams MUST have matching timestamps" to allow the media player embedded in the web page of the EPorner Site to synchronize the media. *Id.* Further, "[e]ach Media Segment in a Media Playlist has an integer Discontinuity Sequence Number. The Discontinuity Sequence Number can be used in addition to the timestamps within the media to synchronize Media Segments across different Renditions." RFC 8216 at 39. Thus, "[m]atching content in Variant Streams MUST have matching Discontinuity Sequence Numbers." RFC 8216 at 43.

Moreover, EPorner's digital content is divided into a plurality of individually-requestable portions, or streamlets, such that each streamlet corresponds to a portion of a video at a particular bit rate. The plurality of streamlets at the same bit rate comprise at least a portion of a copy of the video requested.

For example, in the instant test of a video titled "Gianna Michaels," the client device made an HTTP GET request to **dash-s2-c50-ca-cdn.eporner.com** for a master manifest located at the following path: "hls/v4/13339820-,240p-av1,360p-av1,480p-av1,720p-av1,1080p-av1,.mp4.urlset/master.m3u8" (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

[8]#EXTM3U

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=244679,RESOLUTION=428x240,FRAME-RATE=30.000,CODECS="av01.0.00M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

---

[8] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- YELLOW = variant streams
- RED = average bandwidth of variant streams

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=358333,RESOLUTION=640x360,FRAME-RATE=30.000,CODECS="av01.0.01M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=510547,RESOLUTION=854x480,FRAME-RATE=30.000,CODECS="av01.0.04M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=1224762,RESOLUTION=1280x720,FRAME-RATE=30.000,CODECS="av01.0.05M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-720p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=1789934,RESOLUTION=1920x1080,FRAME-RATE=30.000,CODECS="av01.0.08M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

File path: **master.m3u8**

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token[9] |
| --- | --- |
| 244679 Bandwidth | …hls/srv4/13339820-240-av1.mp4/index-v1-a1.m3u8… |
| 358333 Bandwidth | …hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8… |
| 510547 Bandwidth | …hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8… |
| 1224762 Bandwidth | …hls/srv4/13339820-720p-av1.mp4/index-v1-a1.m3u8… |
| 1789934 Bandwidth | …hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8… |

As shown for example below, each of the **358333 Bandwidth**, **1224762 Bandwidth**, and **1789934 Bandwidth** version playlists contain segments, or streamlets, that encode different

---

[9] Token may be abbreviated for readability.

segments of the video. The streamlet files within each version playlist are arranged in ascending chronological order, beginning with the first segment of the video and progressing until the final segment of the video.

| [10]Bandwidth | Streamlet |
|---|---|
| 358333 Bandwidth | # EXTM3U |
| | #EXT-X-TARGETDURATION:7 |
| | #EXT-X-ALLOW-CACHE:YES |
| | #EXT-X-PLAYLIST-TYPE:VOD |
| | #EXT-X-VERSION:6 |
| | #EXT-X-MEDIA-SEQUENCE:1 |
| | #EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820" |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |

---

[10] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- BLUE = media segment identifier
- YELLOW = variant streams

27

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-12-v1-

a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

[***]

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:6.762,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

| | #EXT-X-ENDLIST |
|---|---|
| | |
| **510547 Bandwidth** | #EXTM3U |
| | #EXT-X-TARGETDURATION:7 |
| | #EXT-X-ALLOW-CACHE:YES |
| | #EXT-X-PLAYLIST-TYPE:VOD |
| | #EXT-X-VERSION:6 |
| | #EXT-X-MEDIA-SEQUENCE:1 |
| | #EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820" |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |

30

| |
|---|
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |

| | |
|---|---|
| | #EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>[***]<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:6.762,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXT-X-ENDLIST |
| **1789934 Bandwidth** | #EXTM3U<br><br>#EXT-X-TARGETDURATION:7<br><br>#EXT-X-ALLOW-CACHE:YES |

| |
|---|
| #EXT-X-PLAYLIST-TYPE:VOD |
| #EXT-X-VERSION:6 |
| #EXT-X-MEDIA-SEQUENCE:1 |
| #EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820" |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

34

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

[***]

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:6.762,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-ENDLIST

On information and belief, playlists for the other resolution variants also include these segments, or streamlets, also arranged in ascending chronological order and corresponding to the same portion of the video provided on-demand from EPorner's server(s).

For the instant test below, the client device initially requests and displays the **1789934 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-1080p-av1.mp4… identifier). At this time, the bandwidth is unrestricted and can support a resolution of 1080p. Upon making a successive determination that continuous video streaming at a higher bitrate can no longer be supported (due to simulated bandwidth restrictions), the client device switches to request and receive the **510547 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-480p-av1.mp4… identifier).  Below is an excerpt of the "Sequence" listing

35

showing the upshifting from a lower to higher playback quality and subsequently downshifting to a lower playback quality alongside the status of the requests. As shown by the packet traffic table, partially reproduced below, the streamlet video files are hosted on a server accessible via **dash-s2-c50-ca-cdn.eporner.com**.

| Method | Host | Path | Status |
|---|---|---|---|
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-2-v1-a1.m4s?... | Complete |
| | | [***] | |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-24-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-25-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-26-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-27-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-28-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-29-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-30-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-31-v1-a1.m4s?... | Complete |

Each of the low-quality stream, medium-quality stream, and high-quality stream comprises a group of streamlets that are encoded at the same respective one of the different bitrates. As set forth above, each of the variant streams "describes a different version of the same content." RFC 8216 at 5. Thus, each of the variant streams is "encodings of the same presentation" at different bitrates. RFC 8216 at 42. Indeed, to allow "clients to switch between" variant streams seamlessly, HLS requires that "[e]ach variant stream MUST present the same content" on playback. RFC 8216 at 43. HLS provides that "[m]atching content in variant streams MUST have matching timestamps" to allow the media player embedded in the web page of the EPorner Application to synchronize the media. *Id*. Each "Media Segment is specified by a URI and optionally a byte range." RFC 8216 at 4.

Thus, the limitations of this claim element are met. EPorner practices presenting a rate-adaptive stream, wherein each of the individually-requestable portions of a corresponding copy of

36

the digital content is a different portion of the digital content during presentation. To the extent that EPorner contends that the Accused Services do not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| 1[d]    *wherein the multiple files across the different copies yield the same portions of the video on playback,* |

As shown above in elements 1[pre]-[c], which are fully incorporated herein, the limitations of this claim are met. *See* §§ A.1[pre]-[c].

As explained above, a client device accessing EPorner provides users with adaptive-rate digital content streaming of videos. Accordingly, the client device automatically and continually requests individually requestable sequential streamlets from the at least one server associated with EPorner. Each streamlet is requested dependent upon numerous factors indicative of the sustainability of streaming, such as: the available network connection, the fulfillment status of previously requested streamlets, the length of any buffer, or the determination at the client device that the previously selected bandwidth version of the video is no longer the optimal version for streaming.

Each of the low-quality stream, medium-quality stream, and high-quality stream comprises a group of streamlets that are encoded at the same respective one of the different bitrates. As set forth above, each of the Variant Streams "describes a different version of the same content." RFC 8216 at 5. Thus, each of the Variant Streams is "encodings of the same presentation" at different bitrates. RFC 8216 at 42. Indeed, to allow "clients to switch between" Variant Streams seamlessly, HLS requires that "[e]ach Variant Stream MUST present the same content" on playback. RFC 8216 at 43. HLS provides that "[m]atching content in Variant Streams MUST have matching timestamps" to allow the media player embedded in the web page of the EPorner Site to synchronize the media. *Id*. Further, "[e]ach Media Segment in a Media Playlist has an integer Discontinuity Sequence Number. The Discontinuity Sequence Number can be used in addition to the timestamps within the media to synchronize Media Segments across different Renditions." RFC 8216 at 39. Thus, "[m]atching content in Variant Streams MUST have matching Discontinuity Sequence Numbers." RFC 8216 at 43.

Moreover, EPorner's digital content is divided into a plurality of individually-requestable portions, or streamlets, such that each streamlet corresponds to a portion of a video at a particular bit rate. The plurality of streamlets at the same bit rate comprise at least a portion of a copy of the video requested.

For example, in the instant test of a video titled "Gianna Michaels," the client device made an HTTP GET request to **dash-s2-c50-ca-cdn.eporner.com** for a master manifest located at the following path: "hls/v4/13339820-,240p-av1,360p-av1,480p-av1,720p-av1,1080p-av1,.mp4.urlset/master.m3u8" (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

[11]#EXTM3U

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=244679,RESOLUTION=428x240,FRAME-RATE=30.000,CODECS="av01.0.00M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=358333,RESOLUTION=640x360,FRAME-RATE=30.000,CODECS="av01.0.01M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=510547,RESOLUTION=854x480,FRAME-RATE=30.000,CODECS="av01.0.04M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=1224762,RESOLUTION=1280x720,FRAME-RATE=30.000,CODECS="av01.0.05M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-720p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=1789934,RESOLUTION=1920x1080,FRAME-RATE=30.000,CODECS="av01.0.08M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

File path: **master.m3u8**

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant

---

[11] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- YELLOW = variant streams
- RED = average bandwidth of variant streams

stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token[12] |
|---|---|
| 244679 Bandwidth | …hls/srv4/13339820-240-av1.mp4/index-v1-a1.m3u8… |
| 358333 Bandwidth | …hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8… |
| 510547 Bandwidth | …hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8… |
| 1224762 Bandwidth | …hls/srv4/13339820-720p-av1.mp4/index-v1-a1.m3u8… |
| 1789934 Bandwidth | …hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8… |

As shown for example below, each of the **358333 Bandwidth**, **1224762 Bandwidth**, and **1789934 Bandwidth** version playlists contain segments, or streamlets, that encode different segments of the video. The streamlet files within each version playlist are arranged in ascending chronological order, beginning with the first segment of the video and progressing until the final segment of the video.

| [13]Bandwidth | Streamlet |
|---|---|
| 358333 Bandwidth | # EXTM3U<br><br>#EXT-X-TARGETDURATION:7<br><br>#EXT-X-ALLOW-CACHE:YES<br><br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXT-X-VERSION:6<br><br>#EXT-X-MEDIA-SEQUENCE:1<br><br>#EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820"<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-2-v1- |

---

[12] Token may be abbreviated for readability.

[13] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- BLUE = media segment identifier
- YELLOW = variant streams

39

a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

[***]

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-416-v1-

| | |
|---|---|
| | a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:6.762, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXT-X-ENDLIST |
| | |
| **510547 Bandwidth** | #EXTM3U |
| | #EXT-X-TARGETDURATION:7 |
| | #EXT-X-ALLOW-CACHE:YES |
| | #EXT-X-PLAYLIST-TYPE:VOD |
| | #EXT-X-VERSION:6 |
| | #EXT-X-MEDIA-SEQUENCE:1 |
| | #EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820" |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-3-v1- |

42

a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

| |
|---|
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| [***] |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-417-v1- |

| | |
|---|---|
| | a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:6.762, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXT-X-ENDLIST |
| | |
| **1789934 Bandwidth** | #EXTM3U |
| | #EXT-X-TARGETDURATION:7 |
| | #EXT-X-ALLOW-CACHE:YES |
| | #EXT-X-PLAYLIST-TYPE:VOD |
| | #EXT-X-VERSION:6 |
| | #EXT-X-MEDIA-SEQUENCE:1 |
| | #EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820" |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-4-v1- |

| | a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

[***]

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:6.762,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-418-v1-

| | |
|---|---|
| | a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXT-X-ENDLIST |
| | |

On information and belief, playlists for the other resolution variants also include these segments, or streamlets, also arranged in ascending chronological order and corresponding to the same portion of the video provided on-demand from EPorner's server(s). On information and belief, playlists for he other resolution variants also include the same number of streamlets, each streamlet also carrying the same duration as the corresponding streamlet of another resolution.

For the instant test below, the client device initially requests and displays the **1789934 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-1080p-av1.mp4… identifier). At this time, the bandwidth is unrestricted and can support a resolution of 1080p. Upon making a successive determination that continuous video streaming at a higher bitrate can no longer be supported (due to simulated bandwidth restrictions), the client device switches to request and receive the **510547 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-480p-av1.mp4… identifier). Below is an excerpt of the "Sequence" listing showing the upshifting from a lower to higher playback quality and subsequently downshifting to a lower playback quality alongside the status of the requests. As shown by the packet traffic table, partially reproduced below, the streamlet video files are hosted on a server accessible via **dash-s2-c50-ca-cdn.eporner.com**.

| Method | Host | Path | Status |
|---|---|---|---|
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-2-v1-a1.m4s?... | Complete |
| | | [***] | |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-24-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-25-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-26-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-27-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-28-v1-a1.m4s?... | Complete |

48

| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-29-v1-a1.m4s?... | Complete |
|---|---|---|---|
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-30-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-31-v1-a1.m4s?... | Complete |

Thus, the limitations for this claim element are met. EPorner practices presenting a rate-adaptive stream, wherein the multiple files across the different copies yield the same portions of the video on playback.

To the extent that EPorner contends that the Accused Services do not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

> 1[e]    *each of said files having a time index such that the files whose playback is the same portion of the video for each of the different copies have the same time index in relation to the beginning of the video, and wherein the streaming comprises:*

As shown above in elements 1[pre]-[d], which are fully incorporated herein, the limitations of this claim are met. *See* §§ A.1[pre]-[d].

As explained above, EPorner videos are encoded at a plurality of different bitrates to create a plurality of streams including at least low, medium, and high quality streams. Each of the low, medium, and high quality streams has a streamlet that encodes the same portion of the video at a different one of the plurality of different bitrates. Each of the streamlets comprising the low, medium, and high, quality streams are stored in variant playlists comprising a group of streamlets of the same quality at a respective bit rate. Because each of the streamlets across each of the quality streams are time-aligned and encode the same portions of the video, the streamlets carry a time index in relation to the beginning of the video that corresponds to streamlets of a different bandwidth version.

For example, in the instant test video, the Master Manifest shows at least five bandwidth versions, or variant streams, of the video at the following bandwidths:

- 244679 (referred to herein as the "244679 Bandwidth") having a resolution of 426x240

- 358333 (referred to herein as the "358333 Bandwidth") having a resolution of 640x360

- 510547 (referred to herein as the "510547 Bandwidth") having a resolution of 854x480

- 1224762 (referred to herein as the "1224762 Bandwidth") having a resolution of 1280x720

- 1789934 (referred to herein as the "1789934 Bandwidth") having a resolution of 1920x1080

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token[14] |
|---|---|
| 244679 Bandwidth | …hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8… |
| 358333 Bandwidth | …hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8… |
| 510547 Bandwidth | …hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8… |
| 1224762 Bandwidth | …hls/srv4/13339820-720-av1.mp4/index-v1-a1.m3u8… |
| 1789934 Bandwidth | …hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8… |

As shown for example below, each of the **358333 Bandwidth**, **1224762 Bandwidth**, and **1789934 Bandwidth** version playlists contain segments, or streamlets, that encode different segments of the video. The streamlet files within each version playlist are arranged in ascending chronological order, beginning with the first segment of the video and progressing until the final segment of the video.

| [15]Bandwidth | Streamlet |
|---|---|
| 358333 Bandwidth | # EXTM3U<br><br>#EXT-X-TARGETDURATION:7<br><br>#EXT-X-ALLOW-CACHE:YES<br><br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXT-X-VERSION:6<br><br>#EXT-X-MEDIA-SEQUENCE:1<br><br>#EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820"<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-1-v1- |

---

[14] Token may be abbreviated for readability.

[15] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- BLUE = media segment identifier
- YELLOW = variant streams

50

a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

[***]

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-415-v1-

| | |
|---|---|
| | a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:6.762, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXT-X-ENDLIST |
| **510547 Bandwidth** | #EXTM3U |
| | #EXT-X-TARGETDURATION:7 |
| | #EXT-X-ALLOW-CACHE:YES |
| | #EXT-X-PLAYLIST-TYPE:VOD |
| | #EXT-X-VERSION:6 |
| | #EXT-X-MEDIA-SEQUENCE:1 |
| | #EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820" |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-10-v1-

54

a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

[***]

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

| | |
|---|---|
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:6.762, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXT-X-ENDLIST |
| **1789934 Bandwidth** | #EXTM3U |
| | #EXT-X-TARGETDURATION:7 |
| | #EXT-X-ALLOW-CACHE:YES |
| | #EXT-X-PLAYLIST-TYPE:VOD |
| | #EXT-X-VERSION:6 |
| | #EXT-X-MEDIA-SEQUENCE:1 |
| | #EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820" |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |

| |
|---|
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

[***]

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:6.762,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-418-v1-

| | a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXT-X-ENDLIST |

On information and belief, playlists for the other resolution variants also include these segments, or streamlets, also arranged in ascending chronological order and corresponding to the same portion of the video provided on-demand from EPorner's server(s).

Referring to the variant stream data shown above, the first two segments (containing "init-v1-a1.m4s" and "seg-1-v1-a1.m4s") of the **358333 Bandwidth** stream (…13339820-360p-av1.mp4/index-v1-a1.m3u8…) yields the first few seconds of the video to be viewed, here "Gianna Michaels," and first two segments (containing "init-v1-a1.m4s" and "seg-1-v1-a1.m4s") of the **510547 Bandwidth** stream (…13339820-480p-av1.mp4/index-v1-a1.m3u8…) yield the same first few seconds of the video to be viewed. Similarly, the final segment containing (…13339820-360p-av1.mp4/seg-418-v1-a1.m4s…) of the **358333 Bandwidth** stream (…13339820-360p-av1.mp4/index-v1-a1.m3u8…) yields the final 6.762 seconds of the video, and the final segment containing (…13339820-480p-av1.mp4/seg-418-v1-a1.m4s…) **510547 Bandwidth** stream (…13339820-480p-av1.mp4/index-v1-a1.m3u8…) yields the same final 6.762 seconds of the video. This correspondence aligns for each of the streamlets in each of the variant playlists. Therefore, the respective Media Segments across different variant streams yield the same portions of the video to be viewed on playback.

Thus, the limitations for this claim element are met. EPorner videos are stored on one or more servers associated with EPorner as multiple different copies, each of which is comprised of individually-requestable segments, or streamlets, encoded at one of multiple different bit rates. Each respective Media Segment across different versions of the Variant Streams has the same time index and yields the same portions of the video to provide continuous and uninterrupted playback of the video.

To the extent that EPorner does not literally satisfy this limitation, EPorner infringes under at least the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result. Specifically, EPorner performs substantially the same function because it requests files in a sequential order that are timestamped. EPorner functions in substantially the same way by requesting streamlets in a sequential order based on the timestamps from the beginning of the video. EPorner also achieves substantially the same result because the sequential streamlets are requested and produced in sequential order from the beginning of the video to the end.

| *1[f]    requesting by the media player a plurality of sequential ones of the files of one of the copies from the set of servers over a plurality of Transmission Control Protocol (TCP) connections based on the time indexes;* |

As shown above in elements 1[pre]-[e], which are fully incorporated herein, the limitations of this claim are met. *See* §§ A.1[pre]-[e].

When the user clicks "Play" in the embedded EPorner player, the media player operating on the end user station automatically requests a plurality of sequential files of one of the copies from the set of servers over one or more Transmission Control Protocol (TCP) connections based on the time indexes. EPorner's player code and manifests are designed so that these client-side requests occur without further user intervention, and EPorner's presentation of the embedded player and autoplay behavior induces users to initiate and complete this sequence of client-side requests.

As explained above, the End User Station requests (and is provided with) segments, or streamlets, from the one or more EPorner servers to display on an End User Station through the media player embedded in the web page of the EPorner Site. The streamlets are communicated to the End User Station accessing the EPorner Site via an Internet connection pursuant to DASH and/or HLS. Like DASH, HLS requires the use of HTTP communications, which requires at least one TCP connection. The video segments are presented in sequential ascending chronological order, based upon the previously requested and/or fulfilled streamlet, defined by time index relative to the beginning of the program.

During streaming of the instant test video, a plurality of TCP connections are established to transmit video files from one or more servers to the client device. The client device accessing EPorner requests streamlets from the one or more servers associated with EPorner via HTTP GET requests. The server(s) associated with the host URI (**dash-s2-c50-ca-cdn.eporner.com**) for the instant test video are identifiable at least at the following IP address: **75.251.11.12.**

Additionally, HLS provides that "[m]atching content in Variant Streams MUST have matching timestamps" to allow the media player of EPorner to synchronize the media. RFC 8216 at 43. "[E]ach Media Segment in a Media Playlist has an integer Discontinuity Sequence Number. The Discontinuity Sequence Number can be used in addition to the timestamps within the media to synchronize Media Segments across different Renditions." RFC 8216 at 39. Thus, "[m]atching content in Variant Streams MUST have matching Discontinuity Sequence Numbers." RFC 8216 at 43.

As explained above, EPorner videos are encoded at a plurality of different bitrates to create a plurality of streams including at least low, medium, and high quality streams. Each of the low, medium, and high quality streams has a streamlet that encodes the same portion of the video at a different one of the plurality of different bitrates. Each of the streamlets comprising the low, medium, and high, quality streams are stored in variant playlists comprising a group of streamlets of the same quality at a respective bit rate.

As explained above, a client device accessing EPorner provides users with adaptive-rate digital content streaming of videos. Accordingly, the client device automatically and continually requests individually requestable sequential streamlets from the at least one server associated with EPorner. Each streamlet is requested dependent upon numerous factors indicative of the sustainability of streaming, such as: the available network connection, the fulfillment status of previously requested streamlets, the length of any buffer, or the determination at the client device that the previously selected bandwidth version of the video is no longer the optimal version for streaming.

On information and belief, and pursuant to representations on the EPorner website, EPorner provides rate-adaptive streams pursuant to the DASH and/or HLS protocols. Like DASH, HLS explains "[c]lients should switch between different Variant Streams to adapt to network conditions" and "[c]lients should choose Renditions based on user preferences." RFC 8216. Accordingly, EPorner uses the player to generate factors indicative of the network connection(s) between the client device and the server(s) associated with EPorner and make successive determinations as to which bandwidth versions of the video program to request. As part of this assessment, the player generates factors indicative of, for example, connection strength, buffer health, playback rate, calculated bandwidth abilities, calculated moving averages, or other statistics. These factors are compared to defined thresholds, whereupon the client device accessing EPorner automatically and successively determines whether to switch to request higher or lower bandwidth versions of the stream. EPorner contains instructions directing the client device to request and present the highest quality streamlets of the videos that are supportable at any particular time.

In response to requesting the first streamlet via an HTTP GET request, as shown above, the client device receives the requested streamlet from the server via the one or more network connections. *See e.g.*, RFC 8216 at 4 ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation."); *id.* at 5 ("To play this Playlist, the client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments.").

HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4; *see also id.* ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation."). The Master Manifest shows at least three bandwidth versions, or variant streams, of the video at the following bandwidths:

- 244679 (referred to herein as the "244679 Bandwidth") having a resolution of 426x240

- 358333 (referred to herein as the "358333 Bandwidth") having a resolution of 640x360

- 510547 (referred to herein as the "510547 Bandwidth") having a resolution of 854x480

- 1224762 (referred to herein as the "1224762 Bandwidth") having a resolution of 1280x720

- 1789934 (referred to herein as the "1789934 Bandwidth") having a resolution of 1920x1080

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token[16] |
|---|---|
| 244679 Bandwidth | …hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8… |
| 358333 Bandwidth | …hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8… |
| 510547 Bandwidth | …hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8… |
| 1224762 Bandwidth | …hls/srv4/13339820-720-av1.mp4/index-v1-a1.m3u8… |
| 1789934 Bandwidth | …hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8… |

For the instant test below, the client device initially requests and displays the **1789934 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-1080p-av1.mp4… identifier). At this time, the bandwidth is unrestricted and can support a resolution of 1080p. Upon making a successive determination that continuous video streaming at a higher bitrate can no longer be supported (due to simulated bandwidth restrictions), the client device switches to request and receive the **510547 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-480p-av1.mp4… identifier). Below is an excerpt of the "Sequence" listing showing the upshifting from a lower to higher playback quality and subsequently downshifting to a lower playback quality alongside the status of the requests. As shown by the packet traffic table, partially reproduced below, the streamlet video files are hosted on a server accessible via **dash-s2-c50-ca-cdn.eporner.com**.

| Method | Host | Path | Status |
|---|---|---|---|
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-22-v1-a1.m4s?... | Complete |
| | | [***] | |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-24-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-25-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-26-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-27-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-28-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-29-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-30-v1-a1.m4s?... | Complete |

---

[16] Token may be abbreviated for readability.

| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-31-v1-a1.m4s?... | Complete |
|-----|-----|-----|-----|

Thus, the limitations for this claim element are met. EPorner practices automatically requesting by the client device from the at least one server subsequent portions of the digital content by requesting for each such portion one of the individually-requestable portions from one of the copies dependent upon successive determinations by the client device to change a requested bit rate to a higher or lower bit rate one of the different copies.

The client device accessing EPorner automatically requests the plurality of individually requestable streamlets from the one or more servers associated with EPorner based upon instructions communicated to the device by EPorner. On information and belief, the instructions require the client device to make successive determinations to change or maintain the requests for the individually-requestable streamlets of a particular bit rate version of the video program.

Therefore, each respective Media Segment across different versions of the Variant Streams has the same time index and yields the same portions of the video to provide continuous and uninterrupted playback of the video.

On information and belief, the other bandwidth file playlists also comprise 418 streamlets, each corresponding to the same portion of video as is respective counterpart in the streamlet files shown above.

The matching timestamps and Discontinuity Sequence Numbers for matching content across the Variant Streams are "in relation to the beginning of the video." For example, HLS requires that "[e]ach Media Segment MUST carry the continuation of the encoded bitstream from the end of the segment with the previous Media Sequence Number, where values in a series such as timestamps and Continuity Counters MUST continue uninterrupted." RFC 8216 at 6; *see also* RFC 8216 at 45 ("A client MUST NOT assume that segments with the same Media Sequence Number in different Variant Streams or Renditions have the same position in the presentation; Playlists MAY have independent Media Sequence Numbers. Instead, a client MUST use the relative position of each segment on the Playlist timeline and its Discontinuity Sequence Number to locate corresponding segments.").

Indeed, to adapt playback between different bitrate Variant Streams, the End User Station accessing EPorner "can use the EXTINF durations and the constraints in Section 6.2.4 to determine the approximate location of corresponding media. Once media from the new Variant Stream has been loaded, the timestamps in the Media Segments can be used to synchronize the old and new timelines precisely." RFC 8216 at 47.

To the extent that EPorner does not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result. EPorner performs substantially the same function because it requests files in a sequential order that are timestamped. EPorner functions in substantially the same way by requesting the streamlet files in a sequential order based on the timestamps from the

beginning of the video. EPorner achieves substantially the same result because the files are requested and produced in sequential order from the beginning of the video to the end.

> *1[g]      automatically requesting by the media player from the set of servers over the plurality of TCP connections subsequent portions of the video by requesting for each such portion one of the files from one of the copies dependent upon successive determinations by the media player to shift the playback quality to a higher or lower quality one of the different copies, said automatically requesting including,*

As shown above in elements 1[pre]-[f], which are fully incorporated herein, the limitations of this claim are met. *See* §§ A.1[pre]-[f].

As detailed above, EPorner stores each of a plurality of different copies of the video on a set of web servers, where each of the plurality of different copies is encoded at a different bitrate.

For example, the numerous variant streams of the video displayed by the media player embedded in the web page of EPorner include at least a low quality stream, a medium quality stream, and a high quality stream.

In the instant exemplary test of a video titled "Gianna Michaels," the client device made an HTTP GET request to **dash-s2-c50-ca-cdn.eporner.com** for a master manifest located at the following path: "/hls/v4/13339820-,240p-av1,360p-av1,480p-av1,720p-av1,1080p-av1,.mp4.urlset/master.m3u8?..." (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

> [17]#EXTM3U
>
> #EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=244679,RESOLUTION=428x240,FRAME-RATE=30.000,CODECS="av01.0.00M.08,mp4a.40.2"
>
> https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820
>
> #EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=358333,RESOLUTION=640x360,FRAME-RATE=30.000,CODECS="av01.0.01M.08,mp4a.40.2"
>
> https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

---

[17] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- YELLOW = variant streams
- RED = average bandwidth of variant streams

```
#EXT-X-STREAM-INF:PROGRAM-
ID=1,BANDWIDTH=510547,RESOLUTION=854x480,FRAME-
RATE=30.000,CODECS="av01.0.04M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/index-v1-
a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=133
39820

#EXT-X-STREAM-INF:PROGRAM-
ID=1,BANDWIDTH=1224762,RESOLUTION=1280x720,FRAME-
RATE=30.000,CODECS="av01.0.05M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-720p-av1.mp4/index-v1-
a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=133
39820

#EXT-X-STREAM-INF:PROGRAM-
ID=1,BANDWIDTH=1789934,RESOLUTION=1920x1080,FRAME-
RATE=30.000,CODECS="av01.0.08M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/index-v1-
a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=133
39820
```

File path: **master.m3u8**

The Master Manifest shows at least five bandwidth versions, or variant streams, of the video at the following bandwidths:

- 244679 (referred to herein as the "244679 Bandwidth") having a resolution of 426x240

- 358333 (referred to herein as the "358333 Bandwidth") having a resolution of 640x360

- 510547 (referred to herein as the "510547 Bandwidth") having a resolution of 854x480

- 1224762 (referred to herein as the "1224762 Bandwidth") having a resolution of 1280x720

- 1789934 (referred to herein as the "1789934 Bandwidth") having a resolution of 1920x1080

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

65

| Bandwidth | Token[18] |
|---|---|
| 244679 Bandwidth | …13339820-240p-av1.mp4/index-v1-a1.m3u8… |
| 358333 Bandwidth | …13339820-360p-av1.mp4/index-v1-a1.m3u8… |
| 510547 Bandwidth | …13339820-480p-av1.mp4/index-v1-a1.m3u8… |
| 1224762 Bandwidth | …13339820-720p-av1.mp4/index-v1-a1.m3u8… |
| 1789934 Bandwidth | …13339820-1080p-av1.mp4/index-v1-a1.m3u8… |

Each of the variant stream playlists includes segments, or streamlets, that encode the same portion of the video at various resolutions. For example, the **244679 Bandwidth** version can be considered a low-quality stream, the **510547 Bandwidth** version can be considered a medium-quality stream, and the **1789934 Bandwidth** version can be considered a high-quality stream.

A client device accessing EPorner uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the file above from the one or more servers hosting EPorner content.

The media playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown in the test data, the client device accessing the EPorner Application selects the **358333 Bandwidth** version of the stream and makes a request for the corresponding playlist at the file path "hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8" pursuant to instructions received from EPorner. The EPorner Server(s) returns the playlist file with the contents below.

```
[19]#EXTM3U

#EXT-X-TARGETDURATION:7

#EXT-X-ALLOW-CACHE:YES

#EXT-X-PLAYLIST-TYPE:VOD

#EXT-X-VERSION:6
```

---

[18] Token may be abbreviated for readability.

[19] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- YELLOW = variant streams
- BLUE = media segment

#EXT-X-MEDIA-SEQUENCE:1

#EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820"

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

[***]

68

```
#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-415-v1-
a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=1333
9820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-416-v1-
a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=1333
9820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-417-v1-
a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=1333
9820

#EXTINF:6.762,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-418-v1-
a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=1333
9820

#EXT-X-ENDLIST
```

The variant playlist file is an HLS and/or DASH playlist. Each line in the file at path "hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8" that begins with "#EXTINF" specifies the length of the segments in seconds. The line below "EXTINF" specifies the location of the variant of the video file.  Most of the streamlets, with a few exceptions, are 4.00 seconds long and return sequential segments of the video.

Similarly shown in the test data, when the client device accessing EPorner selects the **1789934 Bandwidth** version of the stream, it makes a request for the corresponding playlist at the file path "hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8". The EPorner Server(s) returns the playlist file for the **1789934 Bandwidth** with the contents below.

```
#EXTM3U

#EXT-X-TARGETDURATION:7

#EXT-X-ALLOW-CACHE:YES

#EXT-X-PLAYLIST-TYPE:VOD

#EXT-X-VERSION:6

#EXT-X-MEDIA-SEQUENCE:1
```

69

#EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820"

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

[***]

#EXTINF:4.000,

71

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:6.762,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-ENDLIST

As with the variant playlist file for the **358333 Bandwidth** version, the variant playlist file for the **1789934 Bandwidth** version is an HLS and/or DASH playlist. Each line in the file path "hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8" that begins with "#EXTINF" specifies the length of the segments in seconds. The line below "EXTINF" specifies the location of the variant of the video file. Most of the streamlets, with a few exceptions, are 4.00 seconds long and return sequential segments of the video. Discussed further below, the number of streamlets in each variant playlist for the test video are the same. Similarly, the segments of each streamlet (in sequential order in each variant playlist) are the same duration across variant playlists. For example, the second streamlets in the **358333 Bandwidth** variant playlist and the second streamlet in the **1789934 Bandwidth** variant playlist, respectively, have durations of 4.00 seconds and are equally distant in time from the first streamlet.

As also explained above, the video segments are requested and received over a plurality of TCP connections. The streamlets are presented in sequential ascending chronological order, based upon the previously requested and/or fulfilled streamlet, defined by time index relative to the beginning of the program. The requests are transmitted automatically, without the need for user-inputted requests for the sequential streamlets.

Each of the Variant Streams "describes a different version of the same content." RFC 8216 at 5. Thus, each of the Variant Streams is "encodings of the same presentation" at different bitrates. RFC 8216 at 42. Indeed, to allow "clients to switch between" Variant Streams seamlessly, HLS requires that "[e]ach Variant Stream MUST present the same content" on playback. RFC 8216 at 43. Further, HLS provides that "[m]atching content in Variant Streams MUST have matching timestamps" to allow the media player embedded in the web page of the EPorner Site to

72

synchronize the media. RFC 8216 at 43. "[E]ach Media Segment in a Media Playlist has an integer Discontinuity Sequence Number. The Discontinuity Sequence Number can be used in addition to the timestamps within the media to synchronize Media Segments across different Renditions." RFC 8216 at 39. Thus, "[m]atching content in Variant Streams MUST have matching Discontinuity Sequence Numbers." RFC 8216 at 43.

Each of the Media Segments in HLS yields a different portion of the video on playback. For example, HLS provides that "[e]ach segment in a Media Playlist has a unique integer Media Sequence Number. The Media Sequence Number of the first segment in the Media Playlist is either 0 or declared in the Playlist (Section 4.3.3.2). The Media Sequence Number of every other segment is equal to the Media Sequence Number of the segment that precedes it plus one." RFC 8216 at 6. As such, "[e]ach Media Segment MUST carry the continuation of the encoded bitstream from the end of the segment with the previous Media Sequence Number, where values in a series such as timestamps and Continuity Counters MUST continue uninterrupted." RFC 8216 at 6. Additionally, HLS provides that "[m]atching content in Variant Streams MUST have matching timestamps" to allow the media player embedded in the web page of the EPorner Site to synchronize the media. RFC 8216 at 43. Thus, the streamlets across the different copies yield the same portions of the video on playback.

As shown for example below, each of the **358333 Bandwidth**, **1224762 Bandwidth**, and **1789934 Bandwidth** version playlists contain segments, or streamlets, that encode different segments of the video. The streamlet files within each version playlist are arranged in ascending chronological order, beginning with the first segment of the video and progressing until the final segment of the video.

| [20]Bandwidth | Streamlet |
|---|---|
| **358333 Bandwidth** | # EXTM3U<br><br>#EXT-X-TARGETDURATION:7<br><br>#EXT-X-ALLOW-CACHE:YES<br><br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXT-X-VERSION:6<br><br>#EXT-X-MEDIA-SEQUENCE:1<br><br>#EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820" |

---

[20] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- BLUE = media segment identifier
- YELLOW = variant streams

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-7-v1-

a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

| | |
|---|---|
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | [***] |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:6.762, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXT-X-ENDLIST |
| **510547 Bandwidth** | #EXTM3U |
| | #EXT-X-TARGETDURATION:7 |

#EXT-X-ALLOW-CACHE:YES

#EXT-X-PLAYLIST-TYPE:VOD

#EXT-X-VERSION:6

#EXT-X-MEDIA-SEQUENCE:1

#EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820"

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-12-v1-

a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

[***]

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

| | |
|---|---|
| | #EXTINF:6.762,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXT-X-ENDLIST |
| **1789934 Bandwidth** | #EXTM3U<br><br>#EXT-X-TARGETDURATION:7<br><br>#EXT-X-ALLOW-CACHE:YES<br><br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXT-X-VERSION:6<br><br>#EXT-X-MEDIA-SEQUENCE:1<br><br>#EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820"<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-3-v1- |

80

a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

[***]

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-415-v1-

82

|  | a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 <br><br> #EXTINF:4.000, <br><br> https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 <br><br> #EXTINF:4.000, <br><br> https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 <br><br> #EXTINF:6.762, <br><br> https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 <br><br> #EXT-X-ENDLIST |
| --- | --- |

For the instant test below, the client device initially requests and displays the **1789934 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-1080p-av1.mp4… identifier). At this time, the bandwidth is unrestricted and can support a resolution of 1080p. Upon making a successive determination that continuous video streaming at a higher bitrate can no longer be supported (due to simulated bandwidth restrictions), the client device switches to request and receive the **510547 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-480p-av1.mp4… identifier). Below is an excerpt of the "Sequence" listing showing the upshifting from a lower to higher playback quality and subsequently downshifting to a lower playback quality alongside the status of the requests. As shown by the packet traffic table, partially reproduced below, the streamlet video files are hosted on a server accessible via **dash-s2-c50-ca-cdn.eporner.com**.

| Method | Host | Path | Status |
| --- | --- | --- | --- |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-22-v1-a1.m4s?... | Complete |

| | | [***] | |
|---|---|---|---|
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-24-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-25-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-26-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-27-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-28-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-29-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-30-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-31-v1-a1.m4s?... | Complete |

Thus, the limitations for this claim element are met. EPorner practices automatically requesting by the media player from the set of servers over the plurality of TCP connections subsequent portions of the video by requesting for each such portion one of the files from one of the copies dependent upon successive determinations by the media player to shift the playback quality to a higher or lower quality one of the different copies.

To the extent that EPorner does not literally satisfy this limitation, EPorner infringes under at least the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result. Specifically, EPorner performs substantially the same function because it requests files in a sequential order that are timestamped. EPorner functions in substantially the same way by requesting streamlets in a sequential order based on the timestamps from the beginning of the video. EPorner also achieves substantially the same result because the sequential streamlets are requested and produced in sequential order from the beginning of the video to the end.

> 1[h]    *repeatedly generating a set of one or more factors indicative of the current ability to sustain the streaming of the video using the files from different ones of the copies,*

As shown above in elements 1[pre]-[g], which are fully incorporated herein, the limitations of this claim are met. *See* §§ A.1[pre]-[g].

As explained above, EPorner uses adaptive bitrate streaming to stream its videos, including the test video "Gianna Michaels." The client device accessing EPorner may access the plurality of videos in a playlist by making an HTTP GET request to EPorner.

On information and belief, and pursuant to representations on the EPorner website, EPorner provides rate-adaptive streams pursuant to the DASH and/or HLS protocols. Like DASH, HLS explains "[c]lients should switch between different Variant Streams to adapt to network conditions" and "[c]lients should choose Renditions based on user preferences." RFC 8216. Accordingly, EPorner uses the player to generate factors indicative of the network connection(s) between the client device and the server(s) associated with EPorner and make successive determinations as to which bandwidth versions of the video program to request. As part of this assessment, the player generates factors indicative of, for example, connection strength, buffer health, playback rate, calculated bandwidth abilities, calculated moving averages, or other statistics. These factors are compared to defined thresholds, whereupon the client device accessing EPorner automatically and successively determines whether to switch to request higher or lower bandwidth versions of the stream. EPorner contains instructions directing the client device to request and present the highest quality streamlets of the videos that are supportable at any particular time.

In response to requesting the first streamlet via an HTTP GET request, as shown above, the client device receives the requested streamlet from the server via the one or more network connections. *See e.g.*, RFC 8216 at 4 ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation."); *id.* at 5 ("To play this Playlist, the client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments.").

HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4; *see also id.* ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation.").

The Master Manifest shows at least three bandwidth versions, or variant streams, of the video at the following bandwidths:

- 244679 (referred to herein as the "244679 Bandwidth") having a resolution of 426x240

- 358333 (referred to herein as the "358333 Bandwidth") having a resolution of 640x360

- 510547 (referred to herein as the "510547 Bandwidth") having a resolution of 854x480

- 1224762 (referred to herein as the "1224762 Bandwidth") having a resolution of 1280x720

- 1789934 (referred to herein as the "1789934 Bandwidth") having a resolution of 1920x1080

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant

stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | | Token[21] |
|---|---|---|
| 244679 Bandwidth | | …hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8… |
| 358333 Bandwidth | | …hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8… |
| 510547 Bandwidth | | …hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8… |
| 1224762 Bandwidth | | …hls/srv4/13339820-720-av1.mp4/index-v1-a1.m3u8… |
| 1789934 Bandwidth | | …hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8… |

For the instant test below, the client device initially requests and displays the **1789934 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-1080p-av1.mp4… identifier). At this time, the bandwidth is unrestricted and can support a resolution of 1080p. Upon making a successive determination that continuous video streaming at a higher bitrate can no longer be supported (due to simulated bandwidth restrictions), the client device switches to request and receive the **510547 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-480p-av1.mp4… identifier).  Below is an excerpt of the "Sequence" listing showing the upshifting from a lower to higher playback quality and subsequently downshifting to a lower playback quality alongside the status of the requests. As shown by the packet traffic table, partially reproduced below, the streamlet video files are hosted on a server accessible via **dash-s2-c50-ca-cdn.eporner.com**.

| Method | Host | Path | Status |
|---|---|---|---|
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-22-v1-a1.m4s?... | Complete |
| | | [***] | |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-24-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-25-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-26-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-27-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-28-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-29-v1-a1.m4s?... | Complete |

---

[21] Token may be abbreviated for readability.

| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-30-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-31-v1-a1.m4s?... | Complete |

The test video's "[p]laylist files contain URIs, which clients will use to make network requests of arbitrary entities." RFC 8216 at 55. When playback starts on the media player, "[t]he client," which is the media player embedded on the web page of EPorner, "SHALL choose which Media Segment to play first from the Media Playlist." RFC 8216 at 45; *id.* at 47 ("The first segment to load is generally the segment that the client has chosen to play first (see Section 6.3.3)."). Then, "[i]n order to play the presentation normally, the next Media Segment" the client device requests and "load[s] the one with the lowest Media Sequence Number that is greater than the Media Sequence Number of the last Media Segment loaded." RFC 8216 at 47. That is, to playback normally, the client device must request a plurality of files with sequential Media Sequence Numbers/timestamps and the requests are made based on the Media Sequence Numbers/timestamps.

Thus, the limitations for this claim element are met. EPorner practices repeatedly generating a set of one or more factors indicative of the current ability to sustain the streaming of the video using the files from different ones of the copies.

To the extent that EPorner does not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| 1[i] | *wherein the set of one or more factors relate to the performance of the network; and* |
|---|---|

As shown above in elements 1[pre]-[h], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[h]. As explained above, the factors generated by the player, including connection strength, buffer health, playback rate, calculated bandwidth abilities, calculated moving averages, and other statistics, relate to the performance of the network because they measure and reflect the client device's ability to receive and process data from EPorner's servers over the network connection. HLS expressly instructs that "[c]lients should switch between different Variant Streams to adapt to network conditions," RFC 8216 at 5, confirming that the factors upon which the client bases its bitrate-switching decisions relate to network performance.

To the extent that EPorner does not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| 1[j] | *making the successive determinations to shift the playback quality based on at least one of the set of factors to achieve continuous playback of the video using the files of the highest quality one of the copies determined sustainable at the time; and* |
|---|---|

As shown above in elements 1[pre]-[i], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[i].

87

As explained above, EPorner uses adaptive bitrate streaming to stream its videos, including the test video "Gianna Michaels." The client device accessing EPorner may access the plurality of videos in a playlist by making an HTTP GET request to EPorner.

On information and belief, and pursuant to representations on the EPorner website, EPorner provides rate-adaptive streams pursuant to the DASH and/or HLS protocols. Like DASH, HLS explains "[c]lients should switch between different Variant Streams to adapt to network conditions" and "[c]lients should choose Renditions based on user preferences." RFC 8216. Accordingly, EPorner uses the player to generate factors indicative of the network connection(s) between the client device and the server(s) associated with EPorner and make successive determinations as to which bandwidth versions of the video program to request. As part of this assessment, the player generates factors indicative of, for example, connection strength, buffer health, playback rate, calculated bandwidth abilities, calculated moving averages, or other statistics. These factors are compared to defined thresholds, whereupon the client device accessing EPorner automatically and successively determines whether to switch to request higher or lower bandwidth versions of the stream. EPorner contains instructions directing the client device to request and present the highest quality streamlets of the videos that are supportable at any particular time.

In response to requesting the first streamlet via an HTTP GET request, as shown above, the client device receives the requested streamlet from the server via the one or more network connections. *See e.g.*, RFC 8216 at 4 ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation."); *id.* at 5 ("To play this Playlist, the client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments.").

HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4; *see also id.* ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation.").

The Master Manifest shows at least three bandwidth versions, or variant streams, of the video at the following bandwidths:

- 244679 (referred to herein as the "244679 Bandwidth") having a resolution of 426x240

- 358333 (referred to herein as the "358333 Bandwidth") having a resolution of 640x360

- 510547 (referred to herein as the "510547 Bandwidth") having a resolution of 854x480

- 1224762 (referred to herein as the "1224762 Bandwidth") having a resolution of 1280x720

- 1789934 (referred to herein as the "1789934 Bandwidth") having a resolution of 1920x1080

The client device accessing EPorner automatically requests the plurality of individually requestable streamlets from the one or more servers associated with EPorner based upon instructions communicated to the device by EPorner. On information and belief, the instructions require the client device to make successive determinations to change or maintain the requests for the individually-requestable streamlets of a particular bit rate version of the video program. The determinations include repeatedly generating at least one factor indicative of the client device's current ability to receive or present the digital content at a rate commensurate with the client device's network connection with the one or more servers associated with EPorner.

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token[22] |
|---|---|
| 244679 Bandwidth | …hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8… |
| 358333 Bandwidth | …hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8… |
| 510547 Bandwidth | …hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8… |
| 1224762 Bandwidth | …hls/srv4/13339820-720-av1.mp4/index-v1-a1.m3u8… |
| 1789934 Bandwidth | …hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8… |

For the instant test below, the client device initially requests and displays the **1789934 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-1080p-av1.mp4… identifier). At this time, the bandwidth is unrestricted and can support a resolution of 1080p. Upon making a successive determination that continuous video streaming at a higher bitrate can no longer be supported (due to simulated bandwidth restrictions), the client device switches to request and receive the **510547 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-480p-av1.mp4… identifier). Below is an excerpt of the "Sequence" listing showing the upshifting from a lower to higher playback quality and subsequently downshifting to a lower playback quality alongside the status of the requests. As shown by the packet traffic table, partially reproduced below, the streamlet video files are hosted on a server accessible via **dash-s2-c50-ca-cdn.eporner.com**.

| Method | Host | Path | Status |
|---|---|---|---|
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-22-v1-a1.m4s?... | Complete |
| [***] | | | |

---

[22] Token may be abbreviated for readability.

89

| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-24-v1-a1.m4s?... | Complete |
|---|---|---|---|
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-25-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-26-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-27-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-28-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-29-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-30-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-31-v1-a1.m4s?... | Complete |

Later during testing, when the bandwidth constraints are removed, the client device subsequently determines that a higher bandwidth version can again be supported. Accordingly, the client device requests and displays the **1789934 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-1080p-av1.mp4… identifier). Below is an excerpt of the "Sequence" listing showing the upshifting from a lower to higher playback quality and subsequently downshifting to a lower playback quality alongside the status of the requests. As shown by the packet traffic table, partially reproduced below, the streamlet video files are hosted on a server accessible via **dash-s2-c50-ca-cdn.eporner.com**.

| Method | Host | Path | Status |
|---|---|---|---|
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-360p-av1.mp4/seg-222-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-360p-av1.mp4/seg-223-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-224-v1-a1.m4s?... | Complete |

Thus, the limitations for this claim element are met. EPorner practices making the successive determinations to shift the playback quality based on at least one of the set of factors to achieve continuous playback of the video using the files of the highest quality one of the copies determined sustainable at the time.

The client device accessing EPorner makes the successive determinations to change and request individually-requestable portions from a higher bit rate one of the different copies than a currently requested one of the different copies when the at least one factor is greater than a first

threshold. When the client device determines that the generated factor is greater than a first threshold, the client device executing the instructions from EPorner will request the individually-requestable streamlets from a higher bit rate version of the video.

To the extent that EPorner does not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

> 1[k]    *presenting the video by playing back with the media player on the end user station the requested files in order of ascending playback time.*

As shown above in elements 1[pre]-[j], which are fully incorporated herein, the limitations of this claim are met. *See* §§ A.1[pre]-[j].

For the instant test below, the client device initially requests and displays the **1789934 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-1080p-av1.mp4… identifier). At this time, the bandwidth is unrestricted and can support a resolution of 1080p. Upon making a successive determination that continuous video streaming at a higher bitrate can no longer be supported (due to simulated bandwidth restrictions), the client device switches to request and receive the **510547 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-480p-av1.mp4… identifier).  Below is an excerpt of the "Sequence" listing showing the upshifting from a lower to higher playback quality and subsequently downshifting to a lower playback quality alongside the status of the requests. As shown by the packet traffic table, partially reproduced below, the streamlet video files are hosted on a server accessible via **dash-s2-c50-ca-cdn.eporner.com**.

| Method | Host | Path | Status |
|---|---|---|---|
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-22-v1-a1.m4s?... | Complete |
| | | [***] | |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-24-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-25-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-26-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-27-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-28-v1-a1.m4s?... | Complete |

| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-29-v1-a1.m4s?... | Complete |
|-----|-----|-----|-----|
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-30-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-31-v1-a1.m4s?... | Complete |

Therefore, EPorner presents the video by playing the requested streamlets of the video in a continuous and uninterrupted fashion in ascending playback order. To the extent that EPorner contends that the Accused Services do not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

92