**INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 11,677,798**[1]

The following claim chart shows exemplary aspects of certain streaming services and products owned or operated by MW Media, S.C. ("MW Media"), namely EPorner (accessible via www.eporner.com) (collectively, "EPorner"), that infringe at least claim 22 of U.S. Patent No. 11,677,798 ("'798 Patent"). Upon information and belief, MW Media operates streaming services that infringe one or more claims of the '798 Patent (the "Accused Services"), including at least EPorner.

The chart is exemplary and should not be read to limit DISH's assertions against EPorner as to the services or products described below. The chart should not be read to limit DISH's assertions to the patent claims charted below. Nor should the chart below be read to limit how EPorner infringes the claims below. To that end, any highlighting or annotations presented herein are intended to exemplify certain elements of EPorner's operation and are not intended to limit DISH's position with respect to how EPorner practices any particular element of the claim(s) of the '798 Patent.

The following evidence and descriptions, including tests conducted on EPorner, show that the Accused Services meet each element of the aforementioned claim(s) of the '798 Patent in substantially the same manner described below. To the extent that any element of these claims is performed in part by end user stations, MW Media, through its operation of the EPorner website and streaming platform, induces those users to perform the steps of the claimed process. EPorner embeds an HTML5 video player on each video page that automatically loads a selected video when the user clicks the prominent "Play" button, uses auto-play and "Next video" suggestions to prompt users to continue streaming additional videos, and provides on-screen playback controls (e.g., play/pause, seek, volume, and quality selection) that instruct users to initiate and control adaptive streaming. EPorner also provides upload and playback workflows that require users to select and play videos through this embedded player. These concrete design choices and user interface elements constitute affirmative acts that encourage and facilitate users' performance of any client-side aspects of the accused streaming process. In addition, EPorner induces its users to meet the claim limitations by providing instructions and guidance on how to use the Accused Services to perform each element of the claims.

*See, e.g.*, www.eporner.com (video watch pages showing embedded player with "Play" control, progress bar, and suggested "Next" videos):

---

[1] All citations to or cross-references to claim elements within a respective section refer to the claim elements of the Asserted Patent addressed in that section unless otherwise indicated.



*See also, e.g.*, https://www.eporner.com/contact/ (reproduced in part below, last accessed April 23, 2026):

*See also* https://www.eporner.com/faq/ (reproduced in part below, last accessed April 23, 2026):



DISH Infringement Contention Chart – 11,677,798

## I.      U.S. Patent No. 11,677,798

### A.      Claim 22

> *22[pre] A process executable by one or more servers to stream digital content for playback by one or more end user stations, the process comprising:*

EPorner, through one or more servers that it owns, controls, and/or operates (including servers reachable at **dash-s2-c50-ca-cdn.eporner.com**), directly practices a process executable by those servers to stream digital content for playback by one or more end user stations. For example, EPorner's servers receive HTTP GET requests from client devices and respond by serving rate-adaptive media playlists and streamlet files over at least one TCP connection to the end user stations.

Example client devices include Apple iPhones, Apple iPads, Android phones, Android tablets, and personal computers equipped to access the Internet via one or more network connections. The client devices include a media player configured to enable video streaming. Further, upon information and belief, employees and/or agents of EPorner tested and used EPorner on devices in the U.S. during the relevant time period.

The EPorner website explains that Eporner.com is "the technology leader in the [pornography] industry." https://www.eporner.com/contact/ (last accessed April 23, 2026). EPorner was allegedly "the first to display real full HD quality pornographic videos and became a pioneer in providing online free pornographic materials in full HD quality, as the first page with this content." *Id.* Also, Eporner.com has allegedly "enabled full service (uploading and watching) video in Full HD 1080p quality and in 2010 video in 60FPS." *Id.*

Additionally, EPorner represents that, since at least 2015, EPorner has provided "full support for advanced MPEG-DASH, which allows almost limitless control over the video stream. The player can change the video bitrate and resolution in real time, also independently of the video audio bitrate. In 2017, website became one of the first major adult pornographic video sharing website to incorporate HTTPS encryption." *Id.* (partially reproduced below).

In 2015, Eporner.com introduced full support for advanced MPEG-DASH, which allows almost limitless control over the video stream. The player can change the video bitrate and resolution in real time, also independently of the video audio bitrate. In 2017, website became one of the first major adult pornographic video sharing website to incorporate HTTPS encryption.

The tests referred to herein were conducted on videos offered by EPorner on a Dell Latitude 7440 laptop computer running Windows 11. Any images in this chart are from EPorner operating on an Internet browser (e.g., Microsoft Edge or Google Chrome). On information and belief, the media player utilized by EPorner operating on Microsoft Edge is the same "player" that "can change the video bitrate and resolution in real time" such that EPorner provides rate-adaptive streams to end users. *Id.*

As part of the testing, a laptop computer accessing EPorner was connected to the Internet through Microsoft Edge, which contains DevTools that enable the ability to view packet transmission between the client device and server(s) or Internet architecture utilized by EPorner

DISH Infringement Contention Chart – 11,677,798

or its affiliates; and to throttle the network's available bandwidth. Thus, the test simulated how EPorner responded to lower and higher bandwidths.

For the current test, a video titled "Gianna Michaels" was selected (accessible via https://www.eporner.com/video-v8u6FZlgjfR/gianna-michaels/, last accessed April 23, 2026), and at various times throughout the playback of the video, bandwidth was restricted to download speeds of approximately 2048 kbps. As observed through the tests, when the user selects a video from the available videos, the media player used by EPorner displays more details regarding the video and provides the user with the option to view the video.

Selecting the icon corresponding to a video causes that video and other materials to be streamed and displayed on the client device.

With respect to adaptively receiving the digital stream from EPorner's video server over the network, EPorner's adaptive bitrate streams are provided to the media player used by EPorner from a server over a network using at least the Dynamic Adaptive Streaming over HTTP ("DASH") or the HTTP Live Streaming ("HLS") adaptive bitrate streaming protocol.

DASH is a standard intended to support a media-streaming model for delivery of media content in which control lies exclusively with the client. Clients may request data using the HTTP protocol from standard web servers that have no DASH-specific capabilities. ISO/IEC-23009-1:2019(E) at 9. DASH specifies XML and binary formats that enable delivery of continuous media content. *Id.* at 18. DASH specifies that "content may be divided in time into Segments for proper accessibility and delivery." *Id.* at 22. Segments are assigned a duration, which is the duration of the media contained in the Segment when presented at normal speed. Typically, all Segments in a Representation have the same or roughly similar duration. *Id.* Clients may switch from Representation to Representation within an Adaptation Set at any point in the media. *Id.* at 23.

HLS, on the other hand, is "a protocol for transferring unbounded streams of multimedia data." Request For Comments: 8216 – HTTP Live Streaming, August 2017 ("RFC 8216") at 1. Using HLS, "a client can receive a continuous stream of media from a server for concurrent presentation." RFC 8216 at 4. HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4. With HLS, "[c]lients should switch between different Variant Streams to adapt to network conditions." RFC 8216 at 5.

As noted above, EPorner represents that since at least 2015, EPorner has provided "full support for advanced MPEG-DASH, which allows almost limitless control over the video stream. The player can change the video bitrate and resolution in real time, also independently of the video audio bitrate. In 2017, website became one of the first major adult pornographic video sharing website to incorporate HTTPS encryption." https://www.eporner.com/contact/ (last accessed April 23, 2026).

When executed, EPorner runs a media player on a client device, which is configured to request EPorner's digital content from one or more servers via at least one TCP connection over the network.

DISH Infringement Contention Chart – 11,677,798

EPorner's content is stored on one or more servers over a network and is displayed to client devices via a media player used by EPorner.

The one or more servers accessible by the client device using the media player store segments, or "streamlets" corresponding to particular segments of a video, and each segment of a video is encoded at one of numerous resolutions. *See, e.g.*, ISO/IEC-23009-1:2019(E) at 15 (defining Segment). Together, the streamlets of one resolution are represented collectively as a Representation, herein referred to as a "Media Playlist," a "variant stream," or a "bandwidth version." *Accord id.* at 15 (defining Representation).

The Media Playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown by the Charles Proxy application file, partially reproduced below, the streamlet video files are hosted on a server accessible via **dash-s2-c50-ca-cdn.eporner.com**.

| [2]Method | Host | Path[3] | … | Status |
|---|---|---|---|---|
| GET | dash-s2-c50-ca-cdn.eporner.com/videos/ | videos/K3AJH/K3AJH-720/00000/K3AJH-720_00001.ts | … | Complete |

The URI **dash-s2-c50-ca-cdn.eporner.com** is affiliated with at least the following IP address: **75.251.11.12**, which on information and belief corresponds to the IP address of at least one origin server.

Thus, EPorner operates a client module configured to be connected to a network having at least one server and further configured to request digital content over the network via at least one transmission control protocol (TCP) connection.

The one or more servers, whose content is accessible by the client devices through EPorner, store individually-requestable streamlets corresponding to particular segments of a video, and each streamlet is encoded at one of numerous resolutions. Thus, EPorner stores on one or more servers at least two different copies of the digital content, each encoded at different bit rates.

---

[2] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- ORANGE = one or more servers
- BLUE = media segment

[3] Video path abbreviated for readability throughout.

DISH Infringement Contention Chart – 11,677,798

The numerous variant streams of the video displayed by the media player embedded in the web page of EPorner include at least a low quality stream, a medium quality stream, and a high quality stream.

For example, in the instant test of a video titled "Gianna Michaels," the client device made an HTTP GET request to **dash-s2-c50-ca-cdn.eporner.com** for a master manifest located at the following path: **"/hls/v4/13339820-,240p-av1,360p-av1,480p-av1,720p-av1,1080p-av1,.mp4.urlset/master.m3u8?..."** (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

---

#EXTM3U

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=244679,RESOLUTION=428x240,FRAME-RATE=30.000,CODECS="av01.0.00M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=358333,RESOLUTION=640x360,FRAME-RATE=30.000,CODECS="av01.0.01M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=510547,RESOLUTION=854x480,FRAME-RATE=30.000,CODECS="av01.0.04M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=1224762,RESOLUTION=1280x720,FRAME-RATE=30.000,CODECS="av01.0.05M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-720p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=1789934,RESOLUTION=1920x1080,FRAME-RATE=30.000,CODECS="av01.0.08M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

---

DISH Infringement Contention Chart – 11,677,798

File path: **master.m3u8**

The Master Manifest shows at least five bandwidth versions, or variant streams, of the video at the following average bandwidths:

- 244679 (referred to herein as the "244679 Bandwidth") having a resolution of 428x240

- 358333 (referred to herein as the "358333 Bandwidth") having a resolution of 640x360

- 510547 (referred to herein as the "510547 Bandwidth") having a resolution of 854x480

- 1224762 (referred to herein as the "1224762 Bandwidth") having a resolution of 1280x720

- 1789934 (referred to herein as the "1789934 Bandwidth") having a resolution of 1920x1080

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Path[4] |
|---|---|
| 244679 Bandwidth | dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8? |
| 358333 Bandwidth | /dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8? |
| 510547 Bandwidth | /dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8? |
| 1224762 Bandwidth | /dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-720p-av1.mp4/index-v1-a1.m3u8? |
| 1789934 Bandwidth | /dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8? |

Each of the variant stream playlists includes segments, or streamlets, that encode the same portion of the video at various resolutions. For example, the **244679 Bandwidth** version can be

---

[4] Path may be abbreviated for readability.

DISH Infringement Contention Chart – 11,677,798

considered a low-quality stream, the **510547 Bandwidth** version can be considered a medium-quality stream, and the **1789934 Bandwidth** version can be considered a high-quality stream.

A client device accessing EPorner uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the file above from the one or more servers hosting EPorner content.

The media playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown in the test data, the client device accessing EPorner selects the **244679 Bandwidth** version of the stream and makes a request for the corresponding playlist at the file path "/dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8?..." pursuant to the instructions received from EPorner. The EPorner Server(s) returns the playlist file with the contents below.

---

[5]#EXTM3U

#EXT-X-TARGETDURATION:7

#EXT-X-ALLOW-CACHE:YES

#EXT-X-PLAYLIST-TYPE:VOD

#EXT-X-VERSION:6

#EXT-X-MEDIA-SEQUENCE:1

#EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820"

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

---

[5] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- YELLOW = variant streams
- BLUE = media segment

DISH Infringement Contention Chart – 11,677,798

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

DISH Infringement Contention Chart – 11,677,798

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

[***]

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:6.762,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-ENDLIST

The variant playlist file is an adaptive bitrate streaming playlist operating pursuant to the HLS standard. Each line in the file at path "hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8?..." that begins with "#EXTINF" specifies the length of the segments in seconds. The line below "#EXTINF" specifies the location of the variant of the video file. Most of the streamlets, with a few exceptions, are 4.00 seconds long and return sequential segments of the video.

Similarly shown in the test data, when the client device accessing EPorner selects the **1789934 Bandwidth** version of the stream, it makes a request for the corresponding playlist at the

DISH Infringement Contention Chart – 11,677,798

file path "/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8?". The EPorner Server(s) returns the playlist file for the **1789934 Bandwidth** with the contents below.

---

#EXTM3U

#EXT-X-TARGETDURATION:7

#EXT-X-ALLOW-CACHE:YES

#EXT-X-PLAYLIST-TYPE:VOD

#EXT-X-VERSION:6

#EXT-X-MEDIA-SEQUENCE:1

#EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820"

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

---

DISH Infringement Contention Chart – 11,677,798

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

[***]

Active 108262034.4

13

DISH Infringement Contention Chart – 11,677,798

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:6.762,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-ENDLIST

As with the variant playlist file for the **358333 Bandwidth** version, the variant playlist file for the **1789934 Bandwidth** version is an HLS playlist. Each line in the file path "/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8?" that begins with "#EXTINF" specifies the length of the segments in seconds. The line below "#EXTINF" specifies the location of the variant of the video file. Most of the streamlets, with a few exceptions, are 4.00 seconds long and return sequential segments of the video. Discussed further below, the number of streamlets in each variant playlist for the test video is the same. Similarly, the segments of each streamlet (in sequential order in each variant playlist) are the same duration across variant playlists. For example, the second streamlet in the **358333 Bandwidth** variant playlist and the second streamlet in the **1789934 Bandwidth** variant playlist, respectively, have durations of 4.00 seconds and are equally distant in time from the first streamlet.

As shown in the excerpt of the instant test below, the client device initially requests and displays the **1789934 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-1080p-av1.mp4… identifier). At this time, the bandwidth is unrestricted and can support a resolution of 1080p. Upon making a successive determination that continuous video streaming at a higher bitrate can no longer be supported (due to simulated bandwidth restrictions), the client device switches to request and receive the **510547 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-480p-av1.mp4… identifier). Below is an excerpt of the "Sequence" listing showing the upshifting from a lower to higher playback quality and subsequently downshifting to a lower playback quality alongside the status of the requests. As shown by the packet traffic table, partially reproduced below, the streamlet video files are hosted on a server accessible via **dash-s2-c50-ca-cdn.eporner.com**.

| Method | Host | Path | Status |
|--------|------|------|--------|

DISH Infringement Contention Chart – 11,677,798

| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.m4s?... | Complete |
|---|---|---|---|
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-22-v1-a1.m4s?... | Complete |
| [***] | | | |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-24-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-25-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-26-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-27-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-28-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-29-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-30-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-31-v1-a1.m4s?... | Complete |

The streamlets in the requests indicate that the requested segments are sequential and output on the client device in a continuous fashion.

EPorner's "[p]laylist files contain URIs, which clients will use to make network requests of arbitrary entities." RFC 8216 at 55. When playback starts on the media player embedded in the web page of EPorner, "[t]he client," which is the client device accessing EPorner, "SHALL choose which Media Segment to play first from the Media Playlist." RFC 8216 at 45; *id.* at 47 ("The first segment to load is generally the segment that the client has chosen to play first (see Section 6.3.3)."). Then, "[i]n order to play the presentation normally, the next Media Segment" the client device requests and "load[s] the one with the lowest Media Sequence Number that is greater than the Media Sequence Number of the last Media Segment loaded." RFC 8216 at 47. That is, to play back normally, the client device must request a plurality of files with sequential Media Sequence Numbers/timestamps and the requests are made based on the Media Sequence Numbers/timestamps.

On information and belief, EPorner running on a personal computer accessing Microsoft Edge uses the native player to perform adaptive bitrate streaming using the DASH and/or HLS standard. HLS explains "[c]lients should switch between different Variant Streams to adapt to network conditions" and "[c]lients should choose Renditions based on user preferences." RFC

DISH Infringement Contention Chart – 11,677,798

8216. Accordingly, EPorner uses the player to generate factors indicative of the network connection(s) between the client device and the server(s) associated with EPorner and make successive determinations as to which bandwidth versions of the video program to request. As part of this assessment, the player generates factors indicative of, for example, connection strength, buffer health, playback rate, calculated bandwidth abilities, calculated moving averages, or other statistics.

Thus, EPorner practices a process executable by one or more servers to stream digital content for playback by one or more end user stations.

To the extent that EPorner contends that the Accused Services do not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because the Accused Services perform substantially the same function, in substantially the same way, to achieve the same result.

> *22[a] storing, by the one or more servers, a plurality of streams including a first bit rate stream, a second bit rate stream, and a third bit rate stream, wherein the first bit rate stream, the second bit rate stream, and the third bit rate stream each comprise a group of streamlets encoded at a respective one of a plurality of different bit rates, each group comprising at least first and second streamlets, each of the streamlets corresponding to a portion of the digital content;*

As shown in element 22[pre] above, which is incorporated by reference, this claim element is also met. *See* § I.A.22[pre].

EPorner practices storing, by the one or more servers, a plurality of streams including a first bit rate stream, a second bit rate stream, and a third bit rate stream, wherein the first bit rate stream, the second bit rate stream, and the third bit rate stream each comprise a group of streamlets encoded at a respective one of a plurality of different bit rates, each group comprising at least first and second streamlets, each of the streamlets corresponding to a portion of the digital content.

As part of its offering streaming services to customers, EPorner uses, engages with, or induces others to execute processes for streaming digital content, including using one or more servers to store a plurality of streams including a first bit rate stream, a second bit rate stream, and a third bit rate stream, wherein the first bit rate stream, the second bit rate stream, and the third bit rate stream each comprise a group of streamlets encoded at a respective one of a plurality of different bit rates, each group comprising at least first and second streamlets, each of the streamlets corresponding to a portion of the digital content.

In the instant exemplary test of a video titled "Gianna Michaels," the client device made an HTTP GET request to **dash-s2-c50-ca-cdn.eporner.com** for a master manifest located at the following path: "/hls/v4/13339820-,240p-av1,360p-av1,480p-av1,720p-av1,1080p-av1,.mp4.urlset/**master.m3u8**?..." (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

```
#EXTM3U
#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=244679,RESOLUTION=428x240,FRAME-RATE=30.000,CODECS="av01.0.00M.08,mp4a.40.2"
```

DISH Infringement Contention Chart – 11,677,798

---

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=358333,RESOLUTION=640x360,FRAME-RATE=30.000,CODECS="av01.0.01M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=510547,RESOLUTION=854x480,FRAME-RATE=30.000,CODECS="av01.0.04M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=1224762,RESOLUTION=1280x720,FRAME-RATE=30.000,CODECS="av01.0.05M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-720p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=1789934,RESOLUTION=1920x1080,FRAME-RATE=30.000,CODECS="av01.0.08M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

File path: **master.m3u8**

The Master Manifest shows at least five bandwidth versions, or variant streams, of the video at the following average bandwidths:

- 244679 (referred to herein as the "244679 Bandwidth") having a resolution of 428x240

- 358333 (referred to herein as the "358333 Bandwidth") having a resolution of 640x360

- 510547 (referred to herein as the "510547 Bandwidth") having a resolution of 854x480

- 1224762 (referred to herein as the "1224762 Bandwidth") having a resolution of 1280x720

DISH Infringement Contention Chart – 11,677,798

- 1789934 (referred to herein as the "1789934 Bandwidth") having a resolution of 1920x1080

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Path[6] |
|---|---|
| 244679 Bandwidth | dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8? |
| 358333 Bandwidth | /dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8? |
| 510547 Bandwidth | /dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8? |
| 1224762 Bandwidth | /dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-720p-av1.mp4/index-v1-a1.m3u8? |
| 1789934 Bandwidth | /dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8? |

The URI **dash-s2-c50-ca-cdn.eporner.com** is affiliated with at least the following IP address: **75.251.11.12**, which on information and belief corresponds to the IP address of at least one origin server.

Each of the variant stream playlists includes segments, or streamlets, that encode the same portion of the video at various resolutions. For example, the **244679 Bandwidth** version can be considered a first, low-quality stream, the **510547 Bandwidth** version can be considered a second, medium-quality stream, and the **1789934 Bandwidth** version can be considered a third, high-quality stream.

A client device accessing EPorner uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the file above from the one or more servers hosting EPorner content.

The media playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of

---

[6] Path may be abbreviated for readability.

DISH Infringement Contention Chart – 11,677,798

Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

     As shown for example below, each of the **358333 Bandwidth**, **1224762 Bandwidth**, and **1789934 Bandwidth** version playlists contain segments, or streamlets, that encode different segments of the video. The streamlet files within each version playlist are arranged in ascending chronological order, beginning with the first segment of the video and progressing until the final segment of the video.

| [7]Bandwidth | Streamlet |
| --- | --- |
| **358333 Bandwidth** | # EXTM3U |
| | #EXT-X-TARGETDURATION:7 |
| | #EXT-X-ALLOW-CACHE:YES |
| | #EXT-X-PLAYLIST-TYPE:VOD |
| | #EXT-X-VERSION:6 |
| | #EXT-X-MEDIA-SEQUENCE:1 |
| | #EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820" |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |

---

[7] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- BLUE = media segment identifier
- YELLOW = variant streams

DISH Infringement Contention Chart – 11,677,798

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-11-v1-

DISH Infringement Contention Chart – 11,677,798

| |
|---|
| a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| [***] |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |

DISH Infringement Contention Chart – 11,677,798

| | |
|---|---|
| | #EXTINF:6.762,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXT-X-ENDLIST |
| **510547**<br>**Bandwidth** | #EXTM3U<br><br>#EXT-X-TARGETDURATION:7<br><br>#EXT-X-ALLOW-CACHE:YES<br><br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXT-X-VERSION:6<br><br>#EXT-X-MEDIA-SEQUENCE:1<br><br>#EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820"<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000, |

DISH Infringement Contention Chart – 11,677,798

| |
|---|
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |

DISH Infringement Contention Chart – 11,677,798

| |
|---|
| #EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>[***]<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:6.762,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXT-X-ENDLIST |

DISH Infringement Contention Chart – 11,677,798

| 1789934 Bandwidth | #EXTM3U |
|---|---|
| | #EXT-X-TARGETDURATION:7 |
| | #EXT-X-ALLOW-CACHE:YES |
| | #EXT-X-PLAYLIST-TYPE:VOD |
| | #EXT-X-VERSION:6 |
| | #EXT-X-MEDIA-SEQUENCE:1 |
| | #EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820" |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |

DISH Infringement Contention Chart – 11,677,798

| |
|---|
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |

DISH Infringement Contention Chart – 11,677,798

| | |
|---|---|
| | #EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>[***]<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:6.762,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXT-X-ENDLIST |

On information and belief, playlists for the other resolution variants also include these segments, or streamlets, also arranged in ascending chronological order and corresponding to the same portion of the video provided on-demand from EPorner's server(s).

DISH Infringement Contention Chart – 11,677,798

Discussed further below, the number of streamlets in each variant playlist for the test video is the same. Similarly, the segments of each streamlet (in sequential order in each variant playlist) are the same duration across variant playlists. For example, the streamlets in each of the first, second, and third quality streams shown above, respectively, generally have durations of 4.00 seconds and are equally distant in time from the first streamlet.

To the extent that EPorner contends that the Accused Services do not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because the Accused Services perform substantially the same function, in substantially the same way, to achieve the same result.

---

*22[b] wherein at least one of the first bit rate stream, the second bit rate stream, and the third bit rate stream is encoded at a bit rate of no less than 600 kbps; and*

---

As shown in elements 22[pre]-22[a] above, which are incorporated by reference, this claim element is also met. *See* §§ I.A.22[pre]-[a].

The numerous variant streams of the video displayed by the media player embedded in the web page of EPorner include at least a first bit rate stream, a second bit rate stream, and a third bit rate stream. Each of the first bit rate stream, the second bit rate stream, and the third bit rate stream is encoded at a bit rate of no less than 600 kbps.

For example, in the instant test of a video titled "Gianna Michaels," the client device made an HTTP GET request to **dash-s2-c50-ca-cdn.eporner.com** for a master manifest located at the following path: "hls/v4/13339820-,240p-av1,360p-av1,480p-av1,720p-av1,1080p-av1,.mp4.urlset/master.m3u8" (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

---

[8]#EXTM3U

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=244679,RESOLUTION=428x240,FRAME-RATE=30.000,CODECS="av01.0.00M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=358333,RESOLUTION=640x360,FRAME-RATE=30.000,CODECS="av01.0.01M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

---

[8] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- YELLOW = variant streams
- RED = average bandwidth of variant streams

DISH Infringement Contention Chart – 11,677,798

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=510547,RESOLUTION=854x480,FRAME-RATE=30.000,CODECS="av01.0.04M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=1224762,RESOLUTION=1280x720,FRAME-RATE=30.000,CODECS="av01.0.05M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-720p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=1789934,RESOLUTION=1920x1080,FRAME-RATE=30.000,CODECS="av01.0.08M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

File path: **master.m3u8**

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token[9] |
|---|---|
| 244679 Bandwidth | …hls/srv4/13339820-240-av1.mp4/index-v1-a1.m3u8… |
| 358333 Bandwidth | …hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8… |
| 510547 Bandwidth | …hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8… |
| 1224762 Bandwidth | …hls/srv4/13339820-720p-av1.mp4/index-v1-a1.m3u8… |
| 1789934 Bandwidth | …hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8… |

Thus, this limitation is met. EPorner's first bit rate stream, the second bit rate stream, and the third bit rate stream are encoded at bitrates no less than 600 kbps.

To the extent that EPorner contends that the Accused Services do not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because the Accused Services perform substantially the same function, in substantially the same way, to achieve the same result.

---

[9] Token may be abbreviated for readability.

DISH Infringement Contention Chart – 11,677,798

---

*22[c] wherein the first streamlet of each of the groups of streamlets has the same first* ==duration== *and encodes the same first temporal portion of the digital content in the first bit rate stream, the second bit rate stream, and the third bit rate stream, the first streamlet of the first bit rate stream having a different one of the different bit rates than the first streamlet of the second bit rate stream and the first streamlet of the third bit rate stream;*

---

As shown in elements 22[pre]-[b] above, which are incorporated by reference, this claim element is also met. *See* §§ I.A.22[pre]-[b].

Moreover, EPorner videos are encoded at a plurality of different bitrates to create a plurality of streams including at least low, medium, and high quality streams. Each of the low, medium, and high quality streams has a streamlet that encodes the same portion of the video at a different one of the plurality of different bitrates. Each of the streamlets comprising the low, medium, and high quality streams is stored in variant playlists comprising a group of streamlets of the same quality at a respective bit rate.

For example, in the instant test of a video titled "Gianna Michaels," the client device made an HTTP GET request to **dash-s2-c50-ca-cdn.eporner.com** for a master manifest located at the following path: "hls/v4/13339820-,240p-av1,360p-av1,480p-av1,720p-av1,1080p-av1,.mp4.urlset/master.m3u8" (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

---

[10]#EXTM3U

#EXT-X-STREAM-INF:PROGRAM-ID=1,==BANDWIDTH=244679==,RESOLUTION=428x240,FRAME-RATE=30.000,CODECS="av01.0.00M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/==13339820-240p-av1.mp4/index-v1-a1.m3u8==?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,==BANDWIDTH=358333==,RESOLUTION=640x360,FRAME-RATE=30.000,CODECS="av01.0.01M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/==13339820-360p-av1.mp4/index-v1-a1.m3u8==?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,==BANDWIDTH=510547==,RESOLUTION=854x480,FRAME-RATE=30.000,CODECS="av01.0.04M.08,mp4a.40.2"

---

[10] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- ==YELLOW = variant streams==
- ==RED = average bandwidth of variant streams==

DISH Infringement Contention Chart – 11,677,798

---

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=1224762,RESOLUTION=1280x720,FRAME-RATE=30.000,CODECS="av01.0.05M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-720p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=1789934,RESOLUTION=1920x1080,FRAME-RATE=30.000,CODECS="av01.0.08M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

---

File path: **master.m3u8**

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token[11] |
|---|---|
| 244679 Bandwidth | …hls/srv4/13339820-240-av1.mp4/index-v1-a1.m3u8… |
| 358333 Bandwidth | …hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8… |
| 510547 Bandwidth | …hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8… |
| 1224762 Bandwidth | …hls/srv4/13339820-720p-av1.mp4/index-v1-a1.m3u8… |
| 1789934 Bandwidth | …hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8… |

As shown for example below, each of the **358333 Bandwidth**, **1224762 Bandwidth**, and **1789934 Bandwidth** version playlists contain segments, or streamlets, that encode different segments of the video. The streamlet files within each version playlist are arranged in ascending chronological order, beginning with the first segment of the video and progressing until the final segment of the video.

| [12]Bandwidth | Streamlet |
|---|---|

---

[11] Token may be abbreviated for readability.

[12] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- BLUE = media segment identifier
- YELLOW = variant streams

DISH Infringement Contention Chart – 11,677,798

| 358333 Bandwidth | # EXTM3U |
| --- | --- |
| | #EXT-X-TARGETDURATION:7 |
| | #EXT-X-ALLOW-CACHE:YES |
| | #EXT-X-PLAYLIST-TYPE:VOD |
| | #EXT-X-VERSION:6 |
| | #EXT-X-MEDIA-SEQUENCE:1 |
| | #EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820" |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-6-v1- |

DISH Infringement Contention Chart – 11,677,798

| |
|---|
| a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000, |

DISH Infringement Contention Chart – 11,677,798

| | |
|---|---|
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | [***] |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:6.762, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXT-X-ENDLIST |
| | |
| **510547 Bandwidth** | #EXTM3U |
| | #EXT-X-TARGETDURATION:7 |
| | #EXT-X-ALLOW-CACHE:YES |
| | #EXT-X-PLAYLIST-TYPE:VOD |
| | #EXT-X-VERSION:6 |

DISH Infringement Contention Chart – 11,677,798

| |
|---|
| #EXT-X-MEDIA-SEQUENCE:1 |
| #EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820" |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-7-v1- |

DISH Infringement Contention Chart – 11,677,798

| | |
|---|---|
| | a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |

DISH Infringement Contention Chart – 11,677,798

| | |
|---|---|
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>[***]<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:6.762,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXT-X-ENDLIST |
| | |
| **1789934 Bandwidth** | #EXTM3U<br><br>#EXT-X-TARGETDURATION:7<br><br>#EXT-X-ALLOW-CACHE:YES<br><br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXT-X-VERSION:6<br><br>#EXT-X-MEDIA-SEQUENCE:1<br><br>#EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/init-v1- |

DISH Infringement Contention Chart – 11,677,798

| |
|---|
| a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820" |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |

DISH Infringement Contention Chart – 11,677,798

| |
|---|
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |

DISH Infringement Contention Chart – 11,677,798

|  | [***] |
|---|---|
|  | #EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:6.762,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXT-X-ENDLIST |

On information and belief, playlists for the other resolution variants also include these segments, or streamlets, also arranged in ascending chronological order and corresponding to the same portion of the video provided on-demand from EPorner's server(s).

As shown above, each of the first, second, and third quality bitrate streams comprises groups of streamlets containing the same number of streamlets as one another. Each streamlet within each group is the same time duration as the streamlet at the same position in time relative to the beginning of the program of a different bitrate. Thus, on information and belief, each streamlet of the first, second, and third bitrate streams encodes the same portion of the video.

Referring to the variant stream data shown above, the first segment (containing "init-v1-a1.mp4?") of the **510547 Bandwidth** stream (…hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8…) yields the first few seconds of the video to be viewed, here "Gianna Michaels," and the first segment (containing in "init-v1-a1.mp4?") of the **1789934 Bandwidth** stream (…hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8…) yields the same first few seconds of the video to be viewed. Similarly, the second segment (containing "seg-1-v1-a1.mp4?") of the **510547 Bandwidth** stream (…hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8…) yields the

DISH Infringement Contention Chart – 11,677,798

next 4.00 seconds of the video, and the second segment (containing "seg-1-v1-a1.mp4?") of the **1789934 Bandwidth** stream (…hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8…) yields the same next 4.00 seconds of the video. This correspondence continues for each of the streamlets in each of the variant playlists. Therefore, the respective Media Segments across different variant streams yield the same portions of the video to be viewed on playback.

Thus, the limitations for this claim element are met. EPorner practices a process wherein the first streamlet of each of the groups of streamlets has the same first duration and encodes the same first temporal portion of the digital content in the first bit rate stream, the second bit rate stream, and the third bit rate stream, the first streamlet of the first bit rate stream having a different one of the different bit rates than the first streamlet of the second bit rate stream and the first streamlet of the third bit rate stream.

To the extent that EPorner contends that the Accused Services do not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because the Accused Services perform substantially the same function, in substantially the same way, to achieve the same result.

> *22[d] receiving at least one streamlet request over one or more network connections from the one or more end user stations to retrieve the first streamlet storing the first temporal portion of the digital content, wherein the at least one streamlet request from the one or more end user stations includes a request for a currently selected first streamlet from one of the first bit rate stream, the second bit rate stream, and the third bit rate stream based upon a determination by the end user station to select a higher or lower bit rate copy of the digital content;*

As shown in elements 22[pre]-[c] above, which are incorporated by reference, this claim element is also met. *See* §§ I.A.22[pre]-[c].

As explained above, the client device, at the direction of the embedded EPorner player, sends HTTP GET requests for segments, or streamlets, while EPorner's servers receive those streamlet requests and respond by transmitting the requested streamlets over one or more network connections. The requested streamlets are then displayed on the client device through the media player embedded in the web page of EPorner. The streamlets are communicated to the client device accessing EPorner via one or more network connections pursuant to DASH and/or HLS. Like DASH, HLS requires the use of HTTP communications, which requires at least one TCP connection. The video segments are presented in sequential ascending chronological order, based upon the previously requested and/or fulfilled streamlet, defined by time index relative to the beginning of the video.

During streaming of the instant test video, a plurality of TCP connections is established to transmit video files from one or more servers to the client device. The client device accessing EPorner requests streamlets from the one or more servers associated with EPorner via HTTP GET requests. The server(s) associated with the host URI (**dash-s2-c50-ca-cdn.eporner.com**) for the instant test video are identifiable at the below IP address: **75.251.11.12**, which on information and belief corresponds to the IP address of at least one origin server.

DISH Infringement Contention Chart – 11,677,798

DASH and HLS "allow[] a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4; *see also id.* ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation.").

in the instant test of a video titled "Gianna Michaels," the client device made an HTTP GET request to **dash-s2-c50-ca-cdn.eporner.com** for a master manifest located at the following path: "hls/v4/13339820-,240p-av1,360p-av1,480p-av1,720p-av1,1080p-av1,.mp4.urlset/master.m3u8" (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

---

[13]#EXTM3U

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=244679,RESOLUTION=428x240,FRAME-RATE=30.000,CODECS="av01.0.00M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=358333,RESOLUTION=640x360,FRAME-RATE=30.000,CODECS="av01.0.01M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=510547,RESOLUTION=854x480,FRAME-RATE=30.000,CODECS="av01.0.04M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=1224762,RESOLUTION=1280x720,FRAME-RATE=30.000,CODECS="av01.0.05M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-720p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

---

[13] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- YELLOW = variant streams
- RED = average bandwidth of variant streams

DISH Infringement Contention Chart – 11,677,798

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=1789934,RESOLUTION=1920x1080,FRAME-RATE=30.000,CODECS="av01.0.08M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

File path: **master.m3u8**

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token[14] |
| --- | --- |
| **244679 Bandwidth** | …hls/srv4/13339820-240-av1.mp4/index-v1-a1.m3u8… |
| **358333 Bandwidth** | …hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8… |
| **510547 Bandwidth** | …hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8… |
| **1224762 Bandwidth** | …hls/srv4/13339820-720p-av1.mp4/index-v1-a1.m3u8… |
| **1789934 Bandwidth** | …hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8… |

For the instant test below, the client device initially requests and displays the **1789934 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-1080p-av1.mp4… identifier). At this time, the bandwidth is unrestricted and can support a resolution of 1080p. Upon making a successive determination that continuous video streaming at a higher bitrate can no longer be supported (due to simulated bandwidth restrictions), the client device switches to request and receive the **510547 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-480p-av1.mp4… identifier). Below is an excerpt of the "Sequence" listing showing the upshifting from a lower to higher playback quality and subsequently downshifting to a lower playback quality alongside the status of the requests. As shown by the packet traffic table, partially reproduced below, the streamlet video files are hosted on a server accessible via **dash-s2-c50-ca-cdn.eporner.com**.

| Method | Host | Path | Status |
| --- | --- | --- | --- |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-2-v1-a1.m4s?... | Complete |
| [***] | | | |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-24-v1-a1.m4s?... | Complete |

---

[14] Token may be abbreviated for readability.

DISH Infringement Contention Chart – 11,677,798

| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-25-v1-a1.m4s?... | Complete |
|---|---|---|---|
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-26-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-27-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-28-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-29-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-30-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-31-v1-a1.m4s?... | Complete |

Each of the low-quality stream, medium-quality stream, and high-quality stream comprises a group of streamlets that are encoded at the same respective one of the different bitrates. As set forth above, each of the variant streams "describes a different version of the same content." RFC 8216 at 5. Thus, each of the variant streams is an "encoding[] of the same presentation" at different bitrates. RFC 8216 at 42. Indeed, to allow "clients to switch between" variant streams seamlessly, HLS requires that "[e]ach variant stream MUST present the same content" on playback. RFC 8216 at 43. And HLS provides that "[m]atching content in variant streams MUST have matching timestamps" to allow the media player embedded in the web page of EPorner to synchronize the media. *Id.* Each "Media Segment is specified by a URI and optionally a byte range." RFC 8216 at 4.

EPorner's "[p]laylist files contain URIs, which clients will use to make network requests of arbitrary entities." RFC 8216 at 55. When playback starts on the media player embedded in the web page of EPorner, "[t]he client," which is the client device accessing EPorner, "SHALL choose which Media Segment to play first from the Media Playlist." RFC 8216 at 45; *id.* at 47 ("The first segment to load is generally the segment that the client has chosen to play first (see Section 6.3.3)."). Then, "[i]n order to play the presentation normally, the next Media Segment" the client device requests and "load[s] the one with the lowest Media Sequence Number that is greater than the Media Sequence Number of the last Media Segment loaded." RFC 8216 at 47. That is, to play back normally, the client device must request a plurality of files with sequential Media Sequence Numbers/timestamps and the requests are made based on the Media Sequence Numbers/timestamps.

Like DASH, HLS explains "[c]lients should switch between different Variant Streams to adapt to network conditions" and "[c]lients should choose Renditions based on user preferences." RFC 8216. Accordingly, EPorner uses the player to generate factors indicative of the network connection(s) between the client device and the server(s) associated with EPorner and make successive determinations as to which bandwidth versions of the video program to request. As part of this assessment, the player generates factors indicative of, for example, connection strength,

DISH Infringement Contention Chart – 11,677,798

buffer health, playback rate, calculated bandwidth abilities, calculated moving averages, or other statistics.

Thus, the limitations for this claim element are met. EPorner practices receiving at least one streamlet request over one or more network connections from the one or more end user stations to retrieve the first streamlet storing the first temporal portion of the digital content, wherein the at least one streamlet request from the one or more end user stations includes a request for a currently selected first streamlet from one of the first bit rate stream, the second bit rate stream, and the third bit rate stream based upon a determination by the end user station to select a higher or lower bit rate copy of the digital content.

To the extent that EPorner contends that the Accused Services do not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because the Accused Services perform substantially the same function, in substantially the same way, to achieve the same result.

> *22[e] retrieving from the storage device the requested first streamlet from the currently selected one of the first bit rate stream, the second bit rate stream, and the third bit rate stream; and*

As shown in elements 22[pre]-[d] above, which are incorporated by reference, this claim element is also met. *See* §§ I.A.22[pre]-[d].

For the instant test below, the client device initially requests and displays the **1789934 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-1080p-av1.mp4… identifier). At this time, the bandwidth is unrestricted and can support a resolution of 1080p. Upon making a successive determination that continuous video streaming at a higher bitrate can no longer be supported (due to simulated bandwidth restrictions), the client device switches to request and receive the **510547 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-480p-av1.mp4… identifier).  Below is an excerpt of the "Sequence" listing showing the upshifting from a lower to higher playback quality and subsequently downshifting to a lower playback quality alongside the status of the requests. As shown by the packet traffic table, partially reproduced below, the streamlet video files are hosted on a server accessible via **dash-s2-c50-ca-cdn.eporner.com**.

| Method | Host | Path | Status |
|---|---|---|---|
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-2-v1-a1.m4s?... | Complete |
| [***] | | | |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-24-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-25-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-26-v1-a1.m4s?... | Complete |

DISH Infringement Contention Chart – 11,677,798

| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-27-v1-a1.m4s?... | Complete |
|---|---|---|---|
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-28-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-29-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-30-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-31-v1-a1.m4s?... | Complete |

Thus, the limitations for this claim element are met. EPorner practices retrieving from the storage device the requested first streamlet from the currently selected one of the first bit rate stream, the second bit rate stream, and the third bit rate stream.

To the extent that EPorner contends that the Accused Services do not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because the Accused Services perform substantially the same function, in substantially the same way, to achieve the same result.

> *22[f] sending the retrieved first streamlet from the currently selected one of the first bit rate stream, the second bit rate stream, and the third bit rate stream to the requesting one of the end user stations over the one or more network connections.*

As shown in elements 22[pre]-[e] above, which are incorporated by reference, this claim element is also met. *See* §§ I.A.22[pre]-[e].

For the instant test below, the client device initially requests and displays the **1789934 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-1080p-av1.mp4… identifier). At this time, the bandwidth is unrestricted and can support a resolution of 1080p. Upon making a successive determination that continuous video streaming at a higher bitrate can no longer be supported (due to simulated bandwidth restrictions), the client device switches to request and receive the **510547 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-480p-av1.mp4… identifier). Below is an excerpt of the "Sequence" listing showing the upshifting from a lower to higher playback quality and subsequently downshifting to a lower playback quality alongside the status of the requests. As shown by the packet traffic table, partially reproduced below, the streamlet video files are hosted on a server accessible via **dash-s2-c50-ca-cdn.eporner.com**.

| Method | Host | Path | Status |
|---|---|---|---|
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?... | Complete |

DISH Infringement Contention Chart – 11,677,798

| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-2-v1-a1.m4s?... | Complete |
|---|---|---|---|
| [***] | | | |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-24-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-25-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-26-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-27-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-28-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-29-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-30-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-31-v1-a1.m4s?... | Complete |

Thus, the limitations for this claim element are met. EPorner practices sending the retrieved first streamlet from the currently selected one of the first bit rate stream, the second bit rate stream, and the third bit rate stream to the requesting one of the end user stations over the one or more network connections.

To the extent that EPorner contends that the Accused Services do not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because the Accused Services perform substantially the same function, in substantially the same way, to achieve the same result.