DISH Infringement Contention Chart – 11,470,138

### INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 11,470,138[1]

The following claim chart shows exemplary aspects of certain streaming services and products owned or operated by MW Media, S.C. ("MW Media"), namely EPorner (accessible via www.eporner.com) (collectively, "EPorner"), that infringe at least claims 1 and 8 of U.S. Patent No. 11,470,138 ("'138 Patent"). Upon information and belief, MW Media operates streaming services that infringe one or more claims of the '138 Patent (the "Accused Services"), including at least EPorner.

The chart is exemplary and should not be read to limit DISH's assertions against EPorner as to the services or products described below. The chart should not be read to limit DISH's assertions to the patent claims charted below. Nor should the chart below be read to limit how EPorner infringes the claims below. To that end, any highlighting or annotations presented herein are intended to exemplify certain elements of EPorner's operation and are not intended to limit DISH's position with respect to how EPorner practices any particular element of the claim(s) of the '138 Patent.

The following evidence and descriptions, including tests conducted on EPorner, shows that the Accused Services meet each element of the aforementioned claim(s) of the '138 Patent in substantially the same manner described below.

To the extent that operation of the accused system is triggered by end users, MW Media directly infringes by making, using, offering to sell, and/or selling the adaptive-rate streaming system that includes its servers and embedded player, and it also induces end users to use that system in an infringing manner. EPorner's website presents an embedded HTML5 video player with a "Play" button that, when clicked, causes the system (server and client together) to perform the adaptive-rate streaming functionality, and EPorner encourages such use through autoplay of additional videos, recommended content links, and playback controls that prompt users to initiate and control streaming. In addition, EPorner provides users with instructions and guidance on how users can use Accused Services to perform each element of the claims.

*See, e.g.*, www.eporner.com (video watch pages showing embedded player, autoplay and "Next" recommendations):

---

[1] All citations to or cross-references to claim elements within a respective section refer to the claim elements of the Asserted Patent addressed in that section unless otherwise indicated.

DISH Infringement Contention Chart – 11,470,138



*See, e.g.*, https://www.eporner.com/contact/ (reproduced in part below, last accessed April 23, 2026):



*See also* https://www.eporner.com/faq/ (reproduced in part below, last accessed April 23, 2026):

DISH Infringement Contention Chart – 11,470,138



DISH Infringement Contention Chart – 11,470,138

**I.        U.S. Patent No. 11,470,138**

A.        Claim 1

> *1[pre] A system for adaptive-rate content streaming of a video that is playable on one or more end user stations over the internet, the system comprising:*

EPorner operates a system for adaptive-rate content streaming of a video that is playable on one or more end user stations over an Internet connection, such as a Transmission Control Protocol ("TCP") connection. The system includes EPorner's servers (e.g., dash-s2-c50-ca-cdn.eporner.com) that store and serve manifests and streamlets, together with the embedded player code that EPorner supplies to end user stations.

For example, EPorner provides information that permits a client device accessing EPorner to output rate-adaptive streams received via fulfilled HTTP Get requests to one or more servers associated with EPorner connected to the client device via at least one TCP connection. Example client devices include Apple iPhones, Apple iPads, Android phones, and Android tablets equipped to access the Internet via one or more network connections. The client devices include a media player configured to enable video streaming. Further, upon information and belief, employees and/or agents of EPorner tested and used EPorner on devices in the U.S. during the relevant time period.

The EPorner website explains that Eporner.com is "the technology leader in the [pornography] industry." https://www.eporner.com/contact/ (last accessed April 23, 2026). EPorner was allegedly "the first to display real full HD quality pornographic videos and became a pioneer in providing online free pornographic materials in full HD quality, as the first page with this content." *Id.* Also, Eporner.com has allegedly "enabled full service (uploading and watching) video in Full HD 1080p quality and in 2010 video in 60FPS." *Id.*

Additionally, EPorner represents that, since at least 2015, EPorner has provided "full support for advanced MPEG-DASH, which allows almost limitless control over the video stream. The player can change the video bitrate and resolution in real time, also independently of the video audio bitrate. In 2017, website became one of the first major adult pornographic video sharing website to incorporate HTTPS encryption." *Id* (partially reproduced below).

In 2015, Eporner.com introduced full support for advanced MPEG-DASH, which allows almost limitless control over the video stream. The player can change the video bitrate and resolution in real time, also independently of the video audio bitrate. In 2017, website became one of the first major adult pornographic video sharing website to incorporate HTTPS encryption.

The tests referred to herein were conducted on videos offered over EPorner executed on a Dell Latitude 7440 laptop computer running Windows 11.  Any images in this chart are from EPorner operating on an Internet browser (e.g., Microsoft Edge or Google Chrome). On information and belief, the media player utilized by EPorner operating on Microsoft Edge is the same "player" that "can change the video bitrate and resolution in real time" such that EPorner provides rate-adaptive streams to end users. *Id.*

DISH Infringement Contention Chart – 11,470,138

As part of the testing, a laptop computer accessing EPorner was connected to the Internet through Microsoft Edge, which contains DevTools that enable the ability to view packet transmission between the client device and server(s) or Internet architecture utilized by EPorner or its affiliates; and to throttle the network's available bandwidth. Thus, the test simulated how EPorner responded to lower and higher bandwidths.

For the current test, a video titled "Gianna Michaels" was selected (accessible via https://www.eporner.com/video-v8u6FZlgjfR/gianna-michaels/, last accessed April 23, 2026), and at various times throughout the playback of the video, bandwidth was restricted to download speeds of approximately 2048 kbps. As observed through the tests, when the user selects a video from the available videos, the media player used by EPorner displays more details regarding the video and provides the user with the option to view the video.

Selecting the icon corresponding to a video causes that video and other materials to be streamed and displayed on the client device.

With respect to adaptively receiving the digital stream from EPorner's video server over the network, EPorner's adaptive bitrate streams are provided to the media player used by EPorner from a server over a network using at least the Dynamic Adaptive Streaming over HTTP ("DASH") or the HTTP Live Streaming ("HLS") adaptive bitrate streaming protocol.

DASH is a standard intended to support a media-streaming model for delivery of media content in which control lies exclusively with the client. Clients may request data using the HTTP protocol from standard web servers that have no DASH-specific capabilities. ISO/IEC-23009-1:2019(E) at 9. DASH specifies XML and binary formats that enable delivery of continuous media content. *Id.* at 18. DASH specifies that "content may be divided in time into Segments for proper accessibility and delivery." *Id.* at 22. Segments are assigned a duration, which is the duration of the media contained in the Segment when presented at normal speed. Typically, all Segments in a Representation have the same or roughly similar duration. *Id.* Clients may switch from Representation to Representation within an Adaptation Set at any point in the media. *Id.* at 23.

HLS, on the other hand, is "a protocol for transferring unbounded streams of multimedia data." Request For Comments: 8216 – HTTP Live Streaming, August 2017 ("RFC 8216") at 1. Using HLS, "a client can receive a continuous stream of media from a server for concurrent presentation." RFC 8216 at 4. HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4. With HLS, "[c]lients should switch between different Variant Streams to adapt to network conditions." RFC 8216 at 5.

As noted above, EPorner represents that since at least 2015, EPorner has provided "full support for advanced MPEG-DASH, which allows almost limitless control over the video stream. The player can change the video bitrate and resolution in real time, also independently of the video audio bitrate. In 2017, website became one of the first major adult pornographic video sharing website to incorporate HTTPS encryption." https://www.eporner.com/contact/ (last accessed April 23, 2026).

5

DISH Infringement Contention Chart – 11,470,138

When executed, EPorner operates a media player operating on a client device, which is configured to request EPorner's digital content from one or more servers via at least one TCP connection over the network.

EPorner's content is stored on one or more servers over a network and is displayed to client devices via a media player used by EPorner.

The one or more servers accessible by the client device using the media player store segments, or "streamlets" corresponding to particular segments of a video, and each segment of a video is encoded at one of numerous resolutions. *See, e.g.*, ISO/IEC-23009-1:2019(E) at 15 (defining Segment). Together, the streamlets of one resolution are represented collectively as a Representation, herein referred to as a "Media Playlist," a "variant stream," or a "bandwidth version." *Accord id.* at 15 (defining Representation).

The Media Playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies. *See id.* at 32 ("Each Representation consists of one or more Segments…Segments contain media data and/or metadata to access, decode, and present the included media content."); *id.* at 52 ("Representations in two or more Adaptation Sets may provide the same content. In addition, the content may be time-aligned and may be offered such that seamless switching across Representations in different Adaptation Sets is simplified."); *id.* at 54 ("Each Representation includes one or more media streams, where each media stream is an encoded version of one media content component. A Representation consists of one or more Segments."). *See also* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown by the packet traffic accessed through the Microsoft Edge DevTools, partially reproduced below, the streamlet video files are hosted on a server accessible via **dash-s2-c50-ca-cdn.eporner.com**.

| [2]Method | Host | Path[3] | … | Status |
|---|---|---|---|---|
| GET | dash-s2-c50-ca-cdn.eporner.com | /hls/srv4/13339820-720p-av1.mp4/seg-2-v1-a1.m4s?... | … | Complete |

---

[2] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- ORANGE = one or more servers
- BLUE = media segment

[3] Video path abbreviated for readability throughout.

DISH Infringement Contention Chart – 11,470,138

The URI **dash-s2-c50-ca-cdn.eporner.com** is affiliated with at least the following IP address: **75.251.11.12**, which on information and belief corresponds to the IP address of at least one origin server.

The numerous variant streams of the video displayed by the media player embedded in the web page of EPorner include at least a low quality stream, a medium quality stream, and a high quality stream.

For example, in the instant test of a video titled "Gianna Michaels," the client device made an HTTP GET request to **dash-s2-c50-ca-cdn.eporner.com** for a master manifest located at the following path: "/hls/v4/13339820-,240p-av1,360p-av1,480p-av1,720p-av1,1080p-av1,.mp4.urlset/**master.m3u8**?..." (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

```
#EXTM3U

#EXT-X-STREAM-INF:PROGRAM-
ID=1,BANDWIDTH=244679,RESOLUTION=428x240,FRAME-
RATE=30.000,CODECS="av01.0.00M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/index-v1-
a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=133
39820

#EXT-X-STREAM-INF:PROGRAM-
ID=1,BANDWIDTH=358333,RESOLUTION=640x360,FRAME-
RATE=30.000,CODECS="av01.0.01M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/index-v1-
a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=133
39820

#EXT-X-STREAM-INF:PROGRAM-
ID=1,BANDWIDTH=510547,RESOLUTION=854x480,FRAME-
RATE=30.000,CODECS="av01.0.04M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/index-v1-
a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=133
39820

#EXT-X-STREAM-INF:PROGRAM-
ID=1,BANDWIDTH=1224762,RESOLUTION=1280x720,FRAME-
RATE=30.000,CODECS="av01.0.05M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-720p-av1.mp4/index-v1-
a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=133
39820

#EXT-X-STREAM-INF:PROGRAM-
ID=1,BANDWIDTH=1789934,RESOLUTION=1920x1080,FRAME-
RATE=30.000,CODECS="av01.0.08M.08,mp4a.40.2"
```

DISH Infringement Contention Chart – 11,470,138

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

File path: **master.m3u8**

The Master Manifest shows at least five bandwidth versions, or variant streams, of the video at the following average bandwidths:

- 244679 (referred to herein as the "244679 Bandwidth") having a resolution of 426x240

- 358333 (referred to herein as the "358333 Bandwidth") having a resolution of 640x360

- 510547 (referred to herein as the "510547 Bandwidth") having a resolution of 854x480

- 1224762 (referred to herein as the "1224762 Bandwidth") having a resolution of 1280x720

- 1789934 (referred to herein as the "1789934 Bandwidth") having a resolution of 1920x1080

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Path[4] |
|---|---|
| 244679 Bandwidth | dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8? |
| 358333 Bandwidth | /dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8? |
| 510547 Bandwidth | /dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8? |
| 1224762 Bandwidth | /dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-720p-av1.mp4/index-v1-a1.m3u8? |

---

[4] Path may be abbreviated for readability.

DISH Infringement Contention Chart – 11,470,138

| | |
|---|---|
| **1789934 Bandwidth** | /dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8? |

Each of the variant stream playlists includes segments, or streamlets, that encode the same portion of the video at various resolutions. For example, the **244679 Bandwidth** version can be considered a low-quality stream, the **510547 Bandwidth** version can be considered a medium-quality stream, and the **1789934 Bandwidth** version can be considered a high-quality stream.

A client device accessing EPorner uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the file above from the one or more servers hosting EPorner content.

The media playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown in the test data, the client device accessing the EPorner Application selects the **244679 Bandwidth** version of the stream and makes a request for the corresponding playlist at the file path "/dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8?..." pursuant to the instructions received from the EPorner Application. The EPorner Server(s) returns the playlist file with the contents below.

[5]#EXTM3U

#EXT-X-TARGETDURATION:7

#EXT-X-ALLOW-CACHE:YES

#EXT-X-PLAYLIST-TYPE:VOD

#EXT-X-VERSION:6

#EXT-X-MEDIA-SEQUENCE:1

#EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820"

---

[5] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- YELLOW = variant streams
- BLUE = media segment

DISH Infringement Contention Chart – 11,470,138

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

DISH Infringement Contention Chart – 11,470,138

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

[***]

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:6.762,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-ENDLIST

DISH Infringement Contention Chart – 11,470,138

The variant playlist file is an adaptive bitrate streaming playlist operating pursuant to the HLS standard. Each line in the file at path "hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8?..." that begins with "#EXTINF" specifies the length of the segments in seconds. The line below "EXTINF" specifies the location of the variant of the video file. Most of the streamlets, with a few exceptions, are 4.00 seconds long and return sequential segments of the video.

Similarly shown in the test data, when the client device accessing EPorner selects the **1789934 Bandwidth** version of the stream, it makes a request for the corresponding playlist at the file path "/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8?". The EPorner Server(s) returns the playlist file for the **1789934 Bandwidth** with the contents below.

```
#EXTM3U

#EXT-X-TARGETDURATION:7

#EXT-X-ALLOW-CACHE:YES

#EXT-X-PLAYLIST-TYPE:VOD

#EXT-X-VERSION:6

#EXT-X-MEDIA-SEQUENCE:1

#EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820"

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,
```

DISH Infringement Contention Chart – 11,470,138

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

DISH Infringement Contention Chart – 11,470,138

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

[***]

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:6.762,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-ENDLIST

As with the variant playlist file for the **358333 Bandwidth** version, the variant playlist file for the **1789934 Bandwidth** version is an HLS playlist. Each line in the file path "/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8?" that begins with "#EXTINF" specifies the length of the segments in seconds. The line below "EXTINF" specifies the location of the variant of the video file. Most of the streamlets, with a few exceptions, are 4.00 seconds long and return sequential segments of the video. Discussed further below, the number of streamlets in each variant playlist for the test video is the same. Similarly, the segments of each streamlet (in sequential order in each variant playlist) are the same duration across variant playlists. For example, the second streamlets in the **358333 Bandwidth** variant playlist and the second streamlet in the **1789934 Bandwidth** variant playlist, respectively, have durations of 4.00 seconds and are equally distant in time from the first streamlet.

As shown in the excerpt of the instant test below, the client device initially requests and displays the **1789934 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-1080p-av1.mp4… identifier). At this time, the bandwidth is unrestricted and can support a resolution of 1080p. Upon making a successive determination that continuous video streaming at a higher bitrate can no longer be supported (due to simulated bandwidth restrictions), the client device switches to request and receive the **510547 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-480p-av1.mp4… identifier). Below is an excerpt of the "Sequence"

DISH Infringement Contention Chart – 11,470,138

listing showing the upshifting from a lower to higher playback quality and subsequently downshifting to a lower playback quality alongside the status of the requests. As shown by the packet traffic table, partially reproduced below, the streamlet video files are hosted on a server accessible via **dash-s2-c50-ca-cdn.eporner.com**.

| Method | Host | Path | Status |
|---|---|---|---|
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-22-v1-a1.m4s?... | Complete |
| [***] | | | |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-24-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-25-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-26-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-27-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-28-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-29-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-30-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-31-v1-a1.m4s?... | Complete |

The streamlets in the requests indicate that the requested segments are sequential and output on the client device in a continuous fashion.

EPorner's "[p]laylist files contain URIs, which clients will use to make network requests of arbitrary entities." RFC 8216 at 55. When playback starts on the media player embedded in the web page of EPorner, "[t]he client," which is the client device accessing EPorner, "SHALL choose which Media Segment to play first from the Media Playlist." RFC 8216 at 45; *id.* at 47 ("The first segment to load is generally the segment that the client has chosen to play first (see Section 6.3.3)."). Then, "[i]n order to play the presentation normally, the next Media Segment" the client device requests and "load[s] the one with the lowest Media Sequence Number that is greater than the Media Sequence Number of the last Media Segment loaded." RFC 8216 at 47. That is, to playback normally, the client device must request a plurality of files with sequential Media

DISH Infringement Contention Chart – 11,470,138

Sequence Numbers/timestamps and the requests are made based on the Media Sequence Numbers/timestamps.

On information and belief, EPorner running on a personal computer accessing Microsoft Edge uses the native player to perform adaptive bitrate streaming using the DASH and/or HLS standard. HLS explains "[c]lients should switch between different Variant Streams to adapt to network conditions" and "[c]lients should choose Renditions based on user preferences." RFC 8216. Accordingly, EPorner uses the player to generate factors indicative of the network connection(s) between the client device and the server(s) associated with EPorner and makes successive determinations as to which bandwidth versions of the video program to request. As part of this assessment, the player generates factors indicative of, for example, connection strength, buffer health, playback rate, calculated bandwidth abilities, calculated moving averages, or other statistics.

Thus, EPorner performs a method for presenting rate-adaptive streaming playable on one or more end user stations over an Internet connection. To the extent that EPorner contends that the Accused Services do not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

> *1[a] at least one storage device storing the video, wherein the video is digitally encoded at a plurality of different bitrates creating a plurality of streams including a low quality stream, a medium quality stream, and a high quality stream, the low quality stream, the medium quality stream, and the high quality stream each comprising a group of streamlets, wherein each streamlet corresponds to a portion of the video, and*

As shown in element 1[pre] above, which is incorporated by reference, this claim element is also met. *See* § A.1[pre].

As explained above, the client devices (end user station(s)) executing the instructions from EPorner request (and are provided with) from at least one storage device (a server) a video divided into segments, or streamlets, from the one or more EPorner servers to display on the client device through the media player embedded in the web page of EPorner. The streamlets are communicated to the client device accessing the EPorner website via an Internet connection pursuant to DASH and/or HLS. Like DASH, HLS requires the use of HTTP communications, which requires the use of at least one connection pursuant to at least one TCP connection. The video segments are presented in sequential ascending chronological order, based upon the previously requested and/or fulfilled streamlet, defined by time index relevant to the beginning of the video.

During streaming of the instant test video, at least one TCP connection is established to transmit video files from one or more servers to the client device. The client device accessing EPorner requests streamlets from the one or more servers associated with EPorner via HTTP GET requests. The server(s) associated with the host URI (**dash-s2-c50-ca-cdn.eporner.com**) for the instant test video are identifiable at least at the following IP address: **75.251.11.12.** On information and belief, EPorner relies on origin and/or cache servers located in the United States.

DISH Infringement Contention Chart – 11,470,138

The one or more servers, whose content is accessible by the client devices through EPorner, store individually-requestable streamlets corresponding to particular segments of a video, and each streamlet is encoded at one of numerous resolutions. Thus, EPorner provides at least one storage device storing the video, wherein the video is digitally encoded at a plurality of different bitrates creating a plurality of streams including a low quality stream, a medium quality stream, and a high quality stream, the low quality stream, the medium quality stream, and the high quality stream each comprising a group of streamlets, wherein each streamlet corresponds to a portion of the video.

The numerous variant streams of the video displayed by the media player embedded in the web page of EPorner include at least a low quality stream, a medium quality stream, and a high quality stream.

For example, in the instant test of a video titled "Gianna Michaels," the client device made an HTTP GET request to **dash-s2-c50-ca-cdn.eporner.com** for a master manifest located at the following path: "/hls/v4/13339820-,240p-av1,360p-av1,480p-av1,720p-av1,1080p-av1,.mp4.urlset/master.m3u8?..." (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

> \# EXTM3U
>
> #EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=244679,RESOLUTION=428x240,FRAME-RATE=30.000,CODECS="av01.0.00M.08,mp4a.40.2"
>
> https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820
>
> #EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=358333,RESOLUTION=640x360,FRAME-RATE=30.000,CODECS="av01.0.01M.08,mp4a.40.2"
>
> https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820
>
> #EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=510547,RESOLUTION=854x480,FRAME-RATE=30.000,CODECS="av01.0.04M.08,mp4a.40.2"
>
> https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820
>
> #EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=1224762,RESOLUTION=1280x720,FRAME-RATE=30.000,CODECS="av01.0.05M.08,mp4a.40.2"

DISH Infringement Contention Chart – 11,470,138

> https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-720p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820
>
> #EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=1789934,RESOLUTION=1920x1080,FRAME-RATE=30.000,CODECS="av01.0.08M.08,mp4a.40.2"
>
> https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

File path: **master.m3u8**

The Master Manifest shows at least five bandwidth versions, or variant streams, of the video at the following average bandwidths:

- 244679 (referred to herein as the "244679 Bandwidth") having a resolution of 426x240

- 358333 (referred to herein as the "358333 Bandwidth") having a resolution of 640x360

- 510547 (referred to herein as the "510547 Bandwidth") having a resolution of 854x480

- 1224762 (referred to herein as the "1224762 Bandwidth") having a resolution of 1280x720

- 1789934 (referred to herein as the "1789934 Bandwidth") having a resolution of 1920x1080

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Path[6] |
| --- | --- |
| 244679 Bandwidth | dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8? |
| 358333 Bandwidth | /dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8? |

---

[6] Path may be abbreviated for readability.

DISH Infringement Contention Chart – 11,470,138

| 510547 Bandwidth | /dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8? |
|---|---|
| 1224762 Bandwidth | /dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-720p-av1.mp4/index-v1-a1.m3u8? |
| 1789934 Bandwidth | /dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8? |

Each of the variant stream playlists includes segments, or streamlets, that encode the same portion of the video at various resolutions. For example, the **244679 Bandwidth** version can be considered a low-quality stream, the **510547 Bandwidth** version can be considered a medium-quality stream, and the **1789934 Bandwidth** version can be considered a high-quality stream.

A client device accessing EPorner uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the file above from the one or more servers hosting EPorner content.

The media playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown in the test data, the client device accessing the EPorner Application selects the **244679 Bandwidth** version of the stream and makes a request for the corresponding playlist at the file path "/dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8?..." pursuant to the instructions received from the EPorner Application. The EPorner Server(s) returns the playlist file with the contents below.

[7]#EXTM3U

#EXT-X-TARGETDURATION:7

#EXT-X-ALLOW-CACHE:YES

#EXT-X-PLAYLIST-TYPE:VOD

#EXT-X-VERSION:6

---

[7] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- YELLOW = variant streams
- BLUE = media segment

DISH Infringement Contention Chart – 11,470,138

#EXT-X-MEDIA-SEQUENCE:1

#EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820"

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

DISH Infringement Contention Chart – 11,470,138

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

[***]

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:6.762,

DISH Infringement Contention Chart – 11,470,138

---

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-ENDLIST

---

The variant playlist file is an adaptive bitrate streaming playlist operating pursuant to the HLS standard. Each line in the file at path "hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8?..." that begins with "#EXTINF" specifies the length of the segments in seconds. The line below "EXTINF" specifies the location of the variant of the video file. Most of the streamlets, with a few exceptions, are 4.00 seconds long and return sequential segments of the video.

Similarly shown in the test data, when the client device accessing EPorner selects the **1789934 Bandwidth** version of the stream, it makes a request for the corresponding playlist at the file path "/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8?". The EPorner Server(s) returns the playlist file for the **1789934 Bandwidth** with the contents below.

---

#EXTM3U

#EXT-X-TARGETDURATION:7

#EXT-X-ALLOW-CACHE:YES

#EXT-X-PLAYLIST-TYPE:VOD

#EXT-X-VERSION:6

#EXT-X-MEDIA-SEQUENCE:1

#EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820"

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

---

DISH Infringement Contention Chart – 11,470,138

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

DISH Infringement Contention Chart – 11,470,138

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

[***]

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:6.762,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-ENDLIST

As with the variant playlist file for the **358333 Bandwidth** version, the variant playlist file for the **1789934 Bandwidth** version is an HLS playlist. Each line in the file path "/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8?" that begins with "#EXTINF" specifies the length of the segments in seconds. The line below "EXTINF" specifies the location of the variant of the video file. Most of the streamlets, with a few exceptions, are 4.00 seconds long and return sequential segments of the video. Discussed further below, the number of streamlets in each variant playlist for the test video is the same. Similarly, the segments of each streamlet (in sequential order in each variant playlist) are the same duration across variant playlists. For example, the second streamlets in the **358333 Bandwidth** variant playlist and the second streamlet in the **1789934 Bandwidth** variant playlist, respectively, have durations of 4.00 seconds and are equally distant in time from the first streamlet.

Thus, the limitations for this claim element are met. EPorner provides at least one storage device storing a video, wherein the video is digitally encoded at a plurality of different bitrates

DISH Infringement Contention Chart – 11,470,138

creating a plurality of streams including a low quality stream, a medium quality stream, and a high quality stream, the low quality stream, the medium quality stream, and the high quality stream each comprising a group of streamlets, wherein each streamlet corresponds to a portion of the video.

To the extent that EPorner contends that the Accused Services do not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

---

*1[b] wherein each streamlet in each group of streamlets is encoded at a respective one of the plurality of different bitrates, and wherein each group of streamlets comprises at least first and second streamlets;*

---

As shown in elements 1[pre]-[a] above, which are incorporated by reference, this claim element is also met. *See* §§ A.1[pre]-[a].

EPorner provides at least a low-quality stream, medium-quality stream, and high-quality stream, each of which comprises a group of streamlets corresponding to sequential segments of the video. Each streamlet in each group of streamlets is encoded at a respective one of the plurality of different bitrates, and each group of streamlets comprises at least first and second streamlets and contains the same number of streamlets as the other groups of streamlets.

For example, in the instant test of a video titled "Gianna Michaels," the client device made an HTTP GET request to **dash-s2-c50-ca-cdn.eporner.com** for a master manifest located at the following path: "hls/v4/13339820-,240p-av1,360p-av1,480p-av1,720p-av1,1080p-av1,.mp4.urlset/master.m3u8" (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

[8]#EXTM3U

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=244679,RESOLUTION=428x240,FRAME-RATE=30.000,CODECS="av01.0.00M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=358333,RESOLUTION=640x360,FRAME-RATE=30.000,CODECS="av01.0.01M.08,mp4a.40.2"

---

[8] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- YELLOW = variant streams
- RED = average bandwidth of variant streams

DISH Infringement Contention Chart – 11,470,138

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=510547,RESOLUTION=854x480,FRAME-RATE=30.000,CODECS="av01.0.04M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=1224762,RESOLUTION=1280x720,FRAME-RATE=30.000,CODECS="av01.0.05M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-720p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=1789934,RESOLUTION=1920x1080,FRAME-RATE=30.000,CODECS="av01.0.08M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

File path: **master.m3u8**

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token[9] |
|---|---|
| 244679 Bandwidth | …hls/srv4/13339820-240-av1.mp4/index-v1-a1.m3u8… |
| 358333 Bandwidth | …hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8… |
| 510547 Bandwidth | …hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8… |
| 1224762 Bandwidth | …hls/srv4/13339820-720p-av1.mp4/index-v1-a1.m3u8… |
| 1789934 Bandwidth | …hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8… |

As shown for example below, each of the **358333 Bandwidth**, **1224762 Bandwidth**, and **1789934 Bandwidth** version playlists contains segments, or streamlets, that encode different segments of the video. The streamlet files within each version playlist are arranged in ascending chronological order, beginning with the first segment of the video and progressing until the final segment of the video.

---

[9] Token may be abbreviated for readability.

DISH Infringement Contention Chart – 11,470,138

| [10]Bandwidth | Streamlet |
|---|---|
| **358333 Bandwidth** | # EXTM3U<br><br>#EXT-X-TARGETDURATION:7<br><br>#EXT-X-ALLOW-CACHE:YES<br><br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXT-X-VERSION:6<br><br>#EXT-X-MEDIA-SEQUENCE:1<br><br>#EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820"<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-5-v1- |

---

[10] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- BLUE = media segment identifier
- YELLOW = variant streams

DISH Infringement Contention Chart – 11,470,138

| |
|---|
| a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000, |

DISH Infringement Contention Chart – 11,470,138

| | |
|---|---|
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | [***] |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:6.762, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXT-X-ENDLIST |
| | |
| **510547 Bandwidth** | #EXTM3U |

DISH Infringement Contention Chart – 11,470,138

| |
|---|
| #EXT-X-TARGETDURATION:7 |
| #EXT-X-ALLOW-CACHE:YES |
| #EXT-X-PLAYLIST-TYPE:VOD |
| #EXT-X-VERSION:6 |
| #EXT-X-MEDIA-SEQUENCE:1 |
| #EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820" |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |

DISH Infringement Contention Chart – 11,470,138

| |
|---|
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-14-v1- |

DISH Infringement Contention Chart – 11,470,138

| | |
|---|---|
| | a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br> [***] <br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:6.762,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXT-X-ENDLIST |
| | |
| **1789934 Bandwidth** | #EXTM3U<br><br>#EXT-X-TARGETDURATION:7<br><br>#EXT-X-ALLOW-CACHE:YES<br><br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXT-X-VERSION:6 |

DISH Infringement Contention Chart – 11,470,138

| |
|---|
| #EXT-X-MEDIA-SEQUENCE:1 |
| #EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820" |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-7-v1- |

DISH Infringement Contention Chart – 11,470,138

| |
|---|
| a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |

DISH Infringement Contention Chart – 11,470,138

| |
|---|
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>[***]<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:6.762,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXT-X-ENDLIST |

On information and belief, playlists for the other resolution variants also include these segments, or streamlets, also arranged in ascending chronological order and corresponding to the same portion of the video provided on-demand from EPorner's server(s).

Thus, EPorner provides groups of streamlets, wherein each group of streamlets is encoded at a respective one of the plurality of different bitrates, and wherein each group of streamlets comprises at least first and second streamlets.

To the extent that EPorner contends that the Accused Services do not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

DISH Infringement Contention Chart – 11,470,138

> *1[d] wherein at least one of the low quality stream, the medium quality stream, and the high quality stream is encoded at a bitrate of no less than 600 kbps; and*

As shown in elements 1[pre]-[c] above, which are incorporated by reference, this claim element is also met. *See* §§ A.1[pre]-[c].

For example, in the instant test of a video titled "Gianna Michaels," the client device made an HTTP GET request to **dash-s2-c50-ca-cdn.eporner.com** for a master manifest located at the following path: "/hls/v4/13339820-,240p-av1,360p-av1,480p-av1,720p-av1,1080p-av1,.mp4.urlset/master.m3u8?..." (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

```
#EXTM3U
#EXT-X-VERSION:3
#EXT-X-INDEPENDENT-SEGMENTS
#EXT-X-STREAM-INF:BANDWIDTH=5162832,AVERAGE-
BANDWIDTH=4738212,CODECS="avc1.64002a,mp4a.40.2",RESOLUTION=1920x1080,FRAME-RATE=59.940
K3AJH-1080.m3u8
#EXT-X-STREAM-INF:BANDWIDTH=2714261,AVERAGE-
BANDWIDTH=2501996,CODECS="avc1.640020,mp4a.40.2",RESOLUTION=1280x720,FRAME-RATE=59.940
K3AJH-720.m3u8
#EXT-X-STREAM-INF:BANDWIDTH=1381772,AVERAGE-
BANDWIDTH=1282752,CODECS="avc1.64001f,mp4a.40.2",RESOLUTION=854x480,FRAME-RATE=59.940
K3AJH-480.m3u8
#EXT-X-STREAM-INF:BANDWIDTH=784804,AVERAGE-
BANDWIDTH=722255,CODECS="avc1.64001f,mp4a.40.2",RESOLUTION=640x360,FRAME-RATE=59.940
K3AJH-360.m3u8
#EXT-X-STREAM-INF:BANDWIDTH=677876,AVERAGE-
BANDWIDTH=623137,CODECS="avc1.64001e,mp4a.40.2",RESOLUTION=426x240,FRAME-RATE=59.940
K3AJH-240.m3u8
```

File path: **master.m3u8**

The Master Manifest shows at least five bandwidth versions, or variant streams, of the video at the following average bandwidths:

- 623137 (referred to herein as the "623137 Bandwidth") having a resolution of 426x240

- 722255 (referred to herein as the "722255 Bandwidth") having a resolution of 640x360

DISH Infringement Contention Chart – 11,470,138

- 1281752 (referred to herein as the "1282752 Bandwidth") having a resolution of 854x480

- 2501996 (referred to herein as the "2501996 Bandwidth") having a resolution of 1280x720

- 4738212 (referred to herein as the "4738212 Bandwidth") having a resolution of 1920x1080

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token[11] |
|---|---|
| 623137 Bandwidth | K3AJH-240.m3u8 |
| 722255 Bandwidth | K3AJH-360.m3u8 |
| 1282752 Bandwidth | K3AJH-480.M3U8 |
| 2501996 Bandwidth | K3AJH-720.m3u8 |
| 4738212 Bandwidth | K3AJH-1080.m3u8 |

Each of the variant stream playlists includes segments, or streamlets, that encode the same portion of the video at various resolutions. For example, the **623137 Bandwidth** version can be considered a low-quality stream, the **1282752 Bandwidth** version can be considered a medium-quality stream, and the **4738212 Bandwidth** version can be considered a high-quality stream.

Thus, at least one of the low-quality stream, the medium-quality stream, and the high-quality stream is encoded at a bitrate of no less than 600 kbps.

To the extent that EPorner contends that the Accused Services do not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *1[e] wherein the first streamlet of each of the groups of streamlets has the same first duration and encodes the same first portion of the video in each of the low quality stream, the medium quality stream, and the high quality stream, and* |

As shown in elements 1[pre]-1[d] above, which are incorporated by reference, this claim element is also met. *See* §§ A.1[pre]-[d].

---

[11] Token may be abbreviated for readability.

DISH Infringement Contention Chart – 11,470,138

EPorner provides a low-quality stream, a medium-quality stream, and a high-quality stream, each of which comprises groups of streamlets. Further, EPorner provides a first streamlet of each of the groups of streamlets that has the same first duration and encodes the same first portion of the video in each of the low quality stream, the medium quality stream, and the high quality stream.

For example, in the instant test of a video titled "Gianna Michaels," the client device made an HTTP GET request to **dash-s2-c50-ca-cdn.eporner.com** for a master manifest located at the following path: "hls/v4/13339820-,240p-av1,360p-av1,480p-av1,720p-av1,1080p-av1,.mp4.urlset/master.m3u8" (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

[12]#EXTM3U

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=244679,RESOLUTION=428x240,FRAME-RATE=30.000,CODECS="av01.0.00M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=358333,RESOLUTION=640x360,FRAME-RATE=30.000,CODECS="av01.0.01M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=510547,RESOLUTION=854x480,FRAME-RATE=30.000,CODECS="av01.0.04M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=1224762,RESOLUTION=1280x720,FRAME-RATE=30.000,CODECS="av01.0.05M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-720p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

---

[12] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- YELLOW = variant streams
- RED = average bandwidth of variant streams

DISH Infringement Contention Chart – 11,470,138

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=1789934,RESOLUTION=1920x1080,FRAME-RATE=30.000,CODECS="av01.0.08M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

File path: **master.m3u8**

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token[13] |
| --- | --- |
| **244679 Bandwidth** | …hls/srv4/13339820-240-av1.mp4/index-v1-a1.m3u8… |
| **358333 Bandwidth** | …hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8… |
| **510547 Bandwidth** | …hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8… |
| **1224762 Bandwidth** | …hls/srv4/13339820-720p-av1.mp4/index-v1-a1.m3u8… |
| **1789934 Bandwidth** | …hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8… |

As shown for example below, each of the **358333 Bandwidth**, **1224762 Bandwidth**, and **1789934 Bandwidth** version playlists contains segments, or streamlets, that encode different segments of the video. The streamlet files within each version playlist are arranged in ascending chronological order, beginning with the first segment of the video and progressing until the final segment of the video.

| [14]Bandwidth | Streamlet |
| --- | --- |
| **358333 Bandwidth** | # EXTM3U<br><br>#EXT-X-TARGETDURATION:7<br><br>#EXT-X-ALLOW-CACHE:YES<br><br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXT-X-VERSION:6<br><br>#EXT-X-MEDIA-SEQUENCE:1<br><br>#EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/init-v1- |

---

[13] Token may be abbreviated for readability.

[14] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
   - BLUE = media segment identifier
   - YELLOW = variant streams

DISH Infringement Contention Chart – 11,470,138

| |
|---|
| a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820"<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000, |

DISH Infringement Contention Chart – 11,470,138

| |
|---|
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |

DISH Infringement Contention Chart – 11,470,138

| | |
|---|---|
| | [***] |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:6.762, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXT-X-ENDLIST |
| | |
| **510547 Bandwidth** | #EXTM3U |
| | #EXT-X-TARGETDURATION:7 |
| | #EXT-X-ALLOW-CACHE:YES |
| | #EXT-X-PLAYLIST-TYPE:VOD |
| | #EXT-X-VERSION:6 |
| | #EXT-X-MEDIA-SEQUENCE:1 |
| | #EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820" |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |

DISH Infringement Contention Chart – 11,470,138

| |
|---|
| #EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-9-v1- |

DISH Infringement Contention Chart – 11,470,138

a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

[***]

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

DISH Infringement Contention Chart – 11,470,138

| | |
|---|---|
| | #EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:6.762,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXT-X-ENDLIST |
| **1789934 Bandwidth** | #EXTM3U<br><br>#EXT-X-TARGETDURATION:7<br><br>#EXT-X-ALLOW-CACHE:YES<br><br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXT-X-VERSION:6<br><br>#EXT-X-MEDIA-SEQUENCE:1<br><br>#EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820"<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |

DISH Infringement Contention Chart – 11,470,138

| |
|---|
| #EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-10-v1- |

DISH Infringement Contention Chart – 11,470,138

| |
|---|
| a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>[***]<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |

| | |
|---|---|
| | #EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-<mark>1080p</mark>-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:6.762,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-<mark>1080p</mark>-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXT-X-ENDLIST |
| | |

On information and belief, playlists for the other resolution variants also include these segments, or streamlets, also arranged in ascending chronological order and corresponding to the same portion of the video provided on-demand from EPorner's server(s).

As shown above, the first streamlet of each of the groups of streamlets has the same first duration and encodes the same first portion of the video in each of the low quality stream, the medium quality stream, and the high quality stream.

To the extent that EPorner contends that the Accused Services do not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

> *1[f] wherein the first streamlet of the low quality stream encodes the same first portion of the video at a lower bitrate than the first streamlet of the high quality stream and the first streamlet of the medium quality stream.*

As shown in elements 1[pre]-[e] above, which are incorporated by reference, this claim element is also met. *See* §§ A.1[pre]-[e].

For example, in the instant test of a video titled "Gianna Michaels," the client device made an HTTP GET request to **dash-s2-c50-ca-cdn.eporner.com** for a master manifest located at the following path: "hls/v4/13339820-,240p-av1,360p-av1,480p-av1,720p-av1,1080p-av1,.mp4.urlset/master.m3u8" (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

[15]#EXTM3U

---

[15] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:



DISH Infringement Contention Chart – 11,470,138

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=244679,RESOLUTION=428x240,FRAME-RATE=30.000,CODECS="av01.0.00M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=358333,RESOLUTION=640x360,FRAME-RATE=30.000,CODECS="av01.0.01M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=510547,RESOLUTION=854x480,FRAME-RATE=30.000,CODECS="av01.0.04M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=1224762,RESOLUTION=1280x720,FRAME-RATE=30.000,CODECS="av01.0.05M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-720p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=1789934,RESOLUTION=1920x1080,FRAME-RATE=30.000,CODECS="av01.0.08M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

File path: **master.m3u8**

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token[16] |
|---|---|

- YELLOW = variant streams
- RED = average bandwidth of variant streams

[16] Token may be abbreviated for readability.

DISH Infringement Contention Chart – 11,470,138

| | | |
|---|---|---|
| **244679 Bandwidth** | | …hls/srv4/13339820-240-av1.mp4/index-v1-a1.m3u8… |
| **358333 Bandwidth** | | …hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8… |
| **510547 Bandwidth** | | …hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8… |
| **1224762 Bandwidth** | | …hls/srv4/13339820-720p-av1.mp4/index-v1-a1.m3u8… |
| **1789934 Bandwidth** | | …hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8… |

As shown for example below, each of the **358333 Bandwidth** (low-quality stream), **1224762 Bandwidth** (medium-quality stream), and **1789934 Bandwidth** (high-quality stream) version playlists contains segments, or streamlets, that encode different segments of the video. The streamlet files within each version playlist are arranged in ascending chronological order, beginning with the first segment of the video and progressing until the final segment of the video.

| [17]**Bandwidth** | **Streamlet** |
|---|---|
| **358333 Bandwidth** | # EXTM3U<br><br>#EXT-X-TARGETDURATION:7<br><br>#EXT-X-ALLOW-CACHE:YES<br><br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXT-X-VERSION:6<br><br>#EXT-X-MEDIA-SEQUENCE:1<br><br>#EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820"<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000, |

---

[17] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- BLUE = media segment identifier
- YELLOW = variant streams

DISH Infringement Contention Chart – 11,470,138

| |
|---|
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |

DISH Infringement Contention Chart – 11,470,138

| |
|---|
| #EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br> [***] <br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-417-v1- |

DISH Infringement Contention Chart – 11,470,138

| | |
|---|---|
| | a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:6.762, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXT-X-ENDLIST |
| | |
| **510547 Bandwidth** | #EXTM3U |
| | #EXT-X-TARGETDURATION:7 |
| | #EXT-X-ALLOW-CACHE:YES |
| | #EXT-X-PLAYLIST-TYPE:VOD |
| | #EXT-X-VERSION:6 |
| | #EXT-X-MEDIA-SEQUENCE:1 |
| | #EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820" |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-4-v1- |

DISH Infringement Contention Chart – 11,470,138

| | |
|---|---|
| | a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |

DISH Infringement Contention Chart – 11,470,138

| |
|---|
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| [***] |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:6.762, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-418-v1- |

DISH Infringement Contention Chart – 11,470,138

| | |
|---|---|
| | a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXT-X-ENDLIST |
| | |
| **1789934 Bandwidth** | #EXTM3U<br><br>#EXT-X-TARGETDURATION:7<br><br>#EXT-X-ALLOW-CACHE:YES<br><br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXT-X-VERSION:6<br><br>#EXT-X-MEDIA-SEQUENCE:1<br><br>#EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820"<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-5-v1- |

DISH Infringement Contention Chart – 11,470,138

| |
|---|
| a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |

DISH Infringement Contention Chart – 11,470,138

| |
|---|
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>[***]<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:6.762,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXT-X-ENDLIST |

On information and belief, playlists for the other resolution variants also include these segments, or streamlets, also arranged in ascending chronological order and corresponding to the same portion of the video provided on-demand from EPorner's server(s).

As shown above, each of the low-quality stream, medium-quality stream, and high-quality stream comprise groups of streamlets, each group comprising the same number of streamlets as the others. Further, each streamlet contains the same duration as the other corresponding streamlets. Additionally, an end user station accessing the EPorner website makes requests for sequential streamlets depending upon, *inter alia*, the end user station's ability to support a higher quality bandwidth version. If necessary, the end user station will shift its requests to the sequential copies of the streamlets from a different bandwidth version. Thus, on information and belief, the streamlets comprising each bandwidth version (low-, medium-, and high-quality streams) encode the same portions of the video.

Thus, this limitation is met. EPorner provides a first streamlet of the low quality stream that encodes the same first portion of the video at a lower bitrate than the first streamlet of the high quality stream and the first streamlet of the medium quality stream.

To the extent that EPorner contends that the Accused Services do not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

*1[g] wherein the first streamlet of each of the groups of streamlets has the same first duration and encodes the same first portion of the video in each of the low quality stream, the medium quality stream, and the high quality stream, and*

As shown in elements 1[pre]-1[f] above, which are incorporated by reference, this claim element is also met. *See* §§ A.1[pre]-[f].

EPorner provides a first streamlet of each of the groups of streamlets that has the same first duration and encodes the same first portion of the video in each of the low quality stream, the medium quality stream, and the high quality stream.

Because the streamlets are individually requested in sequential playback order, on information and belief, the first streamlets of each of the low-quality, medium-quality, and high-quality streams have the same first duration and encode the same first portion of the video in each of the low quality stream, the medium quality stream, and the high quality stream.

To the extent that EPorner contends that the Accused Services do not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

B.    Claim 8

*8[a]    The system of claim 1, further comprising:*

DISH Infringement Contention Chart – 11,470,138

> *a first web server configured to: receive at least one streamlet request over one or more internet connections from the one or more end user stations to retrieve the first streamlet storing the first portion of the video,*

As shown in claim 1 above, which is incorporated by reference, this claim element is also met. *See supra* § I.A.

As explained above, the client devices (end user station(s)) executing the instructions from EPorner request (and are provided with) from at least one storage device (a server) a video divided into segments, or streamlets, from the one or more EPorner servers to display on the client device through the media player embedded in the web page of EPorner. The streamlets are communicated to the client device accessing the EPorner Application via an Internet connection pursuant to HLS. HLS requires the use of HTTP communications, which requires the use of at least one connection pursuant to at least one TCP connection. The video segments are presented in sequential ascending chronological order, based upon the previously requested and/or fulfilled streamlet, defined by time index relevant to the beginning of the video.

During streaming of the instant test video, at least one TCP connection is established to transmit video files from one or more servers to the client device. The client device accessing EPorner requests streamlets from the one or more servers associated with EPorner via HTTP GET requests. The server(s) associated with the host URI (**dash-s2-c50-ca-cdn.eporner.com**) for the instant test video are identifiable at least at the following IP address: **13.226.210.100.**

The one or more servers, whose content is accessible by the client devices through EPorner, store individually-requestable streamlets corresponding to particular segments of a video, and each streamlet is encoded at one of numerous resolutions. Thus, EPorner provides a system comprising at least a first web server configured to receive at least one streamlet request over one or more internet connections from the one or more end user stations to retrieve the first streamlet storing the first portion of the video.

For example, in the instant test of a video titled "Gianna Michaels," the client device made an HTTP GET request to **dash-s2-c50-ca-cdn.eporner.com** for a master manifest located at the following path: "hls/v4/13339820-,240p-av1,360p-av1,480p-av1,720p-av1,1080p-av1,.mp4.urlset/master.m3u8" (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

> [18]#EXTM3U
>
> #EXT-X-STREAM-INF:PROGRAM-ID=1,==BANDWIDTH=244679==,RESOLUTION=428x240,FRAME-RATE=30.000,CODECS="av01.0.00M.08,mp4a.40.2"

---

[18] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- ==YELLOW = variant streams==
- ==RED = average bandwidth of variant streams==

DISH Infringement Contention Chart – 11,470,138

<table>
<tr><td>

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=358333,RESOLUTION=640x360,FRAME-RATE=30.000,CODECS="av01.0.01M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=510547,RESOLUTION=854x480,FRAME-RATE=30.000,CODECS="av01.0.04M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=1224762,RESOLUTION=1280x720,FRAME-RATE=30.000,CODECS="av01.0.05M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-720p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=1789934,RESOLUTION=1920x1080,FRAME-RATE=30.000,CODECS="av01.0.08M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

</td></tr>
</table>

File path: **master.m3u8**

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token[19] |
|---|---|
| 244679 Bandwidth | …hls/srv4/13339820-240-av1.mp4/index-v1-a1.m3u8… |
| 358333 Bandwidth | …hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8… |
| 510547 Bandwidth | …hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8… |
| 1224762 Bandwidth | …hls/srv4/13339820-720p-av1.mp4/index-v1-a1.m3u8… |
| 1789934 Bandwidth | …hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8… |

---

[19] Token may be abbreviated for readability.

DISH Infringement Contention Chart – 11,470,138

As shown for example below, each of the **358333 Bandwidth**, **1224762 Bandwidth**, and **1789934 Bandwidth** version playlists contains segments, or streamlets, that encode different segments of the video. The streamlet files within each version playlist are arranged in ascending chronological order, beginning with the first segment of the video and progressing until the final segment of the video.

| [20]Bandwidth | Streamlet |
|---|---|
| **358333 Bandwidth** | # EXTM3U<br><br>#EXT-X-TARGETDURATION:7<br><br>#EXT-X-ALLOW-CACHE:YES<br><br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXT-X-VERSION:6<br><br>#EXT-X-MEDIA-SEQUENCE:1<br><br>#EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820"<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000, |

---

[20] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- BLUE = media segment identifier
- YELLOW = variant streams

DISH Infringement Contention Chart – 11,470,138

| |
|---|
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |

DISH Infringement Contention Chart – 11,470,138

| |
|---|
| #EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>[***]<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:6.762,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-418-v1- |

DISH Infringement Contention Chart – 11,470,138

| | |
|---|---|
| | a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXT-X-ENDLIST |
| | |
| **510547 Bandwidth** | #EXTM3U<br><br>#EXT-X-TARGETDURATION:7<br><br>#EXT-X-ALLOW-CACHE:YES<br><br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXT-X-VERSION:6<br><br>#EXT-X-MEDIA-SEQUENCE:1<br><br>#EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820"<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-5-v1- |

DISH Infringement Contention Chart – 11,470,138

| |
|---|
| a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |

DISH Infringement Contention Chart – 11,470,138

| |
|---|
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| [***] |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:6.762, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXT-X-ENDLIST |

DISH Infringement Contention Chart – 11,470,138

| 1789934 Bandwidth | #EXTM3U |
|---|---|
| | #EXT-X-TARGETDURATION:7 |
| | #EXT-X-ALLOW-CACHE:YES |
| | #EXT-X-PLAYLIST-TYPE:VOD |
| | #EXT-X-VERSION:6 |
| | #EXT-X-MEDIA-SEQUENCE:1 |
| | #EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820" |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-6-v1- |

DISH Infringement Contention Chart – 11,470,138

| |
|---|
| a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |

DISH Infringement Contention Chart – 11,470,138

| |
|---|
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| [***] |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:6.762, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXT-X-ENDLIST |

On information and belief, playlists for the other resolution variants also include these segments, or streamlets, also arranged in ascending chronological order and corresponding to the same portion of the video provided on-demand from EPorner's server(s).

For the instant test below, the client device initially requests and displays the **1789934 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-1080p-av1.mp4…

DISH Infringement Contention Chart – 11,470,138

identifier). At this time, the bandwidth is unrestricted and can support a resolution of 1080p. Upon making a successive determination that continuous video streaming at a higher bitrate can no longer be supported (due to simulated bandwidth restrictions), the client device switches to request and receive the **510547 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-480p-av1.mp4… identifier).  Below is an excerpt of the "Sequence" listing showing the upshifting from a lower to higher playback quality and subsequently downshifting to a lower playback quality alongside the status of the requests. As shown by the packet traffic table, partially reproduced below, the streamlet video files are hosted on a server accessible via **dash-s2-c50-ca-cdn.eporner.com**.

| Method | Host | Path | Status |
|---|---|---|---|
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-2-v1-a1.m4s?... | Complete |
| | | [***] | |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-24-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-25-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-26-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-27-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-28-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-29-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-30-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-31-v1-a1.m4s?... | Complete |

Thus, the limitations of this claim element are met. In addition to practicing the limitations of claim 1, EPorner provides a first web server configured to: receive at least one streamlet request over one or more internet connections from the one or more end user stations to retrieve the first streamlet storing the first portion of the video.

To the extent that EPorner contends that the Accused Services do not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

DISH Infringement Contention Chart – 11,470,138

> *8[b]    wherein the at least one streamlet request from the one or more end user stations includes a request for a currently selected first streamlet from one of the low quality stream, the medium quality stream, and the high quality stream based upon a determination by the end user station to select a higher or lower bitrate version of the video;*

As shown in claim 1 and claim element 8[a] above, which are incorporated by reference, this claim element is also met. *See supra* §§ I.A, B.8[a].

For the instant test below, the client device initially requests and displays the **1789934 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-1080p-av1.mp4… identifier). At this time, the bandwidth is unrestricted and can support a resolution of 1080p. Upon making a successive determination that continuous video streaming at a higher bitrate can no longer be supported (due to simulated bandwidth restrictions), the client device switches to request and receive the **510547 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-480p-av1.mp4… identifier).  Below is an excerpt of the "Sequence" listing showing the upshifting from a lower to higher playback quality and subsequently downshifting to a lower playback quality alongside the status of the requests. As shown by the packet traffic table, partially reproduced below, the streamlet video files are hosted on a server accessible via **dash-s2-c50-ca-cdn.eporner.com**.

| Method | Host | Path | Status |
|---|---|---|---|
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-2-v1-a1.m4s?... | Complete |
| [***] | | | |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-24-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-25-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-26-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-27-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-28-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-29-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-30-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-31-v1-a1.m4s?... | Complete |

DISH Infringement Contention Chart – 11,470,138

Thus, the limitations of this claim element are met. In addition to practicing the limitations of claim 1, EPorner provides at least one streamlet request from the one or more end user stations that includes a request for a currently selected first streamlet from one of the low quality stream, the medium quality stream, and the high quality stream based upon a determination by the end user station to select a higher or lower bitrate version of the video.

To the extent that EPorner contends that the Accused Services do not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

> *8[c]    retrieve from the storage device the requested first streamlet from the currently selected one of the low quality stream, the medium quality stream, and the high quality stream; and*

As shown in claim 1 and claim elements 8[a]-[b] above, which are incorporated by reference, this claim element is also met. *See supra* §§ I.A, B.8[a]-[b].

For the instant test below, the client device initially requests and displays the **1789934 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-1080p-av1.mp4… identifier). At this time, the bandwidth is unrestricted and can support a resolution of 1080p. Upon making a successive determination that continuous video streaming at a higher bitrate can no longer be supported (due to simulated bandwidth restrictions), the client device switches to request and receive the **510547 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-480p-av1.mp4… identifier).  Below is an excerpt of the "Sequence" listing showing the upshifting from a lower to higher playback quality and subsequently downshifting to a lower playback quality alongside the status of the requests. As shown by the packet traffic table, partially reproduced below, the streamlet video files are hosted on a server accessible via **dash-s2-c50-ca-cdn.eporner.com**.

| Method | Host | Path | Status |
|---|---|---|---|
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-2-v1-a1.m4s?... | Complete |
| | | [***] | |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-24-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-25-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-26-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-27-v1-a1.m4s?... | Complete |

DISH Infringement Contention Chart – 11,470,138

| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/init-v1-a1.m4s?... | Complete |
|-----|-----|-----|-----|
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-28-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-29-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-30-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-31-v1-a1.m4s?... | Complete |

Thus, the limitations of this claim element are met. In addition to practicing the limitations of claim 1, EPorner retrieves from the storage device the requested first streamlet from the currently selected one of the low quality stream, the medium quality stream, and the high quality stream.

To the extent that EPorner contends that the Accused Services do not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.