DISH Infringement Contention Chart – 10,469,554

## INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO.10,469,554[1]

The following claim chart shows exemplary aspects of certain streaming services and products owned or operated by MW Media, S.C. ("MW Media"), namely EPorner (accessible via www.eporner.com) (collectively, "EPorner"), that infringe at least claims 1, 4, and 7 of U.S. Patent No. 10,469,554 ("'554 Patent"). Upon information and belief, MW Media operates streaming services that infringe one or more claims of the '554 Patent (the "Accused Services"), including at least EPorner.

The chart is exemplary and should not be read to limit DISH's assertions against EPorner as to the services or products described below. The chart should not be read to limit DISH's assertions to the patent claims charted below. Nor should the chart below be read to limit how EPorner infringes the claims below. To that end, any highlighting or annotations presented herein are intended to exemplify certain elements of EPorner's operation and are not intended to limit DISH's position with respect to how EPorner practices any particular element of the claim(s) of the '554 Patent.

The following evidence and descriptions, including tests conducted on EPorner, shows that the Accused Services meet each element of the aforementioned claim(s) of the '554 Patent in substantially the same manner described below.

Because claims 1, 4, and 7 are directed to a system and to server-side operations (including web servers that receive and respond to streamlet requests), MW Media directly infringes by operating the accused servers that perform the claimed functions. To the extent any element contemplates user-initiated requests from end user stations, EPorner's website and embedded player induce users to send those requests by prominently displaying a "Play" button, initiating HTTP streaming when the button is clicked, and encouraging continued viewing through autoplay of subsequent videos and recommended "Next" streams. These design choices are affirmative acts of encouragement that cause users to trigger the server-side streaming operations of the accused system. In addition, EPorner induces its users to meet the claim limitations by providing instructions and guidance on how to use Accused Services to perform each element of the claims. *See, e.g.*, www.eporner.com (video watch pages showing embedded player, profile, and "next video" suggestions):

---

[1] All citations to or cross-references to claim elements within a respective section refer to the claim elements of the Asserted Patent addressed in that section unless otherwise indicated.

DISH Infringement Contention Chart – 10,469,554



*See also, e.g.*, https://www.eporner.com/contact/ (reproduced in part below, last accessed April 23, 2026):



DISH Infringement Contention Chart – 10,469,554

*See also* https://www.eporner.com/faq/ (reproduced in part below, last accessed April 23, 2026):



DISH Infringement Contention Chart – 10,469,554

U.S. Patent No. 10,469,554

Claim 1

> *1[pre]  A system for adaptive-rate content streaming of live event video playable on one or more end user stations over the Internet, the system comprising:*

EPorner operates a system for adaptive-rate content streaming of live event video(s) playable on one or more end user stations over the Internet. The system includes one or more EPorner web servers (e.g., dash-s2-c50-ca-cdn.eporner.com) that store and serve manifests and streamlet files and that receive and respond to streamlet requests from end user stations.

For example, EPorner provides information that permits a client device accessing EPorner to output rate-adaptive streams received via fulfilled HTTP Get requests to one or more servers associated with EPorner connected to the client device via at least one TCP connection. Example client devices include Apple iPhones, Apple iPads, Android phones, Android tablets, and personal computers equipped to access the Internet via one or more network connections. The client devices include a media player configured to enable video streaming. Further, upon information and belief, employees and/or agents of EPorner tested and used EPorner on devices in the U.S. during the relevant time period.

The EPorner website explains that Eporner.com is "the technology leader in the [pornography] industry." https://www.eporner.com/contact/ (last accessed April 23, 2026). EPorner was allegedly "the first to display real full HD quality pornographic videos and became a pioneer in providing online free pornographic materials in full HD quality, as the first page with this content." *Id.* Also, Eporner.com has allegedly "enabled full service (uploading and watching) video in Full HD 1080p quality and in 2010 video in 60FPS." *Id.*

Additionally, EPorner represents that, since at least 2015, EPorner has provided "full support for advanced MPEG-DASH, which allows almost limitless control over the video stream. The player can change the video bitrate and resolution in real time, also independently of the video audio bitrate. In 2017, [the] website became one of the first major adult pornographic video sharing website[s] to incorporate HTTPS encryption." *Id.* (partially reproduced below).

> In 2015, Eporner.com introduced full support for advanced MPEG-DASH, which allows almost limitless control over the video stream. The player can change the video bitrate and resolution in real time, also independently of the video audio bitrate. In 2017, website became one of the first major adult pornographic video sharing website to incorporate HTTPS encryption.

The tests referred to herein were conducted on videos offered over EPorner executed on a Dell Latitude 7440 laptop computer running Windows 11.  Any images in this chart are from EPorner operating on an Internet browser (e.g., Microsoft Edge or Google Chrome). On information and belief, the media player utilized by EPorner operating on Microsoft Edge is the same "player" that "can change the video bitrate and resolution in real time" such that EPorner provides rate-adaptive streams to end users. *Id.*

As part of the testing, a laptop computer accessing EPorner was connected to the Internet through Microsoft Edge, which contains DevTools that enable the ability to view packet

DISH Infringement Contention Chart – 10,469,554

transmission between the client device and server(s) or Internet architecture utilized by EPorner or its affiliates; and to throttle the network's available bandwidth. Thus, the test simulated how EPorner responded to lower and higher bandwidths.

For the current test, a video titled "Gianna Michaels" was selected (accessible via https://www.eporner.com/video-v8u6FZlgjfR/gianna-michaels/, last accessed April 23, 2026), and at various times throughout the playback of the video, bandwidth was restricted to download speeds of approximately 2048 kbps. As observed through the tests, when the user selects a video from the available videos, the media player used by EPorner displays more details regarding the video and provides the user with the option to view the video.

Selecting the icon corresponding to a video causes that video and other materials to be streamed and displayed on the client device.

With respect to adaptively receiving the digital stream from EPorner's video server over the network, EPorner's adaptive bitrate streams are provided to the media player used by EPorner from a server over a network using at least the Dynamic Adaptive Streaming over HTTP ("DASH") or the HTTP Live Streaming ("HLS") adaptive bitrate streaming protocol.

DASH is a standard intended to support a media-streaming model for delivery of media content in which control lies exclusively with the client. Clients may request data using the HTTP protocol from standard web servers that have no DASH-specific capabilities. ISO/IEC-23009-1:2019(E) at 9. DASH specifies XML and binary formats that enable delivery of continuous media content. *Id.* at 18. DASH specifies that "content may be divided in time into Segments for proper accessibility and delivery." *Id.* at 22. Segments are assigned a duration, which is the duration of the media contained in the Segment when presented at normal speed. Typically, all Segments in a Representation have the same or roughly similar duration. *Id.* Clients may switch from Representation to Representation within an Adaptation Set at any point in the media. *Id.* at 23.

HLS, on the other hand, is "a protocol for transferring unbounded streams of multimedia data." Request For Comments: 8216 – HTTP Live Streaming, August 2017 ("RFC 8216") at 1. Using HLS, "a client can receive a continuous stream of media from a server for concurrent presentation." RFC 8216 at 4. HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4. With HLS, "[c]lients should switch between different Variant Streams to adapt to network conditions." RFC 8216 at 5.

As noted above, EPorner represents that since at least 2015, EPorner has provided "full support for advanced MPEG-DASH, which allows almost limitless control over the video stream. The player can change the video bitrate and resolution in real time, also independently of the video audio bitrate. In 2017, [the] website became one of the first major adult pornographic video sharing website[s] to incorporate HTTPS encryption." https://www.eporner.com/contact/ (last accessed April 23, 2026).

When executed, EPorner operates a media player operating on a client device, which is configured to request EPorner's digital content from one or more servers via at least one TCP connection over the network.

DISH Infringement Contention Chart – 10,469,554

EPorner's content is stored on one or more servers over a network and is displayed to client devices via a media player used by EPorner.

The one or more servers accessible by the client device using the media player store segments, or "streamlets" corresponding to particular segments of a video, and each segment of a video is encoded at one of numerous resolutions. *See, e.g.*, ISO/IEC-23009-1:2019(E) at 15 (defining Segment). Together, the streamlets of one resolution are represented collectively as a Representation, herein referred to as a "Media Playlist, a "variant stream," or a "bandwidth version." *Accord id.* at 15 (defining Representation).

The Media Playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies. *See id.* at 32 ("Each Representation consists of one or more Segments…Segments contain media data and/or metadata to access, decode, and present the included media content."); *id.* at 52 ("Representations in two or more Adaptation Sets may provide the same content. In addition, the content may be time-aligned and may be offered such that seamless switching across Representations in different Adaptation Sets is simplified."); *id.* at 54 ("Each Representation includes one or more media streams, where each media stream is an encoded version of one media content component. A Representation consists of one or more Segments."). *See also* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown by the packet traffic accessed through the Microsoft Edge DevTools, partially reproduced below, the streamlet video files are hosted on a server accessible via **dash-s2-c50-ca-cdn.eporner.com**.

| 2Method | Host | Path3 | … | Status |
|---|---|---|---|---|
| GET | dash-s2-c50-ca-cdn.eporner.com | /hls/srv4/13339820-720p-av1.mp4/seg-2-v1-a1.m4s?... | … | Complete |

The URI **dash-s2-c50-ca-cdn.eporner.com** is affiliated with at least the following IP address: **75.251.11.12**, which on information and belief corresponds to the IP address of at least one origin server.

---

[2] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- ORANGE = one or more servers
- BLUE = media segment

[3] Video path abbreviated for readability throughout.

DISH Infringement Contention Chart – 10,469,554

The numerous variant streams of the video displayed by the media player embedded in the web page of EPorner include at least a low quality stream, a medium quality stream, and a high quality stream.

For example, in the instant test of a video titled "Gianna Michaels," the client device made an HTTP GET request to **dash-s2-c50-ca-cdn.eporner.com** for a master manifest located at the following path:    "/hls/v4/13339820-,240p-av1,360p-av1,480p-av1,720p-av1,1080p-av1,.mp4.urlset/**master.m3u8**?..." (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

```
#EXTM3U

#EXT-X-STREAM-INF:PROGRAM-
ID=1,BANDWIDTH=244679,RESOLUTION=428x240,FRAME-
RATE=30.000,CODECS="av01.0.00M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/index-v1-
a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=1
3339820

#EXT-X-STREAM-INF:PROGRAM-
ID=1,BANDWIDTH=358333,RESOLUTION=640x360,FRAME-
RATE=30.000,CODECS="av01.0.01M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/index-v1-
a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=1
3339820

#EXT-X-STREAM-INF:PROGRAM-
ID=1,BANDWIDTH=510547,RESOLUTION=854x480,FRAME-
RATE=30.000,CODECS="av01.0.04M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/index-v1-
a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=1
3339820

#EXT-X-STREAM-INF:PROGRAM-
ID=1,BANDWIDTH=1224762,RESOLUTION=1280x720,FRAME-
RATE=30.000,CODECS="av01.0.05M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-720p-av1.mp4/index-v1-
a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=1
3339820

#EXT-X-STREAM-INF:PROGRAM-
ID=1,BANDWIDTH=1789934,RESOLUTION=1920x1080,FRAME-
RATE=30.000,CODECS="av01.0.08M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/index-v1-
a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=1
3339820
```

DISH Infringement Contention Chart – 10,469,554

File path: **master.m3u8**

The Master Manifest shows at least five bandwidth versions, or variant streams, of the video at the following average bandwidths:

- 244679 (referred to herein as the "244679 Bandwidth") having a resolution of 428x240

- 358333 (referred to herein as the "358333 Bandwidth") having a resolution of 640x360

- 510547 (referred to herein as the "510547 Bandwidth") having a resolution of 854x480

- 1224762 (referred to herein as the "1224762 Bandwidth") having a resolution of 1280x720

- 1789934 (referred to herein as the "1789934 Bandwidth") having a resolution of 1920x1080

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Path4 |
|---|---|
| 244679 Bandwidth | dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8? |
| 358333 Bandwidth | /dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8? |
| 510547 Bandwidth | /dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8? |
| 1224762 Bandwidth | /dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-720p-av1.mp4/index-v1-a1.m3u8? |
| 1789934 Bandwidth | /dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8? |

Each of the variant stream playlists includes segments, or streamlets, that encode the same portion of the video at various resolutions. For example, the **244679 Bandwidth** version can be

---

[4] Path may be abbreviated for readability.

DISH Infringement Contention Chart – 10,469,554

considered a low-quality stream, the **510547 Bandwidth** version can be considered a medium-quality stream, and the **1789934 Bandwidth** version can be considered a high-quality stream.

A client device accessing EPorner uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the file above from the one or more servers hosting EPorner content.

The media playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown in the test data, the client device accessing the EPorner Application selects the **244679 Bandwidth** version of the stream and makes a request for the corresponding playlist at the file path "/dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8?..." pursuant to the instructions received from the EPorner Application. The EPorner Server(s) returns the playlist file with the contents below.

> [5]#EXTM3U
>
> #EXT-X-TARGETDURATION:7
>
> #EXT-X-ALLOW-CACHE:YES
>
> #EXT-X-PLAYLIST-TYPE:VOD
>
> #EXT-X-VERSION:6
>
> #EXT-X-MEDIA-SEQUENCE:1
>
> #EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820"
>
> #EXTINF:4.000,
>
> https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820
>
> #EXTINF:4.000,

---

[5] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- YELLOW = variant streams
- BLUE = media segment

DISH Infringement Contention Chart – 10,469,554

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

DISH Infringement Contention Chart – 10,469,554

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

[***]

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:6.762,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/seg-418-v1-a1.m4s?
hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-ENDLIST

The variant playlist file is an adaptive bitrate streaming playlist operating pursuant to the HLS standard. Each line in the file at path "hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8?..." that begins with "#EXTINF" specifies the length of the segments in seconds. The

DISH Infringement Contention Chart – 10,469,554

line below "#EXTINF" specifies the location of the variant of the video file. Most of the streamlets, with a few exceptions, are 4.00 seconds long and return sequential segments of the video.

Similarly shown in the test data, when the client device accessing EPorner selects the **1789934 Bandwidth** version of the stream, it makes a request for the corresponding playlist at the file path "/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8?". The EPorner Server(s) returns the playlist file for the **1789934 Bandwidth** with the contents below.

```
#EXTM3U

#EXT-X-TARGETDURATION:7

#EXT-X-ALLOW-CACHE:YES

#EXT-X-PLAYLIST-TYPE:VOD

#EXT-X-VERSION:6

#EXT-X-MEDIA-SEQUENCE:1

#EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820"

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,
```

DISH Infringement Contention Chart – 10,469,554

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

13

DISH Infringement Contention Chart – 10,469,554

---

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820


[***]

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:6.762,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820


#EXT-X-ENDLIST

---

As with the variant playlist file for the **244679 Bandwidth** version, the variant playlist file for the **1789934 Bandwidth** version is an HLS playlist. Each line in the file path "/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8?" that begins with "#EXTINF" specifies the length of the segments in seconds. The line below "EXTINF" specifies the location of the variant of the video file. Most of the streamlets, with a few exceptions, are 4.00 seconds long and return sequential segments of the video. Discussed further below, the number of streamlets in each variant playlist for the test video is the same. Similarly, the segments of each streamlet (in sequential order in each variant playlist) are the same duration across variant playlists. For example, the second streamlet in the **244679 Bandwidth** variant playlist and the second streamlet in the **1789934 Bandwidth** variant playlist, respectively, have durations of 4.00 seconds and are equally distant in time from the first streamlet.

As shown in the excerpt of the instant test below, the client device initially requests and displays the **1789934 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-1080p-av1.mp4… identifier). At this time, the bandwidth is unrestricted and can support a resolution of 1080p. Upon making a successive determination that continuous video streaming at a higher bitrate can no longer be supported (due to simulated bandwidth restrictions), the client device switches to request and receive the **510547 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-480p-av1.mp4… identifier).  Below is an excerpt of the "Sequence" listing showing the upshifting from a lower to higher playback quality and subsequently

14

DISH Infringement Contention Chart – 10,469,554

downshifting to a lower playback quality alongside the status of the requests. As shown by the packet traffic table, partially reproduced below, the streamlet video files are hosted on a server accessible via **dash-s2-c50-ca-cdn.eporner.com**.

| Method | Host | Path | Status |
|---|---|---|---|
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-22-v1-a1.m4s?... | Complete |
| [***] | | | |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-24-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-25-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-26-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-27-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-28-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-29-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-30-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-31-v1-a1.m4s?... | Complete |

The streamlets in the requests indicate that the requested segments are sequential and output on the client device in a continuous fashion.

EPorner's "[p]laylist files contain URIs, which clients will use to make network requests of arbitrary entities." RFC 8216 at 55. When playback starts on the media player embedded in the web page of EPorner, "[t]he client," which is the client device accessing EPorner, "SHALL choose which Media Segment to play first from the Media Playlist." RFC 8216 at 45; *id.* at 47 ("The first segment to load is generally the segment that the client has chosen to play first (see Section 6.3.3)."). Then, "[i]n order to play the presentation normally, the next Media Segment" the client device requests and "load[s] the one with the lowest Media Sequence Number that is greater than the Media Sequence Number of the last Media Segment loaded." RFC 8216 at 47. That is, to playback normally, the client device must request a plurality of files with sequential Media Sequence Numbers/timestamps and the requests are made based on the Media Sequence Numbers/timestamps.

15

DISH Infringement Contention Chart – 10,469,554

On information and belief, EPorner running on a personal computer accessing Microsoft Edge uses the native player to perform adaptive bitrate streaming using the DASH and/or HLS standard. HLS explains "[c]lients should switch between different Variant Streams to adapt to network conditions" and "[c]lients should choose Renditions based on user preferences." RFC 8216. Accordingly, EPorner uses the player to generate factors indicative of the network connection(s) between the client device and the server(s) associated with EPorner and to make successive determinations as to which bandwidth versions of the video program to request. As part of this assessment, the player generates factors indicative of, for example, connection strength, buffer health, playback rate, calculated bandwidth abilities, calculated moving averages, or other statistics.

On information and belief, EPorner provides and/or instructs users to access live event videos, either directly or through concerted action with third-party live cams operators acting under EPorner's direction and control. EPorner's homepage prominently displays links titled "Live Sex" that direct users to live streaming content. Upon information and belief, at least one of these links (www.eporner.com/cams3) redirects users to a live cams site that is owned and/or operated by one or more third parties with whom EPorner acts in partnership to provide live video content to users. Upon information and belief, these third-party operators store, retrieve, and transmit the accused streamlets according to EPorner's specifications; such third parties perform the claimed streaming steps as EPorner's agents or under EPorner's direction and control through EPorner's contractual relationships, branding requirements, technical specifications, and integration with EPorner's domain. EPorner further holds itself out as "one of the major portals of…webcam models," featuring webcam content on its homepage and offering dedicated "On-Air" links that direct users to live streaming content at www.eporner.com/cat/webcam/. Upon information and belief, the live video content accessible through EPorner's website, whether served directly by EPorner or through third-party operators acting under EPorner's direction and control, employs the same ABR streaming mechanisms (HLS/DASH manifests, multi-bitrate variant playlists, and segmented media files) demonstrated by the VOD testing described above. The network-capture evidence—showing .m3u8 manifests referencing multiple quality levels and sequential .ts segment requests—applies equally to live streams distributed through EPorner's infrastructure or through third-party infrastructure operating under EPorner's direction and control and accessible via EPorner's domain:



DISH Infringement Contention Chart – 10,469,554



Thus, EPorner performs a method for presenting rate-adaptive streaming of content playable on one or more end user stations over the Internet.

To the extent that EPorner contends that the Accused Services do not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

> *1[a]    at least one storage device storing live event video, the live event video encoded at a plurality of different bitrates creating a plurality of streams including a low quality stream, a medium quality stream, and a high quality stream,*

As shown above in element 1[pre], which is fully incorporated herein, the limitations of this claim are met. *See* § A.1[pre].

EPorner is supported by at least one storage device storing live event video, the live event video encoded at a plurality of different bitrates creating a plurality of streams including a low quality stream, a medium quality stream, and a high quality stream.

As explained above, EPorner videos are encoded at a plurality of different bitrates to create a plurality of streams including at least low, medium, and high quality streams. Each of the low, medium, and high quality streams has a streamlet that encodes the same portion of the video at a different one of the plurality of different bitrates. Each of the streamlets comprising the low, medium, and high, quality streams are stored in variant playlists comprising a group of streamlets of the same quality at a respective bit rate. Because each of the streamlets across each of the quality streams are time-aligned and encode the same portions of the video, the streamlets carry a time

DISH Infringement Contention Chart – 10,469,554

index in relation to the beginning of the video that corresponds to streamlets of a different bandwidth version.

For example, in the instant test video, the Master Manifest shows at least five bandwidth versions, or variant streams, of the video at the following bandwidths:

- 244679 (referred to herein as the "244679 Bandwidth") having a resolution of 428x240

- 358333 (referred to herein as the "358333 Bandwidth") having a resolution of 640x360

- 510547 (referred to herein as the "510547 Bandwidth") having a resolution of 854x480

- 1224762 (referred to herein as the "1224762 Bandwidth") having a resolution of 1280x720

- 1789934 (referred to herein as the "1789934 Bandwidth") having a resolution of 1920x1080

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token[6] |
|---|---|
| 244679 Bandwidth | …hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8… |
| 358333 Bandwidth | …hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8… |
| 510547 Bandwidth | …hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8… |
| 1224762 Bandwidth | …hls/srv4/13339820-720p-av1.mp4/index-v1-a1.m3u8… |
| 1789934 Bandwidth | …hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8… |

As shown for example below, each of the **358333 Bandwidth** (low-quality stream), **510547 Bandwidth** (medium-quality stream), and **1789934 Bandwidth** (high-quality stream) version playlists contain segments, or streamlets, that encode different segments of the video. The streamlet files within each version playlist are arranged in ascending chronological order, beginning with the first segment of the video and progressing until the final segment of the video.

| [7]Bandwidth | Streamlet |
|---|---|

---

[6] Token may be abbreviated for readability.

[7] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- BLUE = media segment identifier

DISH Infringement Contention Chart – 10,469,554

| 358333 Bandwidth | # EXTM3U |
|---|---|
| | #EXT-X-TARGETDURATION:7 |
| | #EXT-X-ALLOW-CACHE:YES |
| | #EXT-X-PLAYLIST-TYPE:VOD |
| | #EXT-X-VERSION:6 |
| | #EXT-X-MEDIA-SEQUENCE:1 |
| | #EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820" |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |

- YELLOW = variant streams

DISH Infringement Contention Chart – 10,469,554

| |
|---|
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |

DISH Infringement Contention Chart – 10,469,554

| | |
|---|---|
| | #EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br> [***] <br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:6.762,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXT-X-ENDLIST |
| **510547<br>Bandwidth** | #EXTM3U<br><br>#EXT-X-TARGETDURATION:7<br><br>#EXT-X-ALLOW-CACHE:YES<br><br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXT-X-VERSION:6 |

DISH Infringement Contention Chart – 10,469,554

| | |
|---|---|
| | #EXT-X-MEDIA-SEQUENCE:1 |
| | #EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820" |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-7-v1- |

DISH Infringement Contention Chart – 10,469,554

|  | a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| --- | --- |
|  | #EXTINF:4.000, |
|  | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
|  | #EXTINF:4.000, |
|  | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
|  | #EXTINF:4.000, |
|  | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
|  | #EXTINF:4.000, |
|  | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
|  | #EXTINF:4.000, |
|  | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
|  | #EXTINF:4.000, |
|  | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
|  | #EXTINF:4.000, |
|  | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
|  | #EXTINF:4.000, |

DISH Infringement Contention Chart – 10,469,554

| | |
|---|---|
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>[***]<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:6.762,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXT-X-ENDLIST |
| **1789934 Bandwidth** | #EXTM3U<br><br>#EXT-X-TARGETDURATION:7<br><br>#EXT-X-ALLOW-CACHE:YES<br><br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXT-X-VERSION:6<br><br>#EXT-X-MEDIA-SEQUENCE:1<br><br>#EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820" |

DISH Infringement Contention Chart – 10,469,554

| |
|---|
| #EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-8-v1- |

DISH Infringement Contention Chart – 10,469,554

| |
|---|
| a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| [***] |
| #EXTINF:4.000, |

DISH Infringement Contention Chart – 10,469,554

| |
|---|
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:6.762, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXT-X-ENDLIST |

Thus, this limitation is met and at least one of the low quality stream, the medium quality stream, and the high quality stream stored on one or more servers that support EPorner is encoded at a bitrate of no less than 600 kbps (600,000 bps).

On information and belief, playlists for the other resolution variants also include these segments, or streamlets, also arranged in ascending chronological order and corresponding to the same portion of the video provided on-demand from EPorner's server(s).

Referring to the variant stream data shown above, the first two segments (containing "init-v1-a1.m4s" and "seg-1-v1-a1.m4s") of the **358333 Bandwidth** (low-quality) stream (…13339820-360p-av1.mp4/index-v1-a1.m3u8…) yields the first few seconds of the video to be viewed, here "Gianna Michaels," and first two segments (containing "init-v1-a1.m4s" and "seg-1-v1-a1.m4s") of the **510547 Bandwidth** (medium-quality) stream (…13339820-480p-av1.mp4/index-v1-a1.m3u8…) yield the same first few seconds of the video to be viewed. Similarly, the final segment containing (…13339820-360p-av1.mp4/seg-418-v1-a1.m4s…) of the **358333 Bandwidth** stream (…13339820-360p-av1.mp4/index-v1-a1.m3u8…) yields the final 6.762 seconds of the video, and the final segment containing (…13339820-480p-av1.mp4/seg-418-v1-a1.m4s…) **510547 Bandwidth** stream (…13339820-480p-av1.mp4/index-v1-a1.m3u8…) yields the same final 6.762 seconds of the video. This correspondence aligns for each of the streamlets in each of the variant playlists. Therefore, the respective Media Segments across different variant streams yield the same portions of the video to be viewed on playback.

DISH Infringement Contention Chart – 10,469,554

Thus, the limitations for this claim element are met. EPorner videos are stored on one or more servers associated with EPorner as multiple different copies, each of which is comprised of individually requestable segments, or streamlets, encoded at one of multiple various bit rates. Each respective Media Segment across different versions of the Variant Streams has the same time index and yields the same portions of the video to provide continuous and uninterrupted playback of the video.

To the extent that EPorner does not literally satisfy this limitation, EPorner infringes under at least the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

---

*1[b]     the low quality stream, the medium quality stream, and the high quality stream each comprising a group of streamlets encoded at a respective one of the plurality of different bitrates, each group of streamlets comprising at least first and second streamlets, each of the streamlets corresponding to a portion of the live event video;*

---

As shown above in elements 1[pre]-[a], which are fully incorporated herein, the limitations of this claim are met. *See* §§ A.1[pre]-[a].

EPorner is supported by one or more servers which stores a low quality stream, the medium quality stream, and the high quality stream each comprising a group of streamlets encoded at a respective one of the plurality of different bitrates, each group of streamlets comprising at least first and second streamlets, each of the streamlets corresponding to a portion of the live event video.

As explained above, a client device accessing EPorner provides users with adaptive-rate digital content streaming of videos. Accordingly, the client device automatically and continually requests individually requestable sequential streamlets from the at least one server associated with EPorner. Each streamlet is requested based on numerous factors indicative of the sustainability of streaming, such as the available network connection, the fulfillment status of previously requested streamlets, the length of any buffer, or the determination at the client device that the previously selected bandwidth version of the video is no longer the optimal version for streaming.

Each of the low-quality stream, medium-quality stream, and high-quality stream comprise a group of streamlets that are encoded at the same respective one of the different bitrates.  As set forth above, each of the Variant Streams "describes a different version of the same content." RFC 8216 at 5. Thus, each of the Variant Streams are "encodings of the same presentation" at different bitrates. RFC 8216 at 42. Indeed, to allow "clients to switch between" Variant Streams seamlessly, HLS requires that "[e]ach Variant Stream MUST present the same content" on playback. RFC 8216 at 43. And, HLS provides that "[m]atching content in Variant Streams MUST have matching timestamps" to allow the media player embedded in the web page of the EPorner Site to synchronize the media. *Id*. Further, "[e]ach Media Segment in a Media Playlist has an integer Discontinuity Sequence Number. The Discontinuity Sequence Number can be used in addition to the timestamps within the media to synchronize Media Segments across different Renditions." RFC 8216 at 39. Thus, "[m]atching content in Variant Streams MUST have matching Discontinuity Sequence Numbers." RFC 8216 at 43.

28

DISH Infringement Contention Chart – 10,469,554

Moreover, EPorner's digital content is divided into a plurality of individually requestable portions, or streamlets, such that each streamlet corresponds to a portion of a video at a particular bit rate. The plurality of streamlets at the same bit rate comprise at least a portion of a copy of the video requested.

For example, in the instant test of a video titled "Gianna Michaels," the client device made an HTTP GET request to **dash-s2-c50-ca-cdn.eporner.com** for a master manifest located at the following path: "hls/v4/13339820-,240p-av1,360p-av1,480p-av1,720p-av1,1080p-av1,.mp4.urlset/master.m3u8" (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

---

[8]#EXTM3U

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=244679,RESOLUTION=428x240,FRAME-RATE=30.000,CODECS="av01.0.00M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=358333,RESOLUTION=640x360,FRAME-RATE=30.000,CODECS="av01.0.01M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=510547,RESOLUTION=854x480,FRAME-RATE=30.000,CODECS="av01.0.04M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=1224762,RESOLUTION=1280x720,FRAME-RATE=30.000,CODECS="av01.0.05M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-720p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

---

[8] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- YELLOW = variant streams
- RED = average bandwidth of variant streams

29

DISH Infringement Contention Chart – 10,469,554

> #EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=1789934,RESOLUTION=1920x1080,FRAME-RATE=30.000,CODECS="av01.0.08M.08,mp4a.40.2"
>
> https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

File path: **master.m3u8**

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token[9] |
|---|---|
| 244679 Bandwidth | …hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8… |
| 358333 Bandwidth | …hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8… |
| 510547 Bandwidth | …hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8… |
| 1224762 Bandwidth | …hls/srv4/13339820-720p-av1.mp4/index-v1-a1.m3u8… |
| 1789934 Bandwidth | …hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8… |

As shown for example below, each of the **358333 Bandwidth** (low-quality), **510547 Bandwidth** (medium-quality), and **1789934 Bandwidth** (high-quality) version playlists contain segments, or streamlets, that encode different segments of the video. The streamlet files within each version playlist are arranged in ascending chronological order, beginning with the first segment of the video and progressing until the final segment of the video.

| [10]Bandwidth | Streamlet |
|---|---|
| **358333 Bandwidth** | # EXTM3U |
| | #EXT-X-TARGETDURATION:7 |
| | #EXT-X-ALLOW-CACHE:YES |
| | #EXT-X-PLAYLIST-TYPE:VOD |
| | #EXT-X-VERSION:6 |
| | #EXT-X-MEDIA-SEQUENCE:1 |
| | #EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/init-v1- |

---

[9] Token may be abbreviated for readability.

[10] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- BLUE = media segment identifier
- YELLOW = variant streams

DISH Infringement Contention Chart – 10,469,554

| |
|---|
| a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820" |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |

DISH Infringement Contention Chart – 10,469,554

| |
|---|
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |

DISH Infringement Contention Chart – 10,469,554

| | |
|---|---|
| | [***] |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:6.762, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXT-X-ENDLIST |
| **510547 Bandwidth** | #EXTM3U |
| | #EXT-X-TARGETDURATION:7 |
| | #EXT-X-ALLOW-CACHE:YES |
| | #EXT-X-PLAYLIST-TYPE:VOD |
| | #EXT-X-VERSION:6 |
| | #EXT-X-MEDIA-SEQUENCE:1 |
| | #EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820" |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |

DISH Infringement Contention Chart – 10,469,554

| | |
|---|---|
| | #EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-9-v1- |

DISH Infringement Contention Chart – 10,469,554

a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

[***]

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

DISH Infringement Contention Chart – 10,469,554

| | |
|---|---|
| | #EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:6.762,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXT-X-ENDLIST |
| **1789934 Bandwidth** | #EXTM3U<br><br>#EXT-X-TARGETDURATION:7<br><br>#EXT-X-ALLOW-CACHE:YES<br><br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXT-X-VERSION:6<br><br>#EXT-X-MEDIA-SEQUENCE:1<br><br>#EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820"<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |

DISH Infringement Contention Chart – 10,469,554

| |
|---|
| #EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-10-v1- |

DISH Infringement Contention Chart – 10,469,554

a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

[***]

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

DISH Infringement Contention Chart – 10,469,554

| | |
|---|---|
| | #EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:6.762,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXT-X-ENDLIST |

On information and belief, playlists for the other resolution variants also include these segments, or streamlets, also arranged in ascending chronological order and corresponding to the same portion of the video provided on-demand from EPorner's server(s). On information and belief, playlists for the other resolution variants also include the same number of streamlets, each streamlet also carrying the same duration as the corresponding streamlet of another resolution.

For the instant test below, the client device initially requests and displays the **1789934 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-1080p-av1.mp4… identifier). At this time, the bandwidth is unrestricted and can support a resolution of 1080p. Upon making a successive determination that continuous video streaming at a higher bitrate can no longer be supported (due to simulated bandwidth restrictions), the client device switches to request and receive the **510547 Bandwidth** version of the streamlets (indicated by the …hls/srv4/13339820-480p-av1.mp4… identifier). Below is an excerpt of the "Sequence" listing showing the upshifting from a lower to higher playback quality and subsequently downshifting to a lower playback quality alongside the status of the requests. As shown by the packet traffic table, partially reproduced below, the streamlet video files are hosted on a server accessible via **dash-s2-c50-ca-cdn.eporner.com**.

The streamlets in the requests indicate that the requested segments are sequential and output on the client device in a continuous fashion.

| Method | Host | Path | Status |
|---|---|---|---|
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-2-v1-a1.m4s?... | Complete |
| | | [***] | |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-24-v1-a1.m4s?... | Complete |

DISH Infringement Contention Chart – 10,469,554

| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-25-v1-a1.m4s?... | Complete |
|---|---|---|---|
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-26-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-1080p-av1.mp4/seg-27-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/init-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-28-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-29-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-30-v1-a1.m4s?... | Complete |
| GET | dash-s2-c50-ca-cdn.eporner.com | …hls/srv4/13339820-480p-av1.mp4/seg-31-v1-a1.m4s?... | Complete |

Thus, the limitations for this claim element are met. EPorner practices a low quality stream, the medium quality stream, and the high quality stream each comprising a group of streamlets encoded at a respective one of the plurality of different bitrates, each group of streamlets comprising at least first and second streamlets, each of the streamlets corresponding to a portion of the live event video.

To the extent that EPorner contends that the Accused Services do not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

> *1[c]    wherein at least one of the low quality stream, the medium quality stream, and the high quality stream is encoded at a bitrate of no less than 600 kbps; and*

As shown above in elements 1[pre]-[b], which are fully incorporated herein, the limitations of this claim are met. *See* §§ A.1[pre]-[b].

In the instant exemplary test of a video titled "Gianna Michaels," the client device made an HTTP GET request to **dash-s2-c50-ca-cdn.eporner.com** for a master manifest located at the following path: "/hls/v4/13339820-,240p-av1,360p-av1,480p-av1,720p-av1,1080p-av1,.mp4.urlset/master.m3u8?..." (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.



[11]#EXTM3U

---

[11] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:

DISH Infringement Contention Chart – 10,469,554

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=244679,RESOLUTION=428x240,FRAME-RATE=30.000,CODECS="av01.0.00M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=133 39820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=358333,RESOLUTION=640x360,FRAME-RATE=30.000,CODECS="av01.0.01M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=133 39820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=510547,RESOLUTION=854x480,FRAME-RATE=30.000,CODECS="av01.0.04M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=133 39820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=1224762,RESOLUTION=1280x720,FRAME-RATE=30.000,CODECS="av01.0.05M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-720p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=133 39820

#EXT-X-STREAM-INF:PROGRAM-ID=1,BANDWIDTH=1789934,RESOLUTION=1920x1080,FRAME-RATE=30.000,CODECS="av01.0.08M.08,mp4a.40.2"

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=133 39820

File path: **master.m3u8**

The Master Manifest shows at least five bandwidth versions, or variant streams, of the video at the following bandwidths:

---

- YELLOW = variant streams
- RED = average bandwidth of variant streams

41

DISH Infringement Contention Chart – 10,469,554

- 244679 (referred to herein as the "244679 Bandwidth") having a resolution of 428x240

- 358333 (referred to herein as the "358333 Bandwidth") having a resolution of 640x360

- 510547 (referred to herein as the "510547 Bandwidth") having a resolution of 854x480

- 1224762 (referred to herein as the "1224762 Bandwidth") having a resolution of 1280x720

- 1789934 (referred to herein as the "1789934 Bandwidth") having a resolution of 1920x1080

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token[12] |
|---|---|
| 244679 Bandwidth | …13339820-240p-av1.mp4/index-v1-a1.m3u8… |
| 358333 Bandwidth | …13339820-360p-av1.mp4/index-v1-a1.m3u8… |
| 510547 Bandwidth | …13339820-480p-av1.mp4/index-v1-a1.m3u8… |
| 1224762 Bandwidth | …13339820-720p-av1.mp4/index-v1-a1.m3u8… |
| 1789934 Bandwidth | …13339820-1080p-av1.mp4/index-v1-a1.m3u8… |

Each of the variant stream playlists includes segments, or streamlets, that encode the same portion of the video at various resolutions. For example, the **244679 Bandwidth** version can be considered a low-quality stream, the **510547 Bandwidth** version can be considered a medium-quality stream, and the **1789934 Bandwidth** version can be considered a high-quality stream.

Thus, this limitation is met. At least one of the low quality stream, medium quality stream, and high quality stream stored on one or more servers that support EPorner is encoded at a bitrate of no less than 600 kbps (600,000 bps).

To the extent that EPorner contends that it does not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

---

[12] Token may be abbreviated for readability.

DISH Infringement Contention Chart – 10,469,554

> *1[d]     wherein the first streamlet of each of the groups of streamlets has the same first duration and encodes the same first portion of the live event video in each of the low quality stream, the medium quality stream, and the high quality stream, and*

As shown above in elements 1[pre]-[c], which are fully incorporated herein, the limitations of this claim are met. *See* §§ A.1[pre]-[c].

EPorner provides a first streamlet in each of the groups of streamlets that has the same first duration and encodes the same first portion of the live event video in each of the low quality stream, the medium quality stream, and the high quality stream. As explained above, the end user station accessing EPorner presents the end user station with the sequential video streamlets after HTTPS GET requests are fulfilled by the one or more servers associated with EPorner.

As explained above, EPorner videos are encoded at a plurality of different bitrates to create a plurality of streams including at least low, medium, and high quality streams. Each of the low, medium, and high quality streams has a streamlet that encodes the same portion of the video at a different one of the plurality of different bitrates. Each of the streamlets comprising the low, medium, and high, quality streams are stored in variant playlists comprising a group of streamlets of the same quality at a respective bit rate. Because each of the streamlets across each of the quality streams are time-aligned and encode the same portions of the video, the streamlets carry a time index in relation to the beginning of the video that corresponds to streamlets of a different bandwidth version.

For example, in the instant test video, the Master Manifest shows at least five bandwidth versions, or variant streams, of the video at the following bandwidths:

- 244679 (referred to herein as the "244679 Bandwidth") having a resolution of 428x240

- 358333 (referred to herein as the "358333 Bandwidth") having a resolution of 640x360

- 510547 (referred to herein as the "510547 Bandwidth") having a resolution of 854x480

- 1224762 (referred to herein as the "1224762 Bandwidth") having a resolution of 1280x720

- 1789934 (referred to herein as the "1789934 Bandwidth") having a resolution of 1920x1080

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

DISH Infringement Contention Chart – 10,469,554

| Bandwidth | Token[13] |
|---|---|
| 244679 Bandwidth | …hls/srv4/13339820-240p-av1.mp4/index-v1-a1.m3u8… |
| 358333 Bandwidth | …hls/srv4/13339820-360p-av1.mp4/index-v1-a1.m3u8… |
| 510547 Bandwidth | …hls/srv4/13339820-480p-av1.mp4/index-v1-a1.m3u8… |
| 1224762 Bandwidth | …hls/srv4/13339820-720p-av1.mp4/index-v1-a1.m3u8… |
| 1789934 Bandwidth | …hls/srv4/13339820-1080p-av1.mp4/index-v1-a1.m3u8… |

As shown for example below, each of the **358333 Bandwidth**, **1224762 Bandwidth**, and **1789934 Bandwidth** version playlists contain segments, or streamlets, that encode different segments of the video. The streamlet files within each version playlist are arranged in ascending chronological order, beginning with the first segment of the video and progressing until the final segment of the video.

| [14]Bandwidth | Streamlet |
|---|---|
| 358333 Bandwidth | # EXTM3U<br><br>#EXT-X-TARGETDURATION:7<br><br>#EXT-X-ALLOW-CACHE:YES<br><br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXT-X-VERSION:6<br><br>#EXT-X-MEDIA-SEQUENCE:1<br><br>#EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820"<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |

[13] Token may be abbreviated for readability.

[14] The following is a color key for correlations between the Charles Proxy test file to elements of the asserted claim language:
- BLUE = media segment identifier
- YELLOW = variant streams

44

DISH Infringement Contention Chart – 10,469,554

| |
|---|
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-10-v1- |

DISH Infringement Contention Chart – 10,469,554

| | |
|---|---|
| | a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | [***] |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |

DISH Infringement Contention Chart – 10,469,554

| | |
|---|---|
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:6.762, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-360p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXT-X-ENDLIST |
| **510547 Bandwidth** | #EXTM3U |
| | #EXT-X-TARGETDURATION:7 |
| | #EXT-X-ALLOW-CACHE:YES |
| | #EXT-X-PLAYLIST-TYPE:VOD |
| | #EXT-X-VERSION:6 |
| | #EXT-X-MEDIA-SEQUENCE:1 |
| | #EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820" |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-4-v1- |

47

DISH Infringement Contention Chart – 10,469,554

|  | a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
|--|--|
|  | #EXTINF:4.000, |
|  | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-5-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
|  | #EXTINF:4.000, |
|  | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
|  | #EXTINF:4.000, |
|  | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
|  | #EXTINF:4.000, |
|  | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
|  | #EXTINF:4.000, |
|  | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
|  | #EXTINF:4.000, |
|  | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
|  | #EXTINF:4.000, |
|  | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
|  | #EXTINF:4.000, |

DISH Infringement Contention Chart – 10,469,554

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

[***]

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:4.000,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820

#EXTINF:6.762,

https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-480p-av1.mp4/seg-418-v1-

DISH Infringement Contention Chart – 10,469,554

| | |
|---|---|
| | a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXT-X-ENDLIST |
| **1789934 Bandwidth** | #EXTM3U<br><br>#EXT-X-TARGETDURATION:7<br><br>#EXT-X-ALLOW-CACHE:YES<br><br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXT-X-VERSION:6<br><br>#EXT-X-MEDIA-SEQUENCE:1<br><br>#EXT-X-MAP:URI="https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/init-v1-a1.mp4?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820"<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-1-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-2-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-3-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-4-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820<br><br>#EXTINF:4.000,<br><br>https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-5-v1- |

DISH Infringement Contention Chart – 10,469,554

| | |
|---|---|
| | a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-6-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-7-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-8-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-9-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-10-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-11-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |
| | https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-12-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| | #EXTINF:4.000, |

DISH Infringement Contention Chart – 10,469,554

| |
|---|
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-13-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-14-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-15-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| [***] |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-415-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-416-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:4.000, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-417-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXTINF:6.762, |
| https://dash-s2-c50-ca-cdn.eporner.com/hls/srv4/13339820-1080p-av1.mp4/seg-418-v1-a1.m4s?hash=aF78kuFzCSU5PL5tWfzaWQ&expires=1776986477&ip=66.28.21.206&id=13339820 |
| #EXT-X-ENDLIST |

DISH Infringement Contention Chart – 10,469,554

On information and belief, playlists for the other resolution variants also include these segments, or streamlets, also arranged in ascending chronological order and corresponding to the same portion of the video provided on-demand from EPorner's server(s).

Referring to the variant stream data shown above, the first two segments (containing "init-v1-a1.m4s" and "seg-1-v1-a1.m4s") of the **358333 Bandwidth** stream (…13339820-360p-av1.mp4/index-v1-a1.m3u8…) yield the first few seconds of the video to be viewed, here "Gianna Michaels," and the first two segments (containing "init-v1-a1.m4s" and "seg-1-v1-a1.m4s") of the **510547 Bandwidth** stream (…13339820-480p-av1.mp4/index-v1-a1.m3u8…) yield the same first few seconds of the video to be viewed. Similarly, the final segment containing (…13339820-360p-av1.mp4/seg-418-v1-a1.m4s…) of the **358333 Bandwidth** stream (…13339820-360p-av1.mp4/index-v1-a1.m3u8…) yields the final 6.762 seconds of the video, and the final segment containing (…13339820-480p-av1.mp4/seg-418-v1-a1.m4s…) of the **510547 Bandwidth** stream (…13339820-480p-av1.mp4/index-v1-a1.m3u8…) yields the same final 6.762 seconds of the video. This correspondence aligns for each of the streamlets in each of the variant playlists. Therefore, the respective Media Segments across different variant streams yield the same portions of the video to be viewed on playback.

Thus, the limitations for this claim element are met. EPorner videos comprise groups of streamlets, wherein the first streamlet of each of the groups of streamlets has the same first duration and encodes the same first portion of the live event video in each of the low quality stream, the medium quality stream, and the high quality stream.

To the extent that EPorner does not literally satisfy this limitation, EPorner infringes under at least the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

> *1[e]    wherein the first streamlet of the low quality stream encodes the same first portion of the live event video at a different bitrate than the first streamlet of the high quality stream and the first streamlet of the medium quality stream.*

As shown above in elements 1[pre]-[d], which are fully incorporated herein, the limitations of this claim are met. *See* §§ A.1[pre]-[d].

EPorner practices a first streamlet of the low quality stream that encodes the same first portion of the live event video at a different bitrate than the first streamlet of the high quality stream and the first streamlet of the medium quality stream.

To the extent that EPorner contends that it does not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

53

DISH Infringement Contention Chart – 10,469,554

Claim 4

---

4[a]    *The system of claim 1, further comprising: a plurality of web servers located at different locations across the internet, each web server configured to:*

---

As shown in claim 1, above, which is incorporated by reference, this claim element is also met. *See* § I.A.

On information and belief, the content provided by the plurality of servers as described below is served through a "content delivery network" which a person of ordinary skill in the art would have understood comprises one or more servers located at different locations across the internet to provide the content to users in view of their physical location and/or to load balance numerous servers.

To the extent that EPorner contends that it does not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

---

4[b]    *receive at least one streamlet request over one or more internet connections from the one or more end user stations to retrieve the first streamlet storing a portion of the video, wherein the at least one streamlet request from the one or more end user stations includes a request for a currently selected first streamlet from one of the low quality stream, the medium quality stream, and the high quality stream based upon a determination by the end user station to select a higher or lower bitrate version of the streams;*

---

As shown in Claim 1 and element 4[a] above, which are incorporated by reference, this claim element is also met. *See* §§I.A.1; B.4[a].

End user stations accessing EPorner receive at least one streamlet request over one or more internet connections to retrieve the first streamlet storing a portion of the video, wherein the at least one streamlet request from the one or more end user stations includes a request for a currently selected first streamlet from one of the low quality stream, the medium quality stream, and the high quality stream based upon a determination by the end user station to select a higher or lower bitrate version of the streams.

To the extent that EPorner contends that it does not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

---

4[c]    *retrieve from the storage device the requested first streamlet from the currently selected one of the low quality stream, the medium quality stream, and the high quality stream; and*

---

As shown in Claim 1 and elements 4[a]-[b] above, which are incorporated by reference, this claim element is also met. *See* §§ I.A.1; B.4[a]-[b].

54

DISH Infringement Contention Chart – 10,469,554

EPorner retrieves from the storage device the requested first streamlet from the currently selected one of the low quality stream, the medium quality stream, and the high quality stream.

To the extent that EPorner contends that it does not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *4[d]    send the retrieved first streamlet from the currently selected one of the different copies to the requesting one of the end user stations over the one or more network connections.* |

As shown in Claim 1 and elements 4[a]-[c] above, which are incorporated by reference, this claim element is also met. *See* §§ I.A.1; B.4[a]-[c].

EPorner sends the retrieved first streamlet from the currently selected one of the different copies to the requesting one of the end user stations over the one or more network connections.

To the extent that EPorner contends that it does not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

Claim 7

| |
|---|
| *7[a]    The system of claim 1, further comprising:* <br> *a first web server configured to:* |

As shown in Claims 1 and 4 above, which are incorporated by reference, this claim element is also met. *See* §I.A; I.B.

In addition to practicing the limitations of claim 1, EPorner provides at least a first web server.

To the extent that EPorner contends that it does not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *7[b]    receive at least one streamlet request over one or more internet connections from the one or more end user stations to retrieve the first streamlet storing the first portion of the live event video,* |

As shown in Claims 1 and 4 and element 7[a] above, which are incorporated by reference, this claim element is also met. *See* §I.A; I.B; I.C.7[a].

In addition to practicing the limitations of claim 1, EPorner provides at least a first web server configured to receive at least one streamlet request over one or more Internet connections from the one or more end user stations to retrieve the first streamlet storing the first portion of the live event video. In particular, EPorner's first web server at dash-s2-c50-ca-cdn.eporner.com receives HTTP GET requests from end user stations for specific streamlet files (e.g., …/seg-1-v1-

55

DISH Infringement Contention Chart – 10,469,554

a1.m4s) and retrieves and serves the corresponding first streamlet storing the first portion of the live event video.

To the extent that EPorner contends that it does not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *7[c]    wherein the at least one streamlet request from the one or more end user stations includes a request for a currently selected first streamlet from one of the low quality stream, the medium quality stream, and the high quality stream based upon a determination by the end user station to select a higher or lower bitrate version of the live event video;* |

As shown in Claims 1 and 4 and elements 7[a]-[b] above, which are incorporated by reference, this claim element is also met. *See* §I.A; I.B; I.C.7[a]-[b].

In addition to practicing the limitations of claim 1, EPorner provides at least a first web server configured to receive at least one streamlet request over one or more Internet connections from the one or more end user stations to retrieve the first streamlet storing the first portion of the live event video, wherein the at least one streamlet request from the one or more end user stations includes a request for a currently selected first streamlet from one of the low quality stream, the medium quality stream, and the high quality stream based upon a determination by the end user station to select a higher or lower bitrate version of the live event video.

To the extent that EPorner contends that it does not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *7[d]    retrieve from the storage device the requested first streamlet from the currently selected one of the low quality stream, the medium quality stream, and the high quality stream; and* |

As shown in Claims 1 and 4 and elements 7[a]-[c] above, which are incorporated by reference, this claim element is also met. *See* §I.A; I.B; I.C.7[a]-[c].

In addition to practicing the limitations of claim 1, EPorner practices retrieving from the storage device the requested first streamlet from the currently selected one of the low quality stream, the medium quality stream, and the high quality stream.

To the extent that EPorner contends that it does not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *7[e]    send the retrieved first streamlet from the currently selected one of the low quality stream, the medium quality stream, and the high quality stream to the requesting one of the end user stations over the one or more network connections.* |

As shown in Claims 1 and 4 and elements 7[a]-[d] above, which are incorporated by reference, this claim element is also met. *See* §I.A; I.B; I.C.7[a]-[d].

DISH Infringement Contention Chart – 10,469,554

In addition to practicing the limitations of claim 1, EPorner practices sending the retrieved first streamlet from the currently selected one of the low quality stream, the medium quality stream, and the high quality stream to the requesting one of the end user stations over the one or more network connections.

To the extent that EPorner contends that it does not literally satisfy this limitation, EPorner infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.